**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Dealership, LLC, | Case No. 23-10318-BLS |
| Debtors. | **Ref. Docket No.** ___ |

### ORDER GRANTING JOINT MOTION FOR RELIEF FROM STAY

Upon the *Joint Motion for Relief from Stay* (the "Motion") filed by NextGear Capital, Inc. ("NextGear") and Hancock Whitney Bank, in its capacity as administrative agent for certain lenders from time to time party to the HWB Credit Agreement ("HWB", together with NextGear, the "Movants"); and it appearing that the Court has jurisdiction pursuant to 28 U.S.C. § 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G); and it appearing that the venue of this chapter 11 case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to section 362(d)(1) and (d)(2) of the Bankruptcy Code, cause exists to modify the automatic stay as requested in the Motion and the automatic stay is hereby modified as applied to the Movants, who are permitted to exercise all of their state law rights and remedies in the Repossessed Collateral and the Remaining Collateral, including, without limitation, repossession, liquidation, and application of proceeds of the same.

3. Notice of the Motion as provided therein is deemed to be good and sufficient notice of such Motion, and the requirements of the Local Rules are satisfied by the contents of the Motion.

4. The customary stay imposed under Bankruptcy Rule 4001(a)(3) shall not apply and is hereby waived. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Movants are hereby authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.