**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RAC Investment Holdings, LLC, | Case No. 23-10316 (BLS) |
| Debtor. | |
| In re: | Chapter 7 |
| RAC King, LLC, | Case No. 23-10317 (BLS) |
| Debtor. | |
| In re: | Chapter 7 |
| RAC Dealership, LLC, | Case No. 23-10318 (BLS) |
| Debtor. | |
| In re: | Chapter 7 |
| RAC Intermediate Holdings, LLC, | Case No. 23-10319 (BLS) |
| Debtor. | |
| In re: | Chapter 7 |
| RAC Servicer, LLC, | Case No. 23-10320 (BLS) |
| Debtor. | |
| In re: | Chapter 7 |
| RAC Asset Holdings, LLC, | Case No. 23-10321 (BLS) |
| Debtor.[1] | |

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal taxpayer identification number are:  RAC Investment Holdings, LLC (N/A) RAC Asset Holdings, LLC (8701); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC King, LLC (6605).  The Debtors' corporate headquarters is located at 6775 Lenox Center Ct., Suite 100, Memphis, TN 38115.

## THE CHAPTER 7 CASES SCHEDULES AND SOFAS GLOBAL NOTES

**These Global Notes regarding the above-captioned debtors and debtors in possession (collectively, the "Debtors") Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.**

1. The Debtors prepared these unaudited Schedules and SOFAs pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure. Except where otherwise noted, the information provided herein is presented as of March 14, 2023.

2. While the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and SOFAs. Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

3. In reviewing and signing the Schedules and SOFAs, Noah Hogan, the duly authorized and designated representative of the Debtors (the "Authorized Representative"), has necessarily relied upon the prior efforts, statements and representations of other former employees, independent contractors, and professionals of the Debtors. The Authorized Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFAs, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

4. The Debtors and their past or present directors, officers, employees, attorneys, professionals and agents (including, but not limited to, the Authorized Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Authorized Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Authorized Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

5.   The Debtors reserve their rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments.  Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtors' rights with respect to the chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.  Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

6.   Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated."  Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.  Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them.  The Debtors reserve all of their rights with respect to any such credits and allowances.  Furthermore, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or against any of the Debtors.

7.   Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated.  In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," or to similar effect.  Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

8.   At times, the preparation of the Schedules and the SOFAs required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtors may amend their Schedules and SOFAs as they deem necessary and appropriate to reflect material changes.  In addition, the Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or SOFAs.

9.   Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

10.  Certain litigation actions (collectively, the "Litigation Actions") reflected as claims against a particular Debtor may relate to any of the other Debtors. The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and SOFAs of the Debtor that is the party to the Litigation Action. The inclusion of any Litigation Action in the Schedules and SOFAs does not constitute an admission by the Debtors of liability, the validity of any Litigation Action or the

amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

11. With respect to Schedule A/B, Part 1, the amounts contained therein are as of January 31, 2023, which is the most recent information available to the Debtors.

12. With respect to Schedule A/B, question 8, the retainer amounts paid by the Debtors to their bankruptcy counsel, Young Conway Stargatt & Taylor, LLP, and their administrative advisor, Epiq Corporate Restructuring, LLC, on an earned upon receipt basis, do not constitute an interest of the Debtors in property and are thus not listed.  This amounts paid are listed in response to SOFA question 11.

13. With respect to Schedule A/B, Question 21 on RAC Dealership, LLC's Schedules, the Debtors have presented their vehicle inventory on a consolidated basis, and have not included depreciation in the Current Value.

14. With respect to Schedule A/B, Parts 7 and 8, the amounts contained therein are as of December 22, 2022, which is the most recent information available to the Debtors.

15. With respect to the Schedules, the Current Values reported do not include depreciation.

16. The Debtors have omitted intercompany receivables and payables from the Schedules.

17. The businesses of the Debtors are complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.

18. With respect to SOFA part 1, the amounts contained therein are as of January 31, 2023, which is the most recent information available to the Debtors.

19. With respect to SOFA questions 3-4, certain payment dates disclosed (particularly those listed with the last day of a particular month) are as of the date the disbursement was posted in the Debtors' general ledger rather than specific disbursement date.  The Debtors have bank statements available to assist in a full reconciliation between posting date and disbursement date.

20. The Debtors have excluded intercompany transactions from SOFA question 4.

21. With respect to SOFA question 26(d), the Debtors contacted various parties in connection with their restructuring efforts, and the Debtors, through their advisors, may have shared certain financial information to those parties, who are not individually disclosed herein.

| Fill in this information to identify the case: |
| --- |

| Debtor | RAC Dealership, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-10318 |

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | UNDETERMINED |
   | --- |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $43,039,993.19 |
   | --- |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $43,039,993.19 |
   | --- |

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | $50,016,807.51 |
   | --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . .

   | $608,341.65 |
   | --- |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .

   | + | $11,070,466.37 |
   | --- | --- |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | $61,695,615.53 |
   | --- |

**Fill in this information to identify the case:**

Debtor    RAC Dealership, LLC

United States Bankruptcy Court for the:    Delaware

Case number    23-10318
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1.    DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.    CASH ON HAND**

NONE

**3.    CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    REGIONS BANK | CHECKING | 2748 | $0.00 |
| 3.2.    REGIONS BANK | CHECKING | 8601 | $4,137.76 |
| 3.3.    REGIONS BANK | CHECKING | 9757 | $0.00 |

**4.    OTHER CASH EQUIVALENTS**

NONE

| 5 | Total of Part 1. ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $4,137.76 |
|---|---|---|

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6.    DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.    DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

|  | | Current value of debtor's interest |
|---|---|---|
| **7.** | **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1. | 10013 N FLORIDA AVE LLC - SECURITY DEPOSIT FOR BUILDING IN N. TAMPA | $20,000.00 |
| 7.2. | 1225 FLORENCE BLVD, LLC - SECURITY DEPOSIT FOR FLORENCE | $3,000.00 |
| 7.3. | 4750 ATLANTA HWY, LLC - SECURITY DEPSOIT FOR ATHENS | $7,500.00 |
| 7.4. | ACEE COMPANY - SECURITY DEPOSIT FOR WINCHESTER | $5,500.00 |
| 7.5. | ADVANCED DISPOSAL SERVICES - UTILITY DEPOSIT STORE NO. S55 | $238.00 |
| 7.6. | ALABAMA POWER - UTILITY DEPOSIT STORE NO. S16 | $815.00 |
| 7.7. | ALABAMA POWER - UTILITY DEPOSIT STORE NO. S30 | $565.00 |
| 7.8. | ALABAMA POWER - UTILITY DEPOSIT STORE NO. S44 | $5,645.00 |
| 7.9. | ALAN WERNER - SECURITY DEPOSIT | $6,500.00 |
| 7.10. | ALEXANDER ZIMILEVICH - SECURITY DEPOSIT FOR JACKSONVILLE - BLANDING | $12,000.00 |
| 7.11. | AMEREN MISSOURI - UTILITY DEPOSIT STORE NO. S70 | $1,904.00 |
| 7.12. | ANN HAMPTON - SECURITY DEPOSIT FOR N TRYON | $7,000.00 |
| 7.13. | AR GLOBAL, INC. - DEPOSIT WORK | $8,500.00 |
| 7.14. | ARKANSAS OKLAHOMA GAS CORPORATION - UTILITY DEPOSIT STORE NO. S48 | $158.40 |
| 7.15. | AUTO RICKSHA LLC - SECURITY DEPOSIT FOR ORLANDO EAST | $8,000.00 |
| 7.16. | BICKERSTAFF PARHAM REAL ESTATE LLC - SECURITY DEPOSIT FOR COLUMBUS, GA | $22,250.00 |
| 7.17. | BRAZELTON PROPERTIES - SECURITY DEPOSIT FOR HUNTSVILLE | $7,800.00 |
| 7.18. | BROWARD COUNTY WATER & WASTEWATER SERVICES - UTILITY DEPOSIT STORE NO. S63 | $140.00 |
| 7.19. | BROWARD COUNTY WATER & WASTEWATER SERVICES - UTILITY DEPOSIT STORE NO. S63 | $75.00 |
| 7.20. | CAPITAL REAL ESTATE - SECURITY DEPOSIT FOR TUSCALOOSA | $7,000.00 |
| 7.21. | CDE LIGHTBAND - UTILITY DEPOSIT STORE NO. S39 | $963.00 |
| 7.22. | CITY OF CLARKSVILLE TENN GAS & WATER DEPT - UTILITY DEPOSIT STORE NO. S39 | $750.00 |
| 7.23. | CITY OF DOTHAN - UTILITY DEPOSIT STORE NO. S52 | $885.00 |
| 7.24. | CITY OF FLORENCE - UTILITY DEPOSIT STORE NO. S57 | $975.00 |
| 7.25. | CITY OF FORT MYERS - UTILITY DEPOSIT STORE NO. S72 | $3,784.00 |
| 7.26. | CITY OF LAWRENCEVILLE - UTILITY DEPOSIT STORE NO. S61 | $2,075.00 |
| 7.27. | CITY OF LITTLE ROCK - UTILITY DEPOSIT STORE NO. S22 | $150.00 |
| 7.28. | CITY OF SAVANNAH - UTILITY DEPOSIT STORE NO. S33 | $115.00 |
| 7.29. | CITY OF TUSCALOOSA - UTILITY DEPOSIT STORE NO. S30 | $560.00 |
| 7.30. | CITY WATER & LIGHT - UTILITY DEPOSIT STORE NO. S48 | $200.00 |
| 7.31. | CLAYTON COUNTY WATER AUTHORITY - UTILITY DEPOSIT STORE NO. S59 | $150.00 |
| 7.32. | COBB EMC - UTILITY DEPOSIT STORE NO. S62 | $675.00 |
| 7.33. | COX MCCARVER PARTNERSHIP - SECURITY DEPOSIT ON JACKSON TN | $4,500.00 |
| 7.34. | D&D HOLDINGS AND INVESTMENTS LLC - SECURITY DEPOSIT FOR LITHIA SPRINGS | $13,500.00 |
| 7.35. | DAX'S DEALS, INC. - SECURITY DEPOSIT FOR FAYETTEVILLE, NC | $7,500.00 |
| 7.36. | DOMINION ENERGY SOUTH CAROLINA INC - UTILITY DEPOSIT STORE NO. S41 | $5,960.00 |
| 7.37. | DOMINION ENERGY SOUTH CAROLINA INC - UTILITY DEPOSIT STORE NO. S45 | $9,800.00 |
| 7.38. | DOUGLASSVILLE-DOUGLAS COUNTY WATER & SEWER AU - UTILITY DEPOSIT STORE NO. S65 | $125.00 |
| 7.39. | DUKE ENERGY FLORIDA, INC. - UTILITY DEPOSIT STORE NO. S29 | $475.00 |
| 7.40. | DUKE ENERGY FLORIDA, INC. - UTILITY DEPOSIT STORE NO. S68 | $965.00 |
| 7.41. | EAST COAST MOTORS INC - SECURITY DEPOSIT FOR JACKSONVILLE | $7,950.00 |
| 7.42. | FAYETTEVILLE PUBLIC WORKS COMMISSION - UTILITY DEPOSIT STORE NO. S74 | $280.00 |

| | Current value of debtor's interest |
|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.43. | FLORIDA POWER & LIGHT COMPANY - UTILITY DEPOSIT STORE NO. S63 | $739.00 |
| 7.44. | FLORIDA POWER & LIGHT COMPANY - UTILITY DEPOSIT STORE NO. S72 | $600.00 |
| 7.45. | GADSDEN WATER WORKS & SEWER BOARD - UTILITY DEPOSIT STORE NO. S71 | $60.00 |
| 7.46. | GAINESVILLE REGIONAL UTILITIES - UTILITY DEPOSIT STORE NO. S51 | $1,600.00 |
| 7.47. | GEORGIA NATURAL GAS COMPANY - UTILITY DEPOSIT STORE NO. S34 | $250.00 |
| 7.48. | GEORGIA POWER COMPANY - UTILITY DEPOSIT STORE NO. S33 | $4,265.00 |
| 7.49. | GEORGIA POWER COMPANY - UTILITY DEPOSIT STORE NO. S34 | $3,715.00 |
| 7.50. | GEORGIA POWER COMPANY - UTILITY DEPOSIT STORE NO. S49 | $920.00 |
| 7.51. | GEORGIA POWER COMPANY - UTILITY DEPOSIT STORE NO. S53 | $4,800.00 |
| 7.52. | GEORGIA POWER COMPANY - UTILITY DEPOSIT STORE NO. S54 | $315.00 |
| 7.53. | GEORGIA POWER COMPANY - UTILITY DEPOSIT STORE NO. S55 | $2,640.00 |
| 7.54. | GEORGIA POWER COMPANY - UTILITY DEPOSIT STORE NO. S60 | $30.00 |
| 7.55. | GREER CPW - UTILITY DEPOSIT STORE NO. S58 | $3,600.00 |
| 7.56. | GULF POWER COMPANY - UTILITY DEPOSIT | $1,835.00 |
| 7.57. | HUNTSVILLE UTILITES - UTILITY DEPOSIT STORE NO. S15 | $4,300.00 |
| 7.58. | JAYDEN 13712 LLC - SECURITY DEPOSIT FOR GREENVILLE | $107,462.04 |
| 7.59. | JEA - UTILITY DEPOSIT STORE NO. S31 | $3,730.00 |
| 7.60. | JEA - UTILITY DEPOSIT STORE NO. S36 | $6,260.00 |
| 7.61. | JEA - UTILITY DEPOSIT STORE NO. S37 | $2,950.00 |
| 7.62. | JMTD, LLC - SECURITY DEPOSIT FOR GOVERNMENT BLVD | $6,000.00 |
| 7.63. | JOHN DAVID STUMP, INC - SECURITY DEPOSIT FOR JONESBORO | $4,000.00 |
| 7.64. | JOHN PETRANDIS - SECURITY DEPOSIT FOR BUILDING IN TALLAHASSEE | $6,000.00 |
| 7.65. | KESTING LIMITED PARTNERSHIP - DEPOSIT ON BUILDING IN LONGWOOD, FL | $13,000.00 |
| 7.66. | KUB - UTILITY DEPOSIT STORE NO. S23 | $8,300.00 |
| 7.67. | LAKELAND 98 ACC LLC - SECURITY DEPOSIT FOR LAKELAND | $11,666.67 |
| 7.68. | LAKELAND ELECTRIC - UTILITY DEPOSIT STORE NO. S32 | $2,700.00 |
| 7.69. | LG&E - UTILITY DEPOSIT STORE NO. S50 | $1,716.78 |
| 7.70. | LIBERTY UTILITIES GEORGIA - UTILITY DEPOSIT STORE NO. S43 | $385.00 |
| 7.71. | MADISON SUBURBAN UTILITY DISTRICT - UTILITY DEPOSIT STORE NO. S12 | $445.00 |
| 7.72. | MARIETTA POWER WATER - UTILITY DEPOSIT STORE NO. S62 | $1,461.00 |
| 7.73. | MEMPHIS LIGHT GAS AND WATER - UTILITY DEPOSIT STORE NO. S08 | $3,500.00 |
| 7.74. | MNR PROPERTIES JACKSONVILLE, LLC - SECURITY DEPOSIT FOR JACKSONVILLE - ATLANTIC | $20,000.00 |
| 7.75. | MOBILE AREA WATER & SEWER SYSTEM - UTILITY DEPOSIT STORE NO. S44 | $1,500.00 |
| 7.76. | MOBILE AREA WATER & SEWER SYSTEM - UTILITY DEPOSIT STORE NO. S46 | $500.00 |
| 7.77. | NASHVILLE ELECTRIC SERVICE - UTILITY DEPOSIT STORE NO. S40 | $1,200.00 |
| 7.78. | NASHVILLE ELECTRIC SERVICE - UTILITY DEPOSIT STORE NO. S42 | $615.00 |
| 7.79. | OKLAHOMA GAS & ELECTRIC COMPANY - UTILITY DEPOSIT STORE NO. S47 | $260.00 |
| 7.80. | ORLANDO ACC COLONIAL LLC - SECURITY DEPOSIT FOR COLONIAL | $18,500.00 |
| 7.81. | ORLANDO UTILITIES COMMISSION - UTILITY DEPOSIT STORE NO. S26 | $6,960.00 |
| 7.82. | ORLANDO UTILITIES COMMISSION - UTILITY DEPOSIT STORE NO. S66 | $1,760.00 |
| 7.83. | PAGE AVENUE PROPERTIES LLC - SECURITY DEPOSIT FOR ST. LOUIS | $5,070.00 |
| 7.84. | PMG LEASING LLC - SECURITY DEPOSIT FOR GULFPORT | $10,000.00 |

| | Current value of debtor's interest |
|---|---|
| **7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.85. POPE RETAIL PROPERTIES, LLC - SECURITY DEPOSIT FOR CHAMBLEE | $16,250.00 |
| 7.86. REPUBLIC SERVICES#979 - UTILITY DEPOSIT STORE NO. S59 | $100.00 |
| 7.87. RICHLAND SOUTH LLC - RENT AND SECURITY DEPOSIT FOR BELL ROAD | $21,000.00 |
| 7.88. ROCKDALE WATER RESOURCES - UTILITY DEPOSIT STORE NO. S54 | $100.00 |
| 7.89. SAJE GEORGIA LLC - SECURITY DEPOSIT FOR AUGUSTA | $15,000.00 |
| 7.90. SAJE GEORGIA LLC - SECURITY DEPOSIT FOR MACON | $12,000.00 |
| 7.91. SOUTHWESTERN ELECTRIC POWER COMPANY - UTILITY DEPOSIT STORE NO. S56 | $324.00 |
| 7.92. SPIRE MISSOURI INC - UTILITY DEPOSIT STORE NO. S71 | $797.00 |
| 7.93. TD IRIS, LLC - SECURITY DEPOSIT FOR CONYERS | $10,000.00 |
| 7.94. TECO - UTILITY DEPOSIT STORE NO. S25 | $1,561.00 |
| 7.95. TORAJ ZOLGHADR - SECURITY DEPOSIT FOR STONE MOUNTAIN | $10,000.00 |
| 7.96. TUPELO WATER & LIGHT COMPANY - UTILITY DEPOSIT STORE NO. S11 | $550.00 |
| 7.97. VERTEX, INC - UTILITY DEPOSIT STORE NO. CORP OFFICE | $100.00 |
| 7.98. WASTE MANAGEMENT OF FLORIDA - UTILITY DEPOSIT STORE NO. S21 | $250.00 |
| 7.99. WASTE MANAGEMENT OF FLORIDA - UTILITY DEPOSIT STORE NO. S36 | $225.00 |
| 7.100. WASTE MANAGEMENT OF FLORIDA - UTILITY DEPOSIT STORE NO. S37 | $225.00 |
| 7.101. WOODCOCK PROPERTIES - MONTGOMERY RENT SECURITY DEPOSIT | $10,000.00 |
| 7.102. WSR RE HOLDINGS - SECURITY DEPOSIT FOR TILLMAN CORNER | $8,250.00 |
| **8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1. AFCO CREDIT CORPORATION - PREPAID INSURANCE | $50,537.79 |
| 8.2. ALLIANT INSURANCE SERVICES INC. - PREPAID INSURANCE | $244,001.54 |
| 8.3. CRAYON SOFTWARE EXPERTS LLC - PREPAID LICENSE | $135.07 |
| 8.4. FINSIGHT GROUP INC. - PREPAID LICENSE | $6,222.20 |
| 8.5. HARCO - PREPAID INSURANCE | $880.75 |
| 8.6. HARTFORD FIRE INSURANCE - PREPAID INSURANCE | $4,296.00 |
| 8.7. LEASEQUERY LLC - PREPAID LICENSE | $28,713.66 |
| 8.8. ZENDESK INC. - PREPAID LICENSE | $20,887.64 |
| **9 Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $924,944.54 |

**Part 3:** ACCOUNTS RECEIVABLE

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**
☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **11. ACCOUNTS RECEIVABLE** | |
| **12 Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | NOT APPLICABLE |

| **Part 4:** | **INVESTMENTS** |
|---|---|

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**<br>NAME OF FUND OR STOCK: | | |
| **15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| **16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**<br>DESCRIBE: | | |
| **17 Total of Part 4.**<br>ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | NOT APPLICABLE |

| **Part 5:** | **INVENTORY, EXCLUDING AGRICULTURE ASSETS** |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS**<br>**NONE** | | | | |
| **20. WORK IN PROGRESS**<br>**NONE** | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE**<br>21.1.    INVENTORY (2725 VEHICLES) | | $38,110,910.89 | BOOK | $38,110,910.89 |
| **22. OTHER INVENTORY OR SUPPLIES**<br>**NONE** | | | | |
| **23 Total of Part 5.**<br>ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | | | | $38,110,910.89 |

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes   Book value _____   Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)

**27.  DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.  FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.  FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.  FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.  OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33  Total of Part 6. ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|

**34.  Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 7:    OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES

**38.  DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  OFFICE FURNITURE** | | | |
| 39.1.    OFFICE FURNITURE AND FIXTURES | $433,668.45 | BOOK | UNDETERMINED |
| **40.  OFFICE FIXTURES** | | | |
| 40.1.    CONSTRUCTION IN PROGRESS | $274,917.13 | BOOK | UNDETERMINED |
| 40.2.    LAND IMPROVEMENTS | $1,980,766.16 | BOOK | UNDETERMINED |
| 40.3.    LEASEHOLD IMPROVEMENTS | $12,062,674.69 | BOOK | UNDETERMINED |
| **41.  OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    COMPUTER EQUIPMENT AND SOFTWARE | $901,850.99 | BOOK | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

| 43 | **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | UNDETERMINED |
|---|---|---|---|---|

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
☐ No
☒ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
☒ No
☐ Yes

| **Part 8:** | **MACHINERY, EQUIPMENT, AND VEHICLES** |
|---|---|

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1. SERVICE EQUIPMENT | $857,727.99 | BOOK | UNDETERMINED |
| 50.2. SIGNAGE | $3,303,864.94 | BOOK | UNDETERMINED |

| 51 | **Total of Part 8.** ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | UNDETERMINED |
|---|---|---|---|---|

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
☐ No
☒ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
☒ No
☐ Yes

| **Part 9:** | **REAL PROPERTY** |
|---|---|

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | 10013 & 10015 N. FLORIDA AVE. TAMPA, FL 33612 | STORE NO. 24 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.2. | 1030 HWY 45 BYPASS JACKSON, TN 38301 | STORE NO. 10 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.3. | 10660 PAGE AVENUE & 10649 LIBERTY AVENUE, ST. LOUIS, MO 63132 | STORE NO. 70 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.4. | 11370 HWY 49N GULFPORT, MS 39503 | STORE NO. 38 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.5. | 1195 SOUTH GLOSTER ST. TUPELO, MS 38801 | STORE NO. 11 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.6. | 1225 FLORENCE BLVD FLORENCE, AL 35630 | STORE NO. 57 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.7. | 13712 E. WADE HAMPTON BLVD., GREER, SC 29651 | STORE NO. 58 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.8. | 1425 GALLATIN PIKE NORTH MADISON, TN 37115 | STORE NO. 12 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.9. | 1426 VETERANS PARKWAY, COLUMBUS, GA 31901 | STORE NO. 43 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.10. | 1561 N. GERMANTOWN PKWY. CORDOVA, TN 38016 | STORE NO. 8 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.11. | 1635 BELL ROAD NASHVILLE, TN 37211 | STORE NO. 14 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.12. | 1640 WILMA RUDOLPH BOULEVARD, CLARKSVILLE, TN 37040 | STORE NO. 39 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.13. | 1798 IRIS DRIVE, CONYERS, GA 30013 | STORE NO. 54 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.14. | 1800 COBB PARKWAY SOUTHWEST, MARIETTA, GA 30060 | STORE NO. 62 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.15. | 1801 GORDON HIGHWAY, AUGUSTA, GA 30904 | STORE NO. 34 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.16. | 1831 CASSAT AVE., JACKSONVILLE, FL 32210 | STORE NO. 31 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.17. | 190 EASTERN BLVD MONTGOMERY, AL 36117 | STORE NO. 19 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.18. | 1956 COVINGTON PIKE MEMPHIS, TN 38128 | STORE NO. 7 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.19. | 2009 N. THOMPSON ST SPRINGDALE, AR 72764 | STORE NO. 56 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.20. | 2110 EISENHOWER PARKWAY, MACON, GA 31206 | STORE NO. 55 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.21. | 2237 E. VICTORY DRIVE, SAVANNAH, GA 31404 | STORE NO. 33 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.22. | 2300 SOUTH US HIGHWAY 17-92, LONGWOOD, FL 32750 | STORE NO. 29 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.23. | 231 PAPERMILL PLACE WAY KNOXVILLE, TN 37919 | STORE NO. 23 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.24. | 2394 WEST TENNESSEE ST., TALLAHASSEE, FL 32304 | STORE NO. 27 LEASE | UNDETERMINED | N/A | UNDETERMINED |

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.25. | 2660 S. MENDENHALL AVE, MEMPHIS, TN | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.26. | 2725 HIGHWAY 98 N, LAKELAND, FL 33805 | STORE NO. 32 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.27. | 2810 GOVERNMENT BLVD., MOBILE, AL 36606 | STORE NO. 46 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.28. | 3078 SOUTH OATES ST., DOTHAN, AL 36301 | STORE NO. 52 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.29. | 3296 PELHAM PARKWAY PELHAM, AL 35124 | STORE NO. 16 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.30. | 3305 RAEFORD RD. FAYETTEVILLE, NC 28303 | STORE NO. 74 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.31. | 3311 ELVIS PRESLEY BLVD MEMPHIS, TN 38116 | STORE NO. 5 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.32. | 3615 STADIUM BLVD., JONESBORO, AR 72404 | STORE NO. 48 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.33. | 366 WEST PIKE STREET, LAWRENCEVILLE, GA 30046 | STORE NO. 61 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.34. | 3777 UNIVERSITY DR. HUNTSVILLE, AL 35816 | STORE NO. 15 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.35. | 3920 W. COLONIAL DRIVE, ORLANDO, FL 32808 | STORE NO. 26 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.36. | 405 SKYLAND BLVD. E., TUSCALOOSA, AL 35405 | STORE NO. 30 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.37. | 430 N. SEMORAN BLVD ORLANDO, FL 32807 | STORE NO. 66 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.38. | 4474 BUFORD HIGHWAY CHAMBLEE, GA 30341 | STORE NO. 53 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.39. | 4750 ATLANTA HIGHWAY ATHENS, GA | STORE NO. 60 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.40. | 5039 WARDEN ROAD NORTH LITTLE ROCK, AR 72116 | STORE NO. 22 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.41. | 5416 N TRYON STREET CHARLOTTE, NC 28213 | STORE NO. 73 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.42. | 5447 US HWY 90 | STORE NO. 44 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.43. | 5501 CHARLOTTE PIKE, NASHVILLE, TN 37209 | STORE NO. 42 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.44. | 5831 PENSACOLA BLVD., PENSACOLA, FL 32505 | STORE NO. 28 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.45. | 609 THOMPSON LANE NASHVILLE, TN 37204 | STORE NO. 40 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.46. | 6103 N. I-55 FRONTAGE ROAD JACKSON, MS 39213 | STORE NO. 18 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.47. | 6108 MEMORIAL DRIVE STONE MOUNTAIN, GA 30083 | STORE NO. 49 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.48. | 621 THORNTON RD. LITHIA SPRINGS, GA | STORE NO. 65 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.49. | 6258 RIVERS AVE. NORTH CHARLESTON, SC 29406 | STORE NO. 64 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.50. | 6400, 6420 & 6440 WINCHESTER RD MEMPHIS, TN 38115 | STORE NO. 6 LEASE | UNDETERMINED | N/A | UNDETERMINED |

## 55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.51.   6409 TWO NOTCH ROAD, COLUMBIA, SC 29223 | STORE NO. 41 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.52.   6770 DIXIE HIGHWAY LOUISVILLE, KY 40258 | STORE NO. 50 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.53.   7335 HWY 85 RIVERDALE, GA 30274 | STORE NO. 59 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.54.   7739 BLANDING BLVD., JACKSONVILLE, FL 32210 | STORE NO. 37 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.55.   8350 PARK BLVD NORTH SEMINOLE, FL 33777 | STORE NO. 21 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.56.   9201 EAST ADAMO DR., TAMPA, FL 33619 | STORE NO. 25 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.57.   9590 ATLANTIC BLVD, JACKSONVILLE, FL 32225 | STORE NO. 36 LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.58.   9842 PARKWAY EAST BIRMINGHAM, AL 35215 | STORE NO. 17 LEASE | UNDETERMINED | N/A | UNDETERMINED |

| 56 | Total of Part 9.<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | UNDETERMINED |
|---|---|---|

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59.   DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.   AMERICAN CAR CENTER (WORDS AND DESIGN) - APPLICATION NO. 97533552 | UNDETERMINED | N/A | UNDETERMINED |
| 60.2.   AMERICAN CAR CENTER (WORDS AND DESIGN) - APPLICATION NO. 97533581 | UNDETERMINED | N/A | UNDETERMINED |
| 60.3.   COMMON LAW COPYRIGHTS IN CODE FOR WEBSITE AND RELATED COMPONENTS | UNDETERMINED | N/A | UNDETERMINED |
| 60.4.   COMMON LAW COPYRIGHTS IN MATERIALS ON WEBSITE (VARIOUS) | UNDETERMINED | N/A | UNDETERMINED |
| 60.5.   COMMON LAW COPYRIGHTS ON MARKETING MATERIALS (VARIOUS) | UNDETERMINED | N/A | UNDETERMINED |
| **61.   INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.   AMERICANCARCENTER.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.2.   AMERICANCARCENTER.COM | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.**   **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.3.    AMERICANCARCENTER.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.4.    AMERICANCARCENTERLOANS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.5.    AMERICANCARCENTERS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.6.    AMERICANCARCENTERTITLELOANS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.7.    AMERICANMONEYSTORE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.8.    BIRMINGHAMKINGOFCREDIT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.9.    JACKSONKINGOFCREDIT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.10.   KINGOFCREDIT.BIZ | UNDETERMINED | N/A | UNDETERMINED |
| 61.11.   KINGOFCREDIT.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.12.   KINGOFCREDIT.US | UNDETERMINED | N/A | UNDETERMINED |
| 61.13.   KINGOFCREDITAUTOEQUITYLOAN.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.14.   KINGOFCREDITAUTOEQUITYLOANS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.15.   KINGOFCREDITLOAN.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.16.   KINGOFCREDITLOANS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.17.   KINGOFCREDITTITLELOAN.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.18.   LITTLEROCKKINGOFCREDIT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.19.   MEMPHISKINGOFCARS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.20.   MEMPHISKINGOFCREDIT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.21.   NASHVILLEKINGOFCREDIT.COM | UNDETERMINED | N/A | UNDETERMINED |
| **62.**   **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1.    CISCO MERAKI - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.2.    CRAYON SOFTWARE EXPERTS LLC - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.3.    FINSIGHT GROUP INC. - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.4.    HAPPYFOX - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.5.    KEEPER SECURITY - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.6.    KNOWBE4 - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.7.    LEASEQUERY LLC - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.8.    NCOMPUTING - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.9.    NETWRIX - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.10.   PRINTERLOGIC/VASION - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.11.   SENTINELONE - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.12.   ZENDESK INC. - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| 62.13.   ZSCALER - LICENSE | UNDETERMINED | N/A | UNDETERMINED |
| **63.**   **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 63.1.    CUSTOMER LISTS | UNDETERMINED | N/A | UNDETERMINED |
| **64.**   **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.**   **GOODWILL** | | | |
| **66**   **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☑ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☑ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 11:   ALL OTHER ASSETS

**70.** DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.** NOTES RECEIVABLE | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **NONE** | |
| **72.** TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS) | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **NONE** | |
| **73.** INTERESTS IN INSURANCE POLICIES OR ANNUITIES | |
| 73.1.    ALLIED WORLD ASSURANCE COMPANY - POLLUTION - POLICY NUMBER 0312-2494 | UNDETERMINED |
| 73.2.    HARTFORD INS. CO. OF THE MIDWEST - NFIP FLOOD (3296 PELHAM PKWY, PELHAM, AL) - POLICY NUMBER 990605117662020 | UNDETERMINED |
| 73.3.    HARTFORD INS. CO. OF THE MIDWEST - NFIP FLOOD (8350 PARK BLVD, SEMINOLE, FL) - POLICY NUMBER 87061212982019 | UNDETERMINED |
| 73.4.    JEM (LLOYDS OF LONDON) - PROPERTY (WIND) EXCL INVENTORY - POLICY NUMBER JEM-21-PP-1063 | UNDETERMINED |
| 73.5.    LEXINGTON INSURANCE CO. - DEALERGUARD - POLICY NUMBER 41-LX-089474101-2 | UNDETERMINED |
| 73.6.    LLOYDS OF LONDON - PROPERTY (ALL OTHER STATES) - POLICY NUMBER RBF002465 | UNDETERMINED |
| 73.7.    STARSTONE SPECIALTY INSURANCE COMPANY - UMBRELLA (PRIMARY $10M) - POLICY NUMBER A86300222ALI | UNDETERMINED |
| 73.8.    TRAVELER'S CASUALTY SURETY - EXCESS GARAGE LIABILITY ($5MX$5M) - POLICY NUMBER 560003237-00 | UNDETERMINED |
| 73.9.    TRAVELER'S INDEMNITY CO. - GARAGE LIABILITY - ALL OTHER STATES - POLICY NUMBER AD-OW173197-22-43 | UNDETERMINED |
| **74.** CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED) | |
| **NONE** | |
| **75.** OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS | |
| **NONE** | |
| **76.** TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY | |
| **NONE** | |
| **77.** OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| 77.1.    NEXTGEAR RESERVE ACCOUNT | $4,000,000.00 |

|  |  | Current value of debtor's interest |
|---|---|---|
| **78** | **Total of Part 11.**<br>ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $4,000,000.00 |
| **79.** | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>☒ No<br>☐ Yes | |

**Part 12:**   **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $4,137.76 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $924,944.54 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | | |
| **83.** **Investments.** *Copy line 17, Part 4.* | | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $38,110,910.89 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | UNDETERMINED | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | UNDETERMINED | |
| **88.** **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . →| | UNDETERMINED |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $4,000,000.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $43,039,993.19 | + 91b.  UNDETERMINED |
| **92.** **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $43,039,993.19 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | RAC Dealership, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-10318 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                 12/15

**Be as complete and accurate as possible.**

1.  1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name**<br>HANCOCK WHITNEY BANK, AS ADMINISTRATIVE AGENT<br><br>**Creditor's mailing address**<br>ATTN: MATTHEW CHIVLEATTO<br>701 POYDRAS STREET<br>SUITE 1600<br>NEW ORLEANS, LA  70139<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>10/5/2022<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>  Specify each creditor, including this creditor, and its relative priority.<br>  1. HANCOCK WHITNEY BANK<br>  2. RAC INVESTOR, LLC | **Describe debtor's property that is subject to a lien**<br>FIRST LIEN ON RESIDUAL INTERESTS OF ACC TRUST 2019-2, ACC TRUST 2021-1 AND ACC TRUST 2022-1; SECOND LIEN ON ALL ASSESTS OF RAC DEALERSHIP, LLC; PLEDGE OF RESIDUAL TRUST CERTIFICATES UNDER WAREHOUSE FACILITY; PLEDGE OF ALL EQUITY INTERESTS OF ALL DEBTORS<br><br>**Describe the lien**<br>OVERADVANCE TERM LOAN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $15,800,000.00 | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |
| 2.2 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $14,999,549.89 | UNKNOWN |
| | HANCOCK WHITNEY BANK, AS ADMINISTRATIVE AGENT | SECOND LIEN ON ALL ASSETS OF RAC DEALERSHIP, LLC | | |
| | **Creditor's mailing address** | **Describe the lien** | | |
| | ATTN: MATTHEW CHIVLEATTO 701 POYDRAS STREET SUITE 1600 NEW ORLEANS, LA 70139 | FLOORPLAN LINE | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** | | |
| | **Date or dates debt was incurred** | ☒ No | | |
| | 6/29/2021 | ☐ Yes | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** | | |
| | | ☐ No | | |
| | **Do multiple creditors have an interest in the same property?** | ☒ Yes | | |
| | ☐ No | **As of the petition filing date, the claim is:** | | |
| | ☒ Yes | Check all that apply. | | |
| | Specify each creditor, including this creditor, and its relative priority. 1. NEXTGEAR CAPITAL, INC. (EXCEPT HWB INVENTORY) 2. HANCOCK WHITNEY BANK | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| 2.3 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $19,217,257.62 | UNKNOWN |
| | NEXTGEAR CAPITAL, INC. | FIRST LIEN ON ALL ASSETS OF RAC DEALERSHIP, LLC | | |
| | **Creditor's mailing address** | **Describe the lien** | | |
| | ATTN: SCOTT MAYBEE, PRESIDENT 11799 NORTH COLLEGE AVENUE CARMEL, IN 46032 | FLOORPLAN LINE | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** | | |
| | **Date or dates debt was incurred** | ☒ No | | |
| | 2/8/2019 | ☐ Yes | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** | | |
| | | ☐ No | | |
| | **Do multiple creditors have an interest in the same property?** | ☒ Yes | | |
| | ☐ No | **As of the petition filing date, the claim is:** | | |
| | ☒ Yes | Check all that apply. | | |
| | Specify each creditor, including this creditor, and its relative priority. 1. NEXTGEAR CAPITAL, INC. (EXCEPT HWB INVENTORY) 2. HANCOCK WHITNEY BANK | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | $50,016,807.51 | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
| --- | --- | --- |
| HANCOCK WHITNEY BANK, AS ADMINISTRATIVE AGENT<br>C/O MOORE & VANALLEN<br>ATTN: STEPHEN E. GRUENDEL<br>100 NORTH TRYON STREET, SUITE 4700<br>CHARLOTTE, NC 28202 | Line 2.1 | |
| HANCOCK WHITNEY BANK, AS ADMINISTRATIVE AGENT<br>C/O MOORE & VANALLEN<br>ATTN: STEPHEN E. GRUENDEL<br>100 NORTH TRYON STREET, SUITE 4700<br>CHARLOTTE, NC 28202 | Line 2.2 | |
| NEXTGEAR CAPITAL, INC<br>C/O GREENBERG TRAURIG, LLP<br>ATTN: JOHN D. ELROD<br>3333 PIEDMONT ROAD NE, SUITE 2500<br>ATLANTA, GA 30305 | Line 2.3 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>RAC Dealership, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>23-10318</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>AARON BROWN<br>2340 CARVING TRAIL<br>HOPKINS, SC  29061<br><br>**Date or dates debt was incurred**<br>2/23/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE - BONUS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 | $100.00 |
| **2.2** | **Priority creditor's name and mailing address**<br>ALABAMA DEPT OF REVENUE<br>MOTOR VEHICLE DIVISION<br>PO BOX 327630<br>MONTGOMERY, AL  36132<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SALES TAX<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,243.33 | $8,243.33 |
| **2.3** | **Priority creditor's name and mailing address**<br>ALACHUA COUNTY TAX COLLECTOR<br>12 SE 1ST STREET<br>COUNTY ADMIN BUILDING<br>GAINESVILLE, FL  32061<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,108.48 | $7,108.48 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.4** Priority creditor's name and mailing address
ALEXANDRIA ANDERSON
4961 CLINCHSTONE CIR
MEMPHIS, TN  38128

**Date or dates debt was incurred**
2/23/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE - BONUS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,662.00    Priority amount: $1,662.00

---

**2.5** Priority creditor's name and mailing address
ALEXIS NICOLE LABADIE
8729 95TH AVE
SEMINOLE, FL  33777

**Date or dates debt was incurred**
2/23/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE - BONUS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $410.00    Priority amount: $410.00

---

**2.6** Priority creditor's name and mailing address
ARIONNE OSHEA HENDERSON
8365 PARDUE DR
MEMPHIS, TN  38125

**Date or dates debt was incurred**
2/23/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE - BONUS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $360.00    Priority amount: $360.00

---

**2.7** Priority creditor's name and mailing address
ARKANSAS COUNTY TAX
101 COURT SQUARE
DEWITT, AR  72042

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PERSONAL PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $860.62    Priority amount: $860.62

---

**2.8** Priority creditor's name and mailing address
ARKANSAS DEPT OF REVENUE
PO BOX 9941
LITTLE ROCK, AR  72203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,162.00    Priority amount: $3,162.00

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.9** | Priority creditor's name and mailing address

BROWARD COUNTY RECORDS, TAXES & TREASURY DIVISION
GOVERNMENTAL CTR RM A-100
115 S. ANDREWS AVE.
FORT LAUDERDALE, FL 33301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.10** | Priority creditor's name and mailing address

CHARLESTON COUNTY, TREASURER OFFICE
O.T. WALLACE COUNTY BLDG
101 MEETING ST, STE 240
CHARLESTON, SC 29401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.11** | Priority creditor's name and mailing address

CHATHAM COUNTY TAX COMMISSIONER
1145 EISENHOWER DR
SAVANNAH, GA 31406

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $711.76
Priority amount: $711.76

---

**2.12** | Priority creditor's name and mailing address

CHRISTOPHER OLIVIA ELLIS
1124 HEZEKIAH ROAD
EASTOVER, SC 29044

**Date or dates debt was incurred**

2/23/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE - BONUS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $128.13
Priority amount: $128.13

---

**2.13** | Priority creditor's name and mailing address

CITY OF CHAMBLEE, FINANCE DEPT
3518 BROAD ST
CHAMBLEE, GA 30341

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.14** Priority creditor's name and mailing address

CITY OF CHATTANOOGA, TREASURY
DIVISION
CITY HALL
101 E 11TH ST, RM 100
CHATTANOOGA, TN  37402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.15** Priority creditor's name and mailing address

CITY OF CLARKSVILLE, FINANCE &
REVENUE
ONE PUBLIC SQ, 1ST FL
CLARKSVILLE, TN  37040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $151.00    Priority amount: $151.00

---

**2.16** Priority creditor's name and mailing address

CITY OF COLUMBUS, FINANCE DEPT
GOVERNMENT CENTER
100 10TH ST, 5TH FL
COLUMBUS, GA  31901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.17** Priority creditor's name and mailing address

CITY OF GREER, FINANCE DEPT
CITY HALL
301 E POINSETT ST
GREER, SC  29651

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.18** Priority creditor's name and mailing address

CITY OF JACKSON, FINANCE & BUDGET
DEPT
CITY HALL
101 E MAIN ST, STE 203
JACKSON, TN  38301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | | Total claim | Priority amount |
|--|--|--|-------------|-----------------|
| **2.19** | **Priority creditor's name and mailing address**<br>CITY OF KNOXVILLE, TREASURY DIVISION<br>CITY COUNTY BLDG<br>400 W MAIN ST, STE 685<br>KNOXVILLE, TN 37902<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $20,117.45 | $20,117.45 |
| **2.20** | **Priority creditor's name and mailing address**<br>CITY OF LAWRENCEVILLE, FINANCE DEPT<br>CITY HALL, MAIN LEVEL<br>70 S CLAYTON ST<br>LAWRENCEVILLE, GA 30046<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $803.03 | $803.03 |
| **2.21** | **Priority creditor's name and mailing address**<br>CITY OF MARIETTA, TAX DIVISION<br>CITY HALL<br>205 LAWRENCE ST, 1ST FL<br>MARIETTA, GA 30060<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| **2.22** | **Priority creditor's name and mailing address**<br>CITY OF MEMPHIS, TREASURY DIVISION<br>CITY HALL<br>125 N MAIN ST, STE 375<br>MEMPHIS, TN 38103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| **2.23** | **Priority creditor's name and mailing address**<br>CITY OF MURFREESBORO, FINANCE DEPT<br>CITY HALL<br>111 W VINE ST, 1ST FL<br>MURGREESBORO, TN 37130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.24**  **Priority creditor's name and mailing address**

CITY OF RIVERDALE, FINANCE DEPT
971 WILSON RD
RIVERDALE, GA  30296

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.25**  **Priority creditor's name and mailing address**

CLARKE COUNTY, TAX COMISSIONER
325 E WASHINGTON ST, STE 250
ATHENS, GA  30601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.26**  **Priority creditor's name and mailing address**

CLAYTON COUNTY, TAX COMISSIONER
121 S MCDONOUGHT ST
ANEEX 3, 2ND FL
JONESBORO, GA  30236

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.27**  **Priority creditor's name and mailing address**

COBB COUNTY, TAX COMMISIONER
PROPERTY TAX DIVISION
736 WHITLOCK AVE
MARIETTA, GA  30064

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $792.23    Priority amount: $792.23

---

**2.28**  **Priority creditor's name and mailing address**

COLLIN KOBEDA
7353 HUNT CLUB LANE
SEMINOLE, FL  33776

**Date or dates debt was incurred**

2/23/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE - BONUS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $430.00    Priority amount: $430.00

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.29** | **Priority creditor's name and mailing address**
COLUMBIA COUNTY TAX
101 BOUNDARY ST STE104
MAGNOLIA, AR 71753

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
PERSONAL PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

$119.93 | $119.93

---

**2.30** | **Priority creditor's name and mailing address**
CQUAN E YOUNG
1313 KILLIAN LOOP
COLUMBIA, SC 29203

**Date or dates debt was incurred**
2/23/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE - BONUS

**Is the claim subject to offset?**
☒ No
☐ Yes

$228.75 | $228.75

---

**2.31** | **Priority creditor's name and mailing address**
CRAIGHEAD COUNTY, TREASURY DIVISION
511 S MAIN ST #205
JONESBORO, AR 72401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.32** | **Priority creditor's name and mailing address**
DARRYL HOLDMAN
LYNN LANE
APT B
LARGO, FL 33777

**Date or dates debt was incurred**
2/23/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
EMPLOYEE - BONUS

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00 | $500.00

---

**2.33** | **Priority creditor's name and mailing address**
DAVIDSON COUNTY
700 2ND AVE S
NASHVILLE, TN 37210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,226.04 | $25,226.04

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.34** Priority creditor's name and mailing address

DAVIDSON COUNTY METROPOLITAN
700 2ND AVE S
NASHVILLE, TN 37210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $26,833.74    Priority amount: $26,833.74

---

**2.35** Priority creditor's name and mailing address

DEJA CHLOE HUGHES
994 VINEYARD CIR
STONE MOUNTAIN, GA 30083

**Date or dates debt was incurred**

2/23/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE - BONUS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $175.00    Priority amount: $175.00

---

**2.36** Priority creditor's name and mailing address

DEKALB COUNTY, TAX COMMISIONER
4380 MEMORIAL DRIVE, STE 100
DECATUR, GA 30032

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,871.48    Priority amount: $2,871.48

---

**2.37** Priority creditor's name and mailing address

DOUGLAS COUNTY, TAX COMMISIONER
6200 FAIRBURN RD
DOUGLASVILLE, GA 30134

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.38** Priority creditor's name and mailing address

DUVAL COUNTY TAX COLLECTOR
231 E FORSYTH ST
JACKSONVILLE, FL 32202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $45,434.30    Priority amount: $45,434.30

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.39** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,072.25 | $14,072.25

ESCAMBIA COUNTY TAX COLLECTOR
213 PALAFAX PL
PENSACOLA, FL  32502

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PROPERTY TAX

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.40** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

ETOWAH COUNTY REVENUE COMMISSION
800 FORREST AVE
GADSDEN, AL  35901

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.41** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $738.66 | $738.66

FAYETTE COUNTY
140 STONEWALL AVE W
FAYETTEVILLE, GA  30214

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PROPERTY TAX

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.42** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35,934.10 | $35,934.10

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE STREET
TALLAHASSEE, FL  32399-0125

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
SALES TAX

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.43** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $350.00 | $350.00

GERALD KING
3862 CEDAR WOODS WAY NW
LAWRENCEVILLE, GA  30044

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

2/23/2023

**Last 4 digits of account number:**

**Basis for the claim:**
EMPLOYEE - BONUS

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.44** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
| | GULFPORT GENERAL FINANCE | | |
| | 1410 24TH AVE | | |
| | GULFPORT, MS  39501 | | |
| | | As of the petition filing date, the claim is: | |
| | **Date or dates debt was incurred** | *Check all that apply.* | |
| | | ☒ Contingent | |
| | **Last 4 digits of account number:** | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Specify Code subsection of PRIORITY** | | |
| | **unsecured claim:** 11 U.S.C. § 507(a) (8) | **Basis for the claim:** | |
| | | POTENTIAL TAX LIABILITY | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **2.45** | **Priority creditor's name and mailing address** | UNKNOWN | UNKNOWN |
|---|---|---|---|
| | GWINNETT COUNTY TAX COMMISSIONER | | |
| | GWINNETT COUNTY GVT ANNEX BLDG | | |
| | 750 S PERRY ST, STE 110 | | |
| | LAWRENCEVILLE, GA  30046 | | |
| | | As of the petition filing date, the claim is: | |
| | **Date or dates debt was incurred** | *Check all that apply.* | |
| | | ☒ Contingent | |
| | **Last 4 digits of account number:** | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Specify Code subsection of PRIORITY** | | |
| | **unsecured claim:** 11 U.S.C. § 507(a) (8) | **Basis for the claim:** | |
| | | POTENTIAL TAX LIABILITY | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **2.46** | **Priority creditor's name and mailing address** | $182.07 | $182.07 |
|---|---|---|---|
| | HAMILTON COUNTY | | |
| | 455 N HIGHLAND PARK AVE | | |
| | MCDANIEL BLDG | | |
| | CHATTANOOGA, TN  37404 | | |
| | | As of the petition filing date, the claim is: | |
| | **Date or dates debt was incurred** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Last 4 digits of account number:** | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | **Specify Code subsection of PRIORITY** | | |
| | **unsecured claim:** 11 U.S.C. § 507(a) (8) | **Basis for the claim:** | |
| | | PROPERTY TAX | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **2.47** | **Priority creditor's name and mailing address** | $553.18 | $553.18 |
|---|---|---|---|
| | HILLSBOROUGH COUNTY, FL | | |
| | COUNTY CENTER | | |
| | 601 E KENNEDY BLVD | | |
| | TAMPA, FL  33602 | | |
| | | As of the petition filing date, the claim is: | |
| | **Date or dates debt was incurred** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Last 4 digits of account number:** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Specify Code subsection of PRIORITY** | | |
| | **unsecured claim:** 11 U.S.C. § 507(a) (8) | **Basis for the claim:** | |
| | | PROPERTY TAX | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **2.48** | **Priority creditor's name and mailing address** | $93.32 | $93.32 |
|---|---|---|---|
| | HINDS COUNTY TAX | | |
| | 316 S PRESIDENT | | |
| | JACKSON, MA  39201 | | |
| | | As of the petition filing date, the claim is: | |
| | **Date or dates debt was incurred** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Last 4 digits of account number:** | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | **Specify Code subsection of PRIORITY** | | |
| | **unsecured claim:** 11 U.S.C. § 507(a) (8) | **Basis for the claim:** | |
| | | PERSONAL PROPERTY TAX | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.49 | **Priority creditor's name and mailing address**<br><br>HINDS COUNTY TAX ASSESSOR<br>PO BOX 22908<br>JACKSON, MS 39225<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.50 | **Priority creditor's name and mailing address**<br><br>HOUSTON COUNTY REVENUE COMMISSION<br>5TH FL ADMIN BLDG<br>462 N OATES ST<br>DOTHAN, AL 36303<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.51 | **Priority creditor's name and mailing address**<br><br>INDIANA DEPT OF REVENUE<br>100 N SENATE AVE<br>INDIANAPOLIS, IN 46204<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SALES TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $477.15 | $477.15 |
| 2.52 | **Priority creditor's name and mailing address**<br><br>JAMES T FERGUSON<br>1510 NORMAN CROSSING<br>ATLANTA, GA 30349<br><br>**Date or dates debt was incurred**<br><br>2/23/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE - BONUS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $350.00 | $350.00 |
| 2.53 | **Priority creditor's name and mailing address**<br><br>JEFFERSON COUNTY<br>ATTN GAYNELL HENDRICKS, TAX ASSESSOR<br>716 RICHARD ARRINGTON JR BLVD N, ROOM 170<br>BIRMINGHAM, AL 35203<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,220.35 | $1,220.35 |

**Part 1:**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|

**2.54**    **Priority creditor's name and mailing address**

JEFFERSON COUNTY TAX DIVISION
ATTN JEFFERSON COUNTY ATTORNEY MIKE
O'CONNELL
FIRST TRUST CENTRE
200 S FIFTH ST, STE 200N
LOUISVILLE, KY  40202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.55**    **Priority creditor's name and mailing address**

KADDEN WYATT
2575 SANDS DRIVE
CLEARWATER, FL  33674

**Date or dates debt was incurred**

2/23/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE - BONUS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $360.00    Priority amount: $360.00

---

**2.56**    **Priority creditor's name and mailing address**

KELVIN HOPKINS
1121 CROSSING CREEK ROAD
HOPKINS, SC  29061

**Date or dates debt was incurred**

2/23/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE - BONUS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $250.63    Priority amount: $250.63

---

**2.57**    **Priority creditor's name and mailing address**

KENTUCKY STATE TREASURY
KENTUCKY DEPARTMENT OF REVENUE
501 HIGH ST
FRANKFORT, KY  40601-2103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,934.08    Priority amount: $1,934.08

---

**2.58**    **Priority creditor's name and mailing address**

KNOX COUNTY
400 ST SW 418
KNOXVILLE, TN  37902

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $88.00    Priority amount: $88.00

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.59** | **Priority creditor's name and mailing address**<br>LAUDERDALE COUNTY COURTHOUSE<br>200 S COURT ST<br>FLORENCE, AL  35630<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.60** | **Priority creditor's name and mailing address**<br>LEE COUNTY ARK<br>15 EAST CHESTNUT ST<br>MARIANNA, AR  72360<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PERSONAL PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $769.86 | $769.86 |
| **2.61** | **Priority creditor's name and mailing address**<br>LEE COUNTY ATTORNEY<br>2115 SECOND ST<br>FORT MYERS, FL  33901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.62** | **Priority creditor's name and mailing address**<br>LEE COUNTY TAX COLLECTOR<br>201 W JEFFERSON ST SUITE B<br>TUPELO, MS  38804<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $108.15 | $108.15 |
| **2.63** | **Priority creditor's name and mailing address**<br>LEON COUNTY TAX COLLECTOR<br>1276 METROPOLITAN BLVD, STE 102<br>TALLAHASSEE, FL  32312<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,373.68 | $2,373.68 |

| Part 1: | Additional Page |
| --- | --- |

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.64 | **Priority creditor's name and mailing address**<br>MACON-BIBB COUNTY TAX<br>ATTN WADE MCCORD, TAX COMISSIONER<br>188 THIRD ST<br>MACON, GA  31201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $22,260.48 | $22,260.48 |
| 2.65 | **Priority creditor's name and mailing address**<br>MADISON COUNTY CLERK<br>100 MAIN STREET RM 105<br>JACKSON, TN  38301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $5,692.03 | $5,692.03 |
| 2.66 | **Priority creditor's name and mailing address**<br>MADISON COUNTY CLERK<br>100 MAIN STREET RM 105<br>JACKSON, TN  38301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $5,565.78 | $5,565.78 |
| 2.67 | **Priority creditor's name and mailing address**<br>MADISON COUNTY TAX ASSESSOR<br>ATTN CLIFF MANN, TAX ASSESSOR<br>1918 N MEMORIAL PKWY, 2ND FL<br>HUNTSVILLE, AL  35801<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.68 | **Priority creditor's name and mailing address**<br>MADISON COUNTY TRUSTEE'S OFFICE<br>ATTN BILLY BURKHEAD, TRUSTEE<br>100 E MAIN ST, STE 107<br>JACKSON, TN  38301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

Debtor    RAC Dealership, LLC _____    Case number (if known) 23-10318

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.69** | **Priority creditor's name and mailing address**

MECKLENBURG OFFICE OF THE TAX COLLECTOR
VALERIE C WOODARD CENTER
32205 FREEDOM DR, STE 3000
CHARLOTTE, NC  28208

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,247.58    Priority amount: $1,247.58

---

**2.70** | **Priority creditor's name and mailing address**

MICHAEL BROWN
677 SELDEN CT
JONESBORO, GA  30238-3137

**Date or dates debt was incurred**

2/23/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE - BONUS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $350.00    Priority amount: $350.00

---

**2.71** | **Priority creditor's name and mailing address**

MISSISSIPPI DEPT OF REVENUE
PO BOX 1383
JACKSON, MS  39215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $4,469.19    Priority amount: $4,469.19

---

**2.72** | **Priority creditor's name and mailing address**

MISSOURI DEPARTMENT OF REVENUE
PO BOX 3360
JEFFERSON CITY, MO  65105-3360

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,338.10    Priority amount: $1,338.10

---

**2.73** | **Priority creditor's name and mailing address**

MOBILE COUNTY REVENUE COMMISSION
3925 MICHAEL BLVD, STEG
MOBILE, AL  36609

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.74** | **Priority creditor's name and mailing address**
MONTGOMERY COUNTY
100 S LAWRENCE ST
MONTGOMERY, AL  36104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $375.44    Priority amount: $375.44

---

**2.75** | **Priority creditor's name and mailing address**
MONTGOMERY COUNTY TRUSTEE
350 PAGEANT LN, STE 101-B
CLARKSVILLE, TN  37040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.76** | **Priority creditor's name and mailing address**
NICK JOHN REPETTO
9402 LYNN LANE
LARGO, FL  33777

**Date or dates debt was incurred**
2/23/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE - BONUS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $420.00    Priority amount: $420.00

---

**2.77** | **Priority creditor's name and mailing address**
NORTH CAROLINA DEPT OF REVENUE
MOTOR VEHICLE LEASE AND RENTAL TAX
RETURN
PO BOX 25000
RALEIGH, NC  27640-0710

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,121.04    Priority amount: $1,121.04

---

**2.78** | **Priority creditor's name and mailing address**
OFFICE OF THE FAYETTE COUNTY SHERIFF
150 N LIMESTONE, STE 265
LEXINGTON, KY  40507

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.79** **Priority creditor's name and mailing address**
OLD KNOX COUNTY COURTHOUSE
300 W MAIN AVE
KNOXVILLE, TN 37902

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.80** **Priority creditor's name and mailing address**
ORANGE COUNTY TAX COLLECTOR
200 SOUTH ORANGE AVE, 16TH FL
ORLANDO, FL 32801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $21,110.91     Priority amount: $21,110.91

---

**2.81** **Priority creditor's name and mailing address**
OSCEOLA COUNTY TAX COLLECTOR
2501 E IRLO BRONSON MEMORIAL HWY
KISSIMMEE, FL 34744

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.82** **Priority creditor's name and mailing address**
PINELLAS COUNTY TAX COLLECTOR
29399 US HWY 19 N, STE 100
CLEARWATER, FL 33761

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $216,049.70     Priority amount: $216,049.70

---

**2.83** **Priority creditor's name and mailing address**
POLK COUNTY TAX COLLECTOR
430 E MAIN ST
BARTOW, FL 33830

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,024.26     Priority amount: $5,024.26

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.84** Priority creditor's name and mailing address

PULASKI COUNTY TREASURER
ADMINISTRATION BUILDING
201 S BROADWAY, STE 150
LITTLE ROCK, AR  72201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PERSONAL PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $460.77  Priority amount: $460.77

---

**2.85** Priority creditor's name and mailing address

RANDOLPH COUNTY, AR
107 W BROADWAY ST H
POCAHONTAS, AR  72455

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PERSONAL PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $453.67  Priority amount: $453.67

---

**2.86** Priority creditor's name and mailing address

RICHLAND COUNTY TREASURER
2020 HAMPTON ST
PO BOX 11947
COLUMBIA, SC  29211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.87** Priority creditor's name and mailing address

RICHMOND COUNTY TAX COMMISSIONER
MUNICIPAL BUILDING OFFICE
535 TELFAIR ST, STE 100
AUGUSTA, GA  30901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.88** Priority creditor's name and mailing address

ROCKDALE COUNTY TAX COMMISSIONER
969 PINE ST
CONYERS, GA  30012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

**2.89** **Priority creditor's name and mailing address**

RUTHERFORD COUNTY TRUSTEE
DEPARTMENT
1 SOUTH PUBLIC SQ
MURFREESBORO, TN 37130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $5,807.00    Priority amount: $5,807.00

---

**2.90** **Priority creditor's name and mailing address**

RYAN STEVENSON
205 RAMBLEWOOD DR
COLUMBIA, SC 29209

**Date or dates debt was incurred**

2/23/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
EMPLOYEE - BONUS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $185.00    Priority amount: $185.00

---

**2.91** **Priority creditor's name and mailing address**

SALINE COUNTY TAX
215 N MAINST 3
BENTON, AR 72015

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PERSONAL PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,324.60    Priority amount: $2,324.60

---

**2.92** **Priority creditor's name and mailing address**

SEBASTIAN COUNTY
TREASURER/COLLECTOR
35 S 6TH, RM 105
FORT SMITH, AR 72901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $493.46    Priority amount: $493.46

---

**2.93** **Priority creditor's name and mailing address**

SEMINOLE COUNTY TAX COLLECTOR
1101 E 1ST ST
SANFORD, FL 32771

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,286.39    Priority amount: $1,286.39

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| | | | |
|---|---|---|---|
| 2.94 | **Priority creditor's name and mailing address**<br>SHANITA SMITH<br>7940 SILVER SPUR CIR<br>MEMPHIS, TN 38119<br><br>**Date or dates debt was incurred**<br>2/23/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE - BONUS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,245.00 | $3,245.00 |
| 2.95 | **Priority creditor's name and mailing address**<br>SHELBY COUNTY TAX COLLECTOR<br>102 DEPOT ST<br>COLUMBIANA, AL 35051<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.96 | **Priority creditor's name and mailing address**<br>SHELBY COUNTY TRUSTEE<br>157 POPLAR AVE, STE 200<br>MEMPHIS, TN 38103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $48,806.50 | $48,806.50 |
| 2.97 | **Priority creditor's name and mailing address**<br>SOUTH CAROLINA COUNTY OF LEXINGTON<br>ATTN JIM ECKSTROM, TREASURER<br>212 S LAKE DR, STE 101<br>LEXINGTON, SC 29072<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.98 | **Priority creditor's name and mailing address**<br>SPARTANSBURG COUNTY TAX COLLECTOR<br>366 N CHURCH ST, MAIN LEVEL, STE 400<br>SPARTANBURG, SC 29303<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.99 | **Priority creditor's name and mailing address**<br>ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>CLAYTON, MO 63105 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN | UNKNOWN |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |
| 2.100 | **Priority creditor's name and mailing address**<br>TENNESSEE DEPT OF REVENUE<br>44 VANTAGE WAY SUITE 160<br>NASHVILLE, TN 37243-8050 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $49,835.00 | $49,835.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>SALES TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |
| 2.101 | **Priority creditor's name and mailing address**<br>TIERENEY ROBINSON<br>7099 TRANQUIL CREEK<br>MEMPHIS, TN 38125 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed | $3,770.00 | $3,770.00 |
| | **Date or dates debt was incurred**<br>2/23/2023 | **Basis for the claim:**<br>EMPLOYEE - BONUS | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |
| 2.102 | **Priority creditor's name and mailing address**<br>TOWN OF THUNDERBOLT TAX COMMISSIONER OFFICE<br>222 W OGELTHORPE AVE, #107<br>SAVANNAH, GA 31401 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN | UNKNOWN |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |
| 2.103 | **Priority creditor's name and mailing address**<br>TUSCALOOSA COUNTY TAX COLLECTOR<br>TUSCALOOSA COUNTY COURTHOUSE<br>714 GREENSBORO AVE<br>TUSCALOOSA, AL 35401 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN | UNKNOWN |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.104 | **Priority creditor's name and mailing address**<br><br>WARREN COUNTY TAX<br>P O BOX 351<br>VICKSBURG, MS 39181<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PERSONAL PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $365.00 | $365.00 |
| 2.105 | **Priority creditor's name and mailing address**<br><br>WASHINGTON COUNTY TAX COLLECTOR<br>WASHINGTON COUNTY COURTHOUSE<br>280 N COLLEGE AVE<br>FAYETTEVILLE, AR 72701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>10013 N FLORIDA AVE, LLC<br>ATTN: PUTO BLANCO<br>8685 RIVER ROAD<br>SACRAMENTO, CA 95832<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $22,081.62 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br><br>1225 FLORENCE BLVD, LLC<br>ATTN: MIKE KAPHAMMER<br>100 BALD KNOB ROAD<br>NEW ALBANY, IN 47150<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,800.00 |

| **Part 2:** | Additional Page |

|  | **Amount of claim** |
| --- | --- |

| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,241.06 |

4750 ATLANTA HWY, LLC
ATTN: DEREK GRIFFIN
80 W WIEUCA RD NE STE 170
ATLANTA, GA  30342

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,010.45 |

544 STUDIO LLC
BANKER & BRISEBOIS
33717 WOODARD AVE
BIRMINGHAM, MI  48009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $375,287.96 |

A & B AUTO RECON, LLC
4024 CHARLES BARTLETT ROAD
MILLINGTON, TN  38053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $94.50 |

AAA COOPER TRANSPORTATION
PO BOX 935003
ATLANTA, GA  31193-5003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $123,837.51 |

AAMCO TRANSMISSION INC
201 GIBRALTAR RD
HORSHAM, PA  19044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>AAMCO TRANSMISSIONS<br>MFP ENTERPRISES<br>199 CHESTNUT STREET<br>TRUSSVILLE, AL  35173<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $313.24 |

| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>ABC FIRE EQUIPMENT INC.<br>206 HARGROVE ROAD EAST<br>TUSCALOOSA, AL  35401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $129.00 |

| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>ABS RECOVERY INC.<br>5886 ENTERPRISE PKWY<br>FT MYERS, FL  33905<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $105.00 |

| 3.11 | **Nonpriority creditor's name and mailing address**<br><br>ABSOLUTE TOWING INC.<br>1000 BUFF STREET<br>WEST COLUMBIA, SC  29169<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $576.00 |

| 3.12 | **Nonpriority creditor's name and mailing address**<br><br>ACUITY SPECIALTY PRODUCTS INC.<br>ZEP SALES & SERVICE, NIAGRA INTERNATIONAL<br>PO BOX 404628<br>ATLANTA, GA  30384-4628<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,779.43 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.13**   **Nonpriority creditor's name and mailing address**

ADAMS AND REESE LLP
DEPT 5205
PO BOX 2153
BIRMINGHAM, AL  35287

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.94

---

**3.14**   **Nonpriority creditor's name and mailing address**

ADESA ATLANTA
5055 OAKLEY IND BLVD
FAIRBURN, GA  30213

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,994.50

---

**3.15**   **Nonpriority creditor's name and mailing address**

ADESA BIRMINGHAM
804 SOLLIE DRIVE
MOODY, AL  35004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,219.75

---

**3.16**   **Nonpriority creditor's name and mailing address**

ADESA KNOXVILLE
1011 ADESA PARKWAY
LENOIR CITY, TN  37771

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$505.00

---

**3.17**   **Nonpriority creditor's name and mailing address**

ADESA LITTLE ROCK
8700 HIGHWAY 70
LITTLE ROCK, AR  72117

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$546.50

---

| Debtor | RAC Dealership, LLC | |
|---|---|---|
| | (Name) | Case number (if known) 23-10318 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.18 | **Nonpriority creditor's name and mailing address**<br>ADESA NASHVILLE<br>631 BURNETT RD<br>OLD HICKORY, TN  37138<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>ADESA OCALA<br>ADESA FLORIDA LLC<br>540 SW 38TH AVENUE<br>OCALA, FL  34474<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54.00 |

| 3.20 | **Nonpriority creditor's name and mailing address**<br>ADESA PHOENIX<br>400 BECK AVE<br>CHANDLER, AZ  85226<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $155.00 |

| 3.21 | **Nonpriority creditor's name and mailing address**<br>ADP, LLC<br>PO BOX 842875<br>BOSTON, MA  02284-2875<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $432.00 |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>ADT SECURITY<br>PO BOX 371878<br>PITTSBURG, PA  15250<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,421.43 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $7,580.00

ADVANCE AUTO GLASS
KATNAH3 INC
480 PIKE PARK DRIVE SUITE E
LAWRENCEVILLE, GA  30046

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $5,769.32

ADVANCE AUTO PARTS
ADVANCE PROFESSIONAL
PO BOX 742063
ATLANTA, GA  30374-2063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $333.50

ADVANCE AUTO PARTS
PO BOX 5219
CAROL STREAM, IL  60197-5219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $3,892.53

ADVANCE CHEMICAL PRODUCTS INC.
419 GLOVER STREET SE
MARIETTA, GA  30060-2703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $105,688.20

AFCO
P O BOX 371889
PITTSBURGH, PA  15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    Additional Page

| | | Amount of claim |
|---|---|---|

**3.28** **Nonpriority creditor's name and mailing address**

AIM CHEMICALS, INC.
PO BOX 876
BUFORD, GA 30515

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,455.12

---

**3.29** **Nonpriority creditor's name and mailing address**

AJJ ENTERPRISES, INC.
FISH WINDOW CLEANING
PO BOX 22267
KNOXVILLE, TN 37933-0267

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$556.00

---

**3.30** **Nonpriority creditor's name and mailing address**

AKSHAR 6  LLC
2508 SAM SCHOOL ROAD
SOUTHLAKE, TX 76092

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,500.00

---

**3.31** **Nonpriority creditor's name and mailing address**

ALABAMA DEPARTMENT OF ENVIRONMENTAL MGMT
PO BOX 301463
MONTGOMERY, AL 36130-1463

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.32** **Nonpriority creditor's name and mailing address**

ALABAMA INDEPENDENT AUTOMOBILE DEALERS ASSOC.
120 VULCAN ROAD
BIRMINGHAM, AL 35209

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$260.00

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,535.85

ALABAMA POWER
PO BOX 242
BIRMINGHAM, AL  35292

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,320.06

ALAN WERNER
PO BOX 3573
CLARKSVILLE, TN  37043

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,403.26

ALEXANDER ZIMILEVICH
7739 BLANDING LIVING TRUST
10668 QUAIL RIDGE DRIVE
PONTE VEDRA, FL  32081

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $200.00

ALL STAR LAWN SERVICE
ATTN: MARVIN BROWN JR
6144 EDGEFIELD LANE
PINSON, AL  35216

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,088.64

ALLDATA
PO BOX 848379
DALLAS, TX  75284-8379

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.38** **Nonpriority creditor's name and mailing address**

ALLEGIS GROUP HOLDINGS INC.
ASTON CARTER INC
3689 COLLECTIONS CENTER DR
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,379.30

---

**3.39** **Nonpriority creditor's name and mailing address**

AMERICAN FINANCE ADJUSTERS OF TAMPA
PO BOX 4526
OCALA, FL  34478

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,330.00

---

**3.40** **Nonpriority creditor's name and mailing address**

AMERICA'S AA BIRMINGHAM
1046 AE MOORE DR
MOODY, AL  35004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.00

---

**3.41** **Nonpriority creditor's name and mailing address**

AN MOTORS OF MEMPHIS
AUTONATIONS GMC MENDENHALL DOBBS
2621 MENDENHALL ROAD SOUTH
MEMPHIS, TN  38115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,008.82

---

**3.42** **Nonpriority creditor's name and mailing address**

ANN HAMPTON
1530 QUEENS RD UNIT 204
CHARLOTTE, NC  28207

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,000.00

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.43**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $1,190.01
*Check all that apply.*

ARAMARK UNIFORM SERVICES
AUS CENTRAL LOCKBOX
PO BOX 731676
DALLAS, TX 75373-1676
     ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**
     ☒ No
     ☐ Yes

---

**3.44**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $2,882.23
*Check all that apply.*

ARDEX LABORATORIES, INC.
ARDEX OF SOUTH FLORIDA, LLC.
2050 BYBERRY ROAD
PHILADELPHIA, PA 19116
     ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**
     ☒ No
     ☐ Yes

---

**3.45**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $1,535.41
*Check all that apply.*

ARTICULATE GLOBAL LLC
DEPT 3747
PO BOX 123747
DALLAS, TX 75312-3747
     ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**
     ☒ No
     ☐ Yes

---

**3.46**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $1,306.09
*Check all that apply.*

AT&T
PO BOX 105251
ATLANTA, GA 30348-5251
     ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**      **Is the claim subject to offset?**
     ☒ No
     ☐ Yes

---

**3.47**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $693.67
*Check all that apply.*

ATMOS ENERGY
PO BOX 790311
ST LOUIS, MO 63179
     ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**      **Is the claim subject to offset?**
     ☒ No
     ☐ Yes

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $51,575.00 |
|---|---|---|---|

AUCTION DIRECT TRANSPORT LLC
1017 S GILBERT RD SUITE 203
MESA, AZ  85204

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59,407.00 |
|---|---|---|---|

AUGMENTED REALITY CONCEPTS INC.
IMPEL FKA SPINCAR
344 S WARREN ST
STE 200
SYRACUSE, NY  13202

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $228.50 |
|---|---|---|---|

AUGUSTA PLANNING & DEVELOPMENT DEPT
PO BOX 9270
AUGUSTA, GA  30916-9270

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,327.95 |
|---|---|---|---|

AUTO AUCTION SERVICES CORP
DEPARTMENT 720042
PO BOX 1335
CHARLOTTE, NC  28201-1335

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33,191.66 |
|---|---|---|---|

AUTO MASTER SYSTEMS INC.
116 N MAIN STREET
SWEETSER, IN  47150

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,350.00

AUTO SMITH EMISSIONS, LLC
3490 HIGHWAY 20 SE
CONYERS, GA  30013

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,671,016.98

AUTO ZONE INC.
PO BOX 116067
ATLANTA, GA  30368-6067

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,100.00

AUTODATA INC.
CHROMEDATA
PO BOX 7410265
CHICAGO, IL  60674-0265

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $175.78

AUTOMATIC FIRE SYSTEMS OF AUGUSTA
3326 MIKE PADGETT HWY
AUGUSTA, GA  30908

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $710.00

AUTOMOTIVE DIAGNOSTICS LLC
2146 ROSWELL RD STE 108-1211
MARIETTA, GA  30062

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.58 | **Nonpriority creditor's name and mailing address**<br><br>AUTONATION<br>PO BOX 731674<br>DALLAS, TX  75373-1674<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,000.32 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br><br>AUTO-RICKSHA<br>C/O ROSENTHAL LAW GROUP<br>ATTN: ALEX ROSENTHAL<br>2115 N. COMMERCE PKWY<br>WESTON, FL  33326<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.60 | **Nonpriority creditor's name and mailing address**<br><br>AUTOTRONICS<br>5827 WINCHESTER RD<br>MEMPHIS, TN  38115<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,925.01 |
| 3.61 | **Nonpriority creditor's name and mailing address**<br><br>AUTOZONE STORES, INC.<br>PO BOX 2198<br>DEPT 8079<br>MEMPHIS, TN  38101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |
| 3.62 | **Nonpriority creditor's name and mailing address**<br><br>BACONS FOREIGN CAR PARTS INC.<br>6130 US HWY 70 W<br>MARION, AR  72364<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,050.00 |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,895.81**

BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 MADISON AVE SUITE 2000
MEMPHIS, TN  38103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,440.30**

BALCH & BINGHAM
PO BOX 306
BIRMINGHAM, AL  35201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$93.00**

BARCO'S SPOTS CLEANER
2526 CROWN RIDGE CIRCLE
KISSIMMEE, FL  34744

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$44,961.51**

BARRON'S WHOLESALE TIRE LLC
500 WEST 190TH ST STE 600
GARDENA, CA  90248

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

BBVA COMPASS
GOSSETT MOTOR CARS
PO BOX 2201
DECATUR, AL  35609

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,915.85
*Check all that apply.*

BERT SMITH OLDSMOBILE, INC.
BERT SMITH INTERNATIONAL
3335 38TH AVE
ST PETERSBURG, FL  33713

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,830.28
*Check all that apply.*

BEST BUY AUTOMOTIVE AND TIRES
3835 ATLANTA HWY
MONTGOMERY, AL  36109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,000.00
*Check all that apply.*

BETTY DEAN
1991 COUNTY ROAD 49
MIDLAND CITY, AL  36350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,125.11
*Check all that apply.*

BICKERSTAFF PARHAM REAL ESTATE LLC
5547 VETERANS PKW STE A
COLUMBUS, GA  31904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $125.00
*Check all that apply.*

BILL JACKSON FORD
121 HIGHWAY 231 NORTH
TROY, AL  36081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.73 | **Nonpriority creditor's name and mailing address**<br><br>BLUE SKY AUTOMOTIVE SERVICES LLC<br>418 SOUTH NORTHSHORE<br>KNOXVILLE, TN 37919<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $385.10 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br><br>BLUECROSS BLUESHIELD OF TENNESSEE<br>GROUP RECEIPTS DEPARTMENT<br>PO BOX 6539<br>CAROL STREAM, IL 60197-6539<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $241,552.98 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br><br>BRAZELTON PROPERTIES<br>ATTN: JANA BRAZELTON<br>2021 CLINTON AVE W SUITE C<br>HUNTSVILLE, AL 35805<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,000.00 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br><br>BREWBAKER DODGE CHRYSLER<br>300 EASTERN BYPASS<br>MONTGOMERY, AL 36117<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,600.09 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br><br>BRIAN'S BLUEGRASS AUTOMOTIVE LLC<br>749 WEST MAIN STREET<br>LEXINGTON, KY 40508<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $647.14 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.78** | **Nonpriority creditor's name and mailing address**

BRIDGESTONE RETAIL OPERATIONS, LLC
BSRO NATIONAL ACCOUNTS
28772 NETWORK PL
CHICAGO, IL 60673-1287

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$177,534.65

---

**3.79** | **Nonpriority creditor's name and mailing address**

BROAD SKY NETWORKS
3463 LAKEMONT BLVD
FORT MILL, SC 29708

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$345.24

---

**3.80** | **Nonpriority creditor's name and mailing address**

BUCKEYE CLEANING CENTER
PO BOX 840002
KANSAS CITY, MO 64184-0002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$884.40

---

**3.81** | **Nonpriority creditor's name and mailing address**

BURR FORMAN MCNAIR
PO BOX 830719
BIRMINGHAM, AL 35283-0719

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$292.04

---

**3.82** | **Nonpriority creditor's name and mailing address**

BURRIS LAWN SERVICE
6195 CANDLESTICK LOOP
COLUMBUS, GA 31909

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,450.00

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.83** | **Nonpriority creditor's name and mailing address**
CAPITAL AUTO LOCKSMITH
7956 VAUGHN RD PMB199
MONTGOMERY, AL  36116

**Date or dates debt was incurred**

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes | $28,532.00

---

**3.84** | **Nonpriority creditor's name and mailing address**
CAPITAL PLUMBING CONTRACTORS INC
CAPITAL PLUMBING CONTRACTORS INC
650 BLOUNTSTOWN ST
TALLAHASSEE, FL  32304

**Date or dates debt was incurred**

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes | $124.00

---

**3.85** | **Nonpriority creditor's name and mailing address**
CAR CARE CLINIC, INC.
703 AIRPORT RD
FLOWOOD, MS  39232

**Date or dates debt was incurred**

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes | $8,663.59

---

**3.86** | **Nonpriority creditor's name and mailing address**
CAR KEYS EXPRESS LLC
IKEYLESS LLC
PO BOX 775714
CHICAGO, IL  60677-5714

**Date or dates debt was incurred**

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes | $35,559.30

---

**3.87** | **Nonpriority creditor's name and mailing address**
CAROLINA SHINE DISTRIBUTION LLC
PO BOX 290
ALCOLU, SC  29001

**Date or dates debt was incurred**

**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes | $3,636.36

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|
| **3.88** | **Nonpriority creditor's name and mailing address** | $48.00 |

| | | |
|---|---|---|
| | CD&E ENTERPRISES<br>PO BOX 95<br>DYER, TN  38330 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

| **3.89** | **Nonpriority creditor's name and mailing address** | UNKNOWN |
|---|---|---|
| | CEDRIC BRINSON<br>C/O MARIE A. MATTOX, P.A.<br>203 N. GADSDEN ST.<br>TALLAHASSEE, FL  32301 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>LITIGATION |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

| **3.90** | **Nonpriority creditor's name and mailing address** | $6,073.05 |
|---|---|---|
| | CERTIFIT<br>ACCOUNTS RECEIVABLES<br>4995 CITATION DR<br>MEMPHIS, TN  38117 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

| **3.91** | **Nonpriority creditor's name and mailing address** | $4,230.00 |
|---|---|---|
| | CHAD SHUMPERT<br>SHUMPERT'S LOCK AND KEY<br>1168 BOILING SPRINGS RD<br>LEXINGTON, SC  29073 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

| **3.92** | **Nonpriority creditor's name and mailing address** | $149.87 |
|---|---|---|
| | CHARLESTON WATER SYSTEM<br>103 ST PHILIP ST PO BOX B<br>CHARLESTON, SC  29402-0017 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>UTILITIES |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $980.00

CHARLOTTE LANDSCAPING SERVICES
8904 OVERLAY COURT
CHARLOTTE, NC 28216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | $135.96

CHARLOTTE WEB
PO BOX 602486
CHARLOTTE, NC 28260-2486

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | $363.31

CHATTANOOGA GAS CO
PO BOX 5408
CAROL STREAM, IL 60197-5408

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | $16,810.67

CHUCK HUTTON CHEVROLET INC.
2471 MT MORIAH ROAD
MEMPHIS, TN 38115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | $8,843.03

CINTAS CORPORATION
PO BOX 630910
CINCINNATI, OH 45263-0910

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,024.26 |
| | CINTAS CORPORATION 2 | *Check all that apply.* | |
| | PO BOX 630921 | ☐ Contingent | |
| | CINCINNATI, OH 45263-0921 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,078.83 |
| | CINTAS CORPORATION NO. 2 | *Check all that apply.* | |
| | CINTAS CORPORATION LOC. 069 | ☐ Contingent | |
| | PO BOX 631025 | ☐ Unliquidated | |
| | CINCINNATI, OH 45263-1025 | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $611.55 |
| | CINTAS CORPORATION NO. 2 | *Check all that apply.* | |
| | PO BOX 630803 | ☐ Contingent | |
| | CINCINNATI, OH 45263-0803 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12.00 |
| | CITY OF CHELSEA | *Check all that apply.* | |
| | P O BOX 111 | ☐ Contingent | |
| | CHELSEA, AL 3503 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | BUSINESS LICENSE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,863.68 |
| | CITY OF FORT MYERS | *Check all that apply.* | |
| | PO BOX 2217 | ☐ Contingent | |
| | FORT MYERS, FL 33902 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | UTILITIES | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.65 |
|---|---|---|---|

3.103 **Nonpriority creditor's name and mailing address**

CITY OF GULFPORT
1410 24TH AVE
GULFPORT, MS  39501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.65

---

3.104 **Nonpriority creditor's name and mailing address**

CITY OF HUNTSVILLE
PO BOX 308
HUNTSVILLE, AL  35804

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
BUSINESS LICENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$780.00

---

3.105 **Nonpriority creditor's name and mailing address**

CITY OF JACKSON
PO BOX 2391
JACKSON, TN  38302

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$186.64

---

3.106 **Nonpriority creditor's name and mailing address**

CITY OF NORTH LITTLE ROCK
PO BOX 5757
NORTH LITTLE ROCK, AR  72119

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$453.12

---

3.107 **Nonpriority creditor's name and mailing address**

CITY OF PENSACOLA PARKING MGMT
PO BOX 12332
PENSACOLA, FL  32591

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.108** **Nonpriority creditor's name and mailing address**

CITY OF TALLAHASSEE
3 FREEMAN AVENUE
TALLAHASSEE, AL  36078

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,110.25

---

**3.109** **Nonpriority creditor's name and mailing address**

CITY OF TAMPA UTILITIES
PO BOX 30191
TAMPA, FL  33630-3191

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$216.53

---

**3.110** **Nonpriority creditor's name and mailing address**

CJR DEVELOPMENT INC.
9819 WHITHORN DR
HOUSTON, TX  77095

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.111** **Nonpriority creditor's name and mailing address**

CLAYTON COUNTY
PO BOX 117195
ATLANTA, GA  30368

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$118.22

---

**3.112** **Nonpriority creditor's name and mailing address**

CLEAN HARBOR ENVIRONMENTAL SERVICES INC.
PO BOX 734867
DALLAS, TX  75373-4867

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$562.42

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address**<br><br>CLEM TIRE COMPANY<br>2206 UNIVERSITY DR NW<br>HUNTSVILLE, AL  35816<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $5,335.35

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address**<br><br>CLIMATE DESIGN AIR CONDITIONING, INC.<br>PO BOX 48<br>PINELLAS PARK, FL  33780<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $261.68

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address**<br><br>COASTAL PEST CONTROL<br>PO BOX 86264<br>MADEIRA BEACH, FL  33738<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $214.00

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address**<br><br>COBB EMC<br>PO BOX 105082<br>ATLANTA, GA  30348-5082<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $25.07

| | | |
|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address**<br><br>COGGINS PROMOTIONAL ADVERTISING INC.<br>119 WESTSIDE BLVD<br>POOLER, GA  31322<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $2,504.72

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.118 | **Nonpriority creditor's name and mailing address**<br>COLUMBIA AUTOMOTIVE GROUP LLC<br>MIDLANDS VOLKSWAGEN OF COLUMBIA<br>655 BROAD RIVER ROAD<br>COLUMBIA, SC  29210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,489.27 |
| 3.119 | **Nonpriority creditor's name and mailing address**<br>COLUMBUS FAIR AUTO AUCTION<br>4700 GROVE PORT RD<br>COLUMBUS, OH  43207<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $332.00 |
| 3.120 | **Nonpriority creditor's name and mailing address**<br>COMCAST<br>PO BOX 105257<br>ATLANTA, GA  30348-5257<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,633.25 |
| 3.121 | **Nonpriority creditor's name and mailing address**<br>CONSOLIDATED ASSET RECOVERY SYSTEM INC.<br>4800 SIX FORKS RD<br>STE 350<br>RALEIGH, NC  27609<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $524,067.66 |
| 3.122 | **Nonpriority creditor's name and mailing address**<br>COPART INC<br>4610 WESTAMERICA DRIVE<br>FAIRFIELD, CA  94534<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,102.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

---

**3.123**    **Nonpriority creditor's name and mailing address**

CORNELIUS MARVIN
D'S AUTO SALES
2543 LYNCH ST
JACKSON, MS  39209

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$289.00

---

**3.124**    **Nonpriority creditor's name and mailing address**

COUGAR CHEMICAL COMPANY
3725 NEW GETWELL
MEMPHIS, TN  38118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,429.79

---

**3.125**    **Nonpriority creditor's name and mailing address**

COX AUTOMOTIVE VEHICLE ACQUISITION SERV INC.
PO BOX 105156
ATLANTA, GA  30348-5156

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,991.03

---

**3.126**    **Nonpriority creditor's name and mailing address**

COX COMM MAC
PO BOX 248871
OKLAHOMA CITY, OK  73124-8871

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$175.78

---

**3.127**    **Nonpriority creditor's name and mailing address**

COX MCCARVER PARTNERSHIP
PO BOX 12486
JACKSON, TN  38308

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,445.00

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.128 | **Nonpriority creditor's name and mailing address**<br>CREATIVE EDGE LANDSCAPE & LAWN CARE LLC<br>5504 MYTRICE LN<br>LAKELAND, FL 33810<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,780.00 |

| 3.129 | **Nonpriority creditor's name and mailing address**<br>CRESTMARK<br>EVERGREEN LOGISTICAL SERVICES LLC<br>FBO STERLING CREDIT ACCEPTANCE<br>PO BOX 929<br>BRIGHTON, MI 48116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $220,860.00 |

| 3.130 | **Nonpriority creditor's name and mailing address**<br>CROWN HONDA<br>PROBILLING & FUNDING SERVICES<br>PO BOX 2222<br>DECATUR, AL 35609-2222<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31.32 |

| 3.131 | **Nonpriority creditor's name and mailing address**<br>CROWN HYUNDAI<br>PROBILLING & FUNDING SERVICES<br>PO BOX 2222<br>DECATUR, AL 35609-2222<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $324.02 |

| 3.132 | **Nonpriority creditor's name and mailing address**<br>CROWN KIA<br>PROBILLING & FUNDING SERVICES<br>PO BOX 2222<br>DECATUR, AL 35609-2222<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,929.09 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.133** | **Nonpriority creditor's name and mailing address**

CROWN MITSUBISHI
PROBILLING & FUNDING SERVICES
PO BOX 2222
DECATUR, AL  35609-2222

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,001.03

---

**3.134** | **Nonpriority creditor's name and mailing address**

CROWN NISSAN
PROBILLING & FUNDING SERVICES
PO BOX 2222
DECATUR, AL  35609-2222

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,690.82

---

**3.135** | **Nonpriority creditor's name and mailing address**

CROWN PONTIAC
PROBILLING & FUNDING SERVICES
PO BOX 2222
DECATUR, AL  35609-2222

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.136** | **Nonpriority creditor's name and mailing address**

CRYSTAL SPRINGS
PO BOX 660579
DALLAS, TX  75266

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.137** | **Nonpriority creditor's name and mailing address**

CULLEN HUGH MCNEAL
6800 40TH LN N
PINELLAS PARK, FL  33781

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.138** | **Nonpriority creditor's name and mailing address**

D&D HOLDINGS AND INVESTMENTS LLC
ATTN: IRVING DUNCAN
4025 SOUTHDOWN LANE
KENNESAW, GA  30152

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,600.00

---

**3.139** | **Nonpriority creditor's name and mailing address**

DAG INSTALL
DISCOUNT AUTO GLASS
2405 SUMMER AVE
MEMPHIS, TN  38112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,873.00

---

**3.140** | **Nonpriority creditor's name and mailing address**

DAVIDSON COUNTY CLERK
700 2ND AVE SOUTH SUITE 101
NASHVILLE, TN  37210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$246.50

---

**3.141** | **Nonpriority creditor's name and mailing address**

DAX'S DEALS, INC.
ATTN: DAX YARBOROUGH
3618 SYCAMORE DAIRY RD
FAYETTEVILLE, NC  28303

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,633.98

---

**3.142** | **Nonpriority creditor's name and mailing address**

DEALER ELECTRONIC SERVICE INC
918 WILLIAMS STREET
WEST COLUMBIA, SC  29169

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,730.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.143 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $322.76 |
|---|---|---|---|---|

DEALER SUPPLY LLC
DEALER SUPPLY
514 WEST LEXINGTON AVENUE
WINCHESTER, KY  40391

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|---|

DEBORAH BROWN
5715 GROVE LANE
HORN LAKE, MS  38637

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $85.00 |
|---|---|---|---|---|

DEEWAY TOWING
LEGIT PARTNERS INC
100 JACKSON AVENUE SOUTH
JACKSONVILLE, FL  32220

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $131.04 |
|---|---|---|---|---|

DEKALB CO GOVT
4380 MEMORIAL DR
DECATUR, GA  30032

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $14,420.00 |
|---|---|---|---|---|

DENT REMEDY
PO BOX 356
SENATOBIA, MS  38668

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.148** | **Nonpriority creditor's name and mailing address**

DENT WIZARD INTERNATIONAL CORP
PO BOX 7410241
CHICAGO, IL 60674-0241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,042.00

---

**3.149** | **Nonpriority creditor's name and mailing address**

DENTWORKS
5535 BEAMIN DEW LOOP
LAND O' LAKES, FL 34638

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,220.00

---

**3.150** | **Nonpriority creditor's name and mailing address**

DEPALMA STUDIOS
4015 ASPEN GROVE DR
2018
FRANKLIN, TN 37067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$77,753.86

---

**3.151** | **Nonpriority creditor's name and mailing address**

DEPARTMENT OF REVENUE JEFFERSON COUNTY
716 RICHARD ARRINGTON JR BLVD N
BIRMINGHAM, AL 35203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51.25

---

**3.152** | **Nonpriority creditor's name and mailing address**

DEPT OF FINANCE/ ADMIN
206 SOUTHWEST DR SUITE B
JONESBORO, AR 72401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51.25

| | (Name) | Case number (if known) 23-10318 |

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.153**    **Nonpriority creditor's name and mailing address**

DEREK SCOTT
2378 RICHWOOD DRIVE
AUGUSTA, GA  30906-8915

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.154**    **Nonpriority creditor's name and mailing address**

DICK SMITH FORD, INC.
PO BOX 2208
DECATUR, AL  35609-2208

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,718.83

---

**3.155**    **Nonpriority creditor's name and mailing address**

DICK SMITH MOTORS
9940 TWO NOTCH RD
COLUMBIA, SC  29223

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $811.39

---

**3.156**    **Nonpriority creditor's name and mailing address**

DICK SMITH MOTORS
PO BOX 2208
DECATUR, AL  35609-2208

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,611.01

---

**3.157**    **Nonpriority creditor's name and mailing address**

DIGITAL RECOGNITION NETWORK INC
PO BOX 840975
DALLAS, TX  75284-0975

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $13,500.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.158 | **Nonpriority creditor's name and mailing address**<br><br>DIGITAL TECHNOLOGY INC.<br>9800 WESTPOINT DR<br>STE 150<br>INDIANAPOLIS, IN  46256<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,774.96 |

| 3.159 | **Nonpriority creditor's name and mailing address**<br><br>DISCOUNT BEAUTY OUTLET<br>ATTN: MARK AL HFFAR<br>3711 MCFARLAND BLVD<br>TUSCALOOSA, AL  35405<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,427.50 |

| 3.160 | **Nonpriority creditor's name and mailing address**<br><br>DISCOUNT MUFFLER & BRAKES<br>586 S HIGHLAND<br>MEMPHIS, TN  38111<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,325.00 |

| 3.161 | **Nonpriority creditor's name and mailing address**<br><br>DISTRIBUTORS HOLDING CORPORATION<br>UNION AUTO PARTS DISTRIBUTORS INC<br>PO BOX 306460<br>NASHVILLE, TN  37230-6460<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,002.52 |

| 3.162 | **Nonpriority creditor's name and mailing address**<br><br>DIXIE SAFETY & EQUIPMENT COMPANY<br>PO BOX 28258<br>MACON, GA  31221<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85.00 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.163**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $871.81
*Check all that apply.*

DIXIE WAREHOUSE SOLUTIONS LLC
FDBA DIXIE ELECTRIC CO
580 TRADE CENTER ST
MONTOMERY, AL  36108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $344.64
*Check all that apply.*

DOBBS FORD INC.
AUTONATION FORD MEMPHIS
2515 MT MORIAH
MEMPHIS, TN  38115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $129.65
*Check all that apply.*

DOBSON TECHNOLOGIES TRANSPORT & TELECOM
SOLUT
PO BOX 268860
OKLAHOMA CITY, OK  73126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $6,092.29
*Check all that apply.*

DONNELLEY FINANCIAL SOLUTIONS
DONNELLEY FINANCIAL LLC
BOSTON, MA  02284-2282

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $1,049.12
*Check all that apply.*

DOTHAN UTILITIES
PO BOX 6728
DOTHAN, AL  36302-6728

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.168 | **Nonpriority creditor's name and mailing address**<br>DOUGLAS WILLIE JENKINS<br>DBA PIE ENTERPRISES LAWN CARE SERVICES<br>PO BOX 41492<br>JACKSONVILLE, FL 32208<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,980.00 |
| 3.169 | **Nonpriority creditor's name and mailing address**<br>DOWN RANGE DELIVERY LLC<br>1606 HORSESHOE RIDGE RD<br>CHESTERFIELD, MO 63005<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $140.00 |
| 3.170 | **Nonpriority creditor's name and mailing address**<br>DUKE ENERGY<br>PO BOX 1046<br>CHARLOTTE, NC 28272-1046<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,525.02 |
| 3.171 | **Nonpriority creditor's name and mailing address**<br>DURBIN AUTO PARTS INC.<br>948 SOUTH MEMORIAL DRIVE<br>PRATTVILLE, AL 36067<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $630.00 |
| 3.172 | **Nonpriority creditor's name and mailing address**<br>DURRELL TIRE & AUTO<br>9861 PARKWAY EAST<br>BIRMINGHAM, AL 35215<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,245.30 |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $105.15
*Check all that apply.*

DYER COUNTY CLERK
205 W MARKET ST
DYERSBURG, TN  38024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,377.29
*Check all that apply.*

EAGLE CAPITAL CORPORATION
PO 4215
TUPELO, MS  38803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42,616.26
*Check all that apply.*

EAN HOLDINGS, LLC
ENTERPRISE
PO BOX 802725
KANSAS CITY, MO  64180-2725

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,361.10
*Check all that apply.*

EAST COAST MOTORS INC.
ATTN: VICTOR SIROTKIN
1813 FOREST GLEN WAY
SAINT AUGUSTINE, FL  32092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,250.00
*Check all that apply.*

EASY RIDER LAWN SERVICE INC.
2246 NOLAN DR
LARGO, FL  33770

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address**<br>ELASHA BATES<br>C/O RADFORD & KEEBAUGH<br>315 W. PONCE DE LEON AVE.<br>DECATUR, GA 30030<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:**<br>LITIGATION<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.179 | **Nonpriority creditor's name and mailing address**<br>ELECTRIC GUARD DOG , LLC<br>SENTRY SECURITY SYSTEMS LLC<br>PO BOX 60089<br>CHARLOTTE, NC 28260-0089<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $23,067.56 |
| 3.180 | **Nonpriority creditor's name and mailing address**<br>ELECTRONICS MASTER<br>3500 GWINNETT PLACE DRIVE #10<br>DULUTH, GA 30096<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $8,320.00 |
| 3.181 | **Nonpriority creditor's name and mailing address**<br>ELFERINC ENTERPRISES INC.<br>2128 RAVEN TR<br>WEST COLUMBIA, SC 29169<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $510.00 |
| 3.182 | **Nonpriority creditor's name and mailing address**<br>ELITE MECHANICAL SYSTEMS<br>8804 GROW DR<br>PENSACOLA, FL 32514<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE PAYABLE<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,335.00 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.183 | **Nonpriority creditor's name and mailing address**<br><br>ELITE TRANSPORT LLC<br>3507 E 28TH AVE<br>TAMPA, FL  33605<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |
| 3.184 | **Nonpriority creditor's name and mailing address**<br><br>EMCOR SERVICES<br>PO BOX 971264<br>DALLAS, TX  75397-1264<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $286.25 |
| 3.185 | **Nonpriority creditor's name and mailing address**<br><br>EMERALD COAST UTILITIES AUTHORITY<br>PO BOX 18870<br>PENSACOLA, FL  32523-8870<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47.63 |
| 3.186 | **Nonpriority creditor's name and mailing address**<br><br>EMPIRE AUTO PARTS GA LLC<br>6450 CORLEY RD<br>BUILDING 200<br>PEACHTREE CORNERS, GA  30071<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,934.00 |
| 3.187 | **Nonpriority creditor's name and mailing address**<br><br>ENGERT<br>1715 RIVERSIDE DR<br>KNOXVILLE, TN  37915<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $170.00 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $772.71 |
|---|---|---|---|

ENVIRO-COOL, LLC
6471 ATLANTIC BLVD
PEACHTREE CORNERS, GA  30071

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,957.15 |
|---|---|---|---|

EVAN AUTOMOTIVE SERVICE INC.
102 6TH AVE
DOTHAN, AL  36301

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,706.04 |
|---|---|---|---|

FCI OF MEMPHIS
1992 MYRTLE BEND
GERMANTOWN, TN  38139

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $226,004.75 |
|---|---|---|---|

FEDEX
PO BOX 660481
DALLAS, TX  75266-0481

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,000.00 |
|---|---|---|---|

FINSIGHT GROUP, INC.
530 7TH AVENUE
27TH FLOOR
NEW YORK, NY  10018

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $119.11

FIRELINE INC.
BOX 7394
115 MCCORRY
JACKSON, TN  38302

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,165.59

FIRESTONE
BRIDGESTONE AMERICAS, INC.
6275 EASTLAND ROAD
BROOK PARK, OH  44142

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $104,151.49

FIRST CHOICE IT GROUP
516 TENNESSEE ST
SUITE 124
MEMPHIS, TN  38103

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,650.00

FIRST COAST RECOVERY SERVICES LLC
2631 BOTTOMRIDGE DR
ORANGE PARK, FL  32065

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,040.66

FITZGERALD MOTORS, INC.
FITZGERALD COUNTRYSIDE AUTOMALL
27365 US 19 N
CLEARWATER, FL  33761

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.198 | **Nonpriority creditor's name and mailing address**<br><br>FLORIDA POWER & LIGHT COMPANY<br>700 UNIVERSE RD<br>JUNO BEACH, FL  33408<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $926.24 |
|---|---|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address**<br><br>FOSTER AUTO TRIM<br>ATTN: DANIEL A FOSTER<br>5983 ELMORE RD<br>BARTLETT, TN  38134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,190.00 |
| 3.200 | **Nonpriority creditor's name and mailing address**<br><br>FRANK BALTON & CO INC.<br>FRANK BALTON & CO INC DBA YESCO - MEMPHIS<br>5361 PLEASANT VIEW RD<br>MEMPHIS, TN  38134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $486.19 |
| 3.201 | **Nonpriority creditor's name and mailing address**<br><br>FRANK JAMES SERVICE COMPANY  LLC<br>2111 W HOURSON WAY<br>GERMANTOWN, TN  38139<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $685.00 |
| 3.202 | **Nonpriority creditor's name and mailing address**<br><br>FRED KENDRICK<br>PRECISION CAR REFINISHING<br>8612 LENOX WAY<br>MONTGOMERY, AL  36116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,745.00 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.203** | **Nonpriority creditor's name and mailing address**

FRED'S INC.
4300 GETWELL RD
MEMPHIS, TN  38118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.204** | **Nonpriority creditor's name and mailing address**

FRONTIER
PO BOX 740407
CINCINNATI, OH  45274-0407

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$247.22

---

**3.205** | **Nonpriority creditor's name and mailing address**

GAINESVILLE REGIONAL UTILITIES
301 SE 4TH AVENUE
GAINESVILLE, FL  32601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$530.11

---

**3.206** | **Nonpriority creditor's name and mailing address**

GALEANA KIA
180 GREYSTONE BLVD
COLUMBIA, SC  29210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,726.70

---

**3.207** | **Nonpriority creditor's name and mailing address**

GALLAGHER PROMOTIONAL PRODUCTS
PO BOX 520635
LONGWOOD, FL  32752

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,550.30

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $990.74 |
| | GAS SOUTH SETTLE | *Check all that apply.* | |
| | PO BOX 530552 | ☐ Contingent | |
| | ATLANTA, GA  30353 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | UTILITIES | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,044.00 |
| | GIBSON'S DONUTS, INC. | *Check all that apply.* | |
| | 760 MT MORIAH ROAD | ☐ Contingent | |
| | MEMPHIS, TN  38117-5304 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,057.19 |
| | GIPSON'S AUTO TIRE, INC. | *Check all that apply.* | |
| | 605 MCQUEEN SMITH RD S | ☐ Contingent | |
| | PRATTVILLE, AL  36066 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $111.50 |
| | GLANKLER BROWN PLLC | *Check all that apply.* | |
| | 6000 POPLAR SUITE 400 | ☐ Contingent | |
| | MEMPHIS, TN  38119 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91.74 |
| | GLASS SOLUTIONS INC. | *Check all that apply.* | |
| | 1621 29TH AVE | ☐ Contingent | |
| | GULFPORT, MS  39501 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $140.00
Check all that apply.

GOOCH ENTERPRISE I INC.
ANDY ON CALL
PO BOX 321358
FLOWOOD, MS  39232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $161,488.73
Check all that apply.

GORDON HOWARD ASSOCIATES INC.
PASSTIME USA
LOCKBOX 446082
PO BOX 64013
ST PAUL, MN  55164-0013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,304.57
Check all that apply.

GOSSETT CHRYSLER JEEP DODGE RAM FIAT
PROBILLING & FUNDING SERVICES
PO BOX 2222
DECATUR, AL  35609-2222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $199.05
Check all that apply.

GOSSETT HYUNDAI SOUTH
PROBILLING & FUNDING SERVICES
PO BOX 2222
DECATUR, AL  35609-2222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,109.44
Check all that apply.

GOSSETT KIA SOUTH
PROBILLING & FUNDING SERVICES
PO BOX 2222
DECATUR, AL  35609-2222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $65,069.58 |

**Nonpriority creditor's name and mailing address**
GOSSETT MOTOR CARS
PROBILLING & FUNDING SERVICES
PO BOX 2222
DECATUR, AL  35609-2222

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.219   **Nonpriority creditor's name and mailing address**                  $383.76
GOSSETT VOLKSWAGEN
PROBILLING & FUNDING SERVICES
PO BOX 2222
DECATUR, AL  35609-2222

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.220   **Nonpriority creditor's name and mailing address**                  $3,332.52
GPC
96 ANNEX
ATLANTA, GA  30396-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.221   **Nonpriority creditor's name and mailing address**                  $4,525.00
GPS AND TRACK LLC
16573 NORTH 92ND ST SUITE 130
SCOTTSDALE, AZ  85260

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.222   **Nonpriority creditor's name and mailing address**                  $2,385.00
GRAY III, JAMES
HOME REPAIR
4837 JEFFERSON STREET
HOPE MILLS, NC  28348

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.223 | **Nonpriority creditor's name and mailing address**<br><br>GRAZZ MASTERS, LLC<br>2900 KIRBY RD SUITE 7<br>MEMPHIS, TN 38119<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,725.49 |
|---|---|---|---|
| 3.224 | **Nonpriority creditor's name and mailing address**<br><br>GREENGOS LAWNCARE<br>811 MOBILE ST<br>DOTHAN, AL 36301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,000.00 |
| 3.225 | **Nonpriority creditor's name and mailing address**<br><br>GREGORY PEST CONTROL INC.<br>GREGORY PEST SOLUTIONS INC<br>PO BOX 735458<br>DALLAS, TX 75373-5458<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,250.80 |
| 3.226 | **Nonpriority creditor's name and mailing address**<br><br>GRINSTEAD GARAGE<br>3121 BROADWAY<br>MACON, GA 31206<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,132.68 |
| 3.227 | **Nonpriority creditor's name and mailing address**<br><br>GULF COAST TIRE SUPPLY<br>6890 MERRITT LANE SUITE G<br>DAPHNE, AL 36526<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $603.65 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.228 | **Nonpriority creditor's name and mailing address**<br><br>H.A.R.E., LLC<br>ATTN: DENNI BAKER<br>411 WALNUT ST 12444<br>GROVE COVE SPRINGS, FL  32043<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,000.00 |
|---|---|---|
| 3.229 | **Nonpriority creditor's name and mailing address**<br><br>H58 FIFTY-SEVEN INC.<br>MEINEKE CAR CARE CENTER 2757<br>CORPORATE BILLING LLC<br>DEPT 100 PO BOX 830604<br>BIRMINGHAM, AL  35283<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $102.66 |
| 3.230 | **Nonpriority creditor's name and mailing address**<br><br>HADDAD ASSOCIATES, INC.<br>GATEWAY GROUP PERSONNEL<br>1770 KIRBY PKY 216<br>MEMPHIS, TN  38138<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,218.90 |
| 3.231 | **Nonpriority creditor's name and mailing address**<br><br>HAGAN HOLDING COMPANY<br>HOWCO ENVIRONMENTAL SERVICES<br>3701 CENTRAL AVENUE<br>ST PETERSBURG, FL  33713<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,091.20 |
| 3.232 | **Nonpriority creditor's name and mailing address**<br><br>HAIL NATION LLC<br>2030 PARLIAMENT RD<br>CAYCE, SC  29033<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $79,518.63 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.233 | **Nonpriority creditor's name and mailing address**<br><br>HANCOCK WHITNEY BANK<br>TABITHA KELLEY<br>P O BOX 211269<br>MONTGOMERY, AL  36121<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $160.00 |

| 3.234 | **Nonpriority creditor's name and mailing address**<br><br>HARMELIN AND ASSOCIATES INC.<br>HARMELIN MEDIA<br>525 RIGHTERS FERRY ROAD<br>BALA CYNWYD, PA  19004<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $292,946.00 |

| 3.235 | **Nonpriority creditor's name and mailing address**<br><br>HARRIS TIRE COMPANY<br>1100 S BRUNDIDGE ST<br>TROY, AL  36081<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,833.04 |

| 3.236 | **Nonpriority creditor's name and mailing address**<br><br>HBH HOLDINGS INC.<br>ENGERT LLC<br>1715 RIVERSIDE DRIVE<br>KNOXVILLE, TN  37915<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $170.00 |

| 3.237 | **Nonpriority creditor's name and mailing address**<br><br>HEALTH TECH AFFILIATES<br>CONCERN: EAP<br>350 N HUMPHERYS BLVD 3RD FLOOR<br>MEMPHIS, TN  38120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $795.00 |

| Debtor | RAC Dealership, LLC | Case 23-10318-BLS    Doc 30    Filed 03/28/23    Page 91 of 200 |
|--------|---------------------|--------|

(Name)

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|

---

**3.238**    **Nonpriority creditor's name and mailing address**

HEALTHIEST YOU
C/O TELADOC INC
DEPT LA 24542
PASADENA, CA  91185-4542

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,427.40

---

**3.239**    **Nonpriority creditor's name and mailing address**

HERITAGE ROOFING COMPANY INC.
122 ROYAL OAKS LANE
LEXINGTON, SC  29072

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$828.25

---

**3.240**    **Nonpriority creditor's name and mailing address**

HERITAGE-CRYSTAL CLEAN INC.
HERITAGE-CRYSTAL CLEAN LLC
13621 COLLECTIONS CENTER DR
CHICAGO, IL  60693-0136

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$860.55

---

**3.241**    **Nonpriority creditor's name and mailing address**

HICO DISTRIBUING
946 RAYNER ST
MEMPHIS, TN  38114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$196.66

---

**3.242**    **Nonpriority creditor's name and mailing address**

HUDSON COOK LLP
7037 RIDGE ROAD SUITE 300
HANOVER, MD  21076

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.243 | **Nonpriority creditor's name and mailing address**<br><br>HUNTSVILLE UTILITIES<br>HUNTSVILLE UTILITES<br>HUNTSVILLE, AL  35895<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,021.74 |
| 3.244 | **Nonpriority creditor's name and mailing address**<br><br>IDEAL CONDITIONS HEATING & AIR CONDITIONING<br>1617 ROWE AVE<br>JACKSONVILLE, FL  32208<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $597.32 |
| 3.245 | **Nonpriority creditor's name and mailing address**<br><br>INDEED, INC.<br>MAIL CODE 5160<br>PO BOX 660367<br>DALLAS, TX  75266-0367<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,396.56 |
| 3.246 | **Nonpriority creditor's name and mailing address**<br><br>INDIANA BMV<br>100 NORTH SENATE AVE SUITE N417<br>INDIANAPOLIS, IN  46204<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.00 |
| 3.247 | **Nonpriority creditor's name and mailing address**<br><br>INDOFF INCORPORATED<br>PO BOX 842808<br>KANSAS CITY, MO  64184-2808<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,178.30 |

| Part 2: | Additional Page |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.248** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $275.00

INDOOR SOLUTIONS INC.
411 1ST AVENUE
COLUMBUS, GA  31901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12.18

INTREPID INVESTMENTS OF COLUMBIA LLC
MAZDA OF COLUMBIA
665 BROAD RIVER ROAD
COLUMBIA, SC  29210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,754.14

IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY  10087-7128

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,081.71

IRON MOUNTAIN
PO BOX 915004
DALLAS, TX  75391

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,677.48

ISN HOLDING CORP.
INTEGRATED SUPPLY NETWORK LLC
PO BOX 746342
ATLANTA, GA  30374-6342

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,862.32 |
|---|---|---|---|

J CREW PROPERTY MANAGEMENT LLC
US LAWNS - HOT SPRINGS
1635 HIGDON FERRY RD
HOT SPRINGS, AR  71913

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $386,200.00 |
|---|---|---|---|

J&K TRUCKING
1118 WELLSVILLE RD
MEMPHIS, TN  38117

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $412.82 |
|---|---|---|---|

J.C. LOVE III JUDGE OF PROBATE
MONTGOMERY COUNTY PROBATE OFFICE
101 S LAWRENCE STREET
MONTGOMERY, AL  36101

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $125.00 |
|---|---|---|---|

JAC ENDEAVOR LLC
SPRING EMISSIONS
3279 LEE ST
SMYMA, GA  30080

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,491.27 |
|---|---|---|---|

JACK INGRAM MOTORS, INC.
227 EASTERN BLVD
MONTGOMERY, AL  36117

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.258** | **Nonpriority creditor's name and mailing address**

JACK'S GARAGE & RADIATOR
ATTN: JACK HOWARD
2727 PELHAM PARKWAY
PELHAM, AL  35124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,958.21

---

**3.259** | **Nonpriority creditor's name and mailing address**

JACKSON ENERGY A
PO BOX 2082
MEMPHIS, TN  38101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,209.69

---

**3.260** | **Nonpriority creditor's name and mailing address**

JANIE GOULD
C/O BRODY & CORNWELL
7730 CARONDELET AVE. STE 135
CLAYTON, MO  63105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.261** | **Nonpriority creditor's name and mailing address**

JANI-KING NATIONAL ACCOUNTS DIVISION
16885 DALLAS PKWY
ADDISON, TX  75001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,956.12

---

**3.262** | **Nonpriority creditor's name and mailing address**

JARMEN MCKINNEY
C/O MIKE FARRELL, PLLC
210 E. CAPITOL STREET
REGIONS PLAZA, SUITE 2180
JACKSON, MS  39201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.263** | **Nonpriority creditor's name and mailing address**
JAYDEN 13712, LLC
ATTN: DARLA BOOHER
P O BOX 522
GREER, SC  29652

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,036.00

---

**3.264** | **Nonpriority creditor's name and mailing address**
JB'S TIRE AND AUTOMOTIVE
110 EASTDALE ROAD SOUTH
MONTGOMERY, AL  36117

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,336.04

---

**3.265** | **Nonpriority creditor's name and mailing address**
JEFF COUNTY CLERK
P O BOX 33033
LOUISVILLE, KY  40232

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAG/TITLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$377.33

---

**3.266** | **Nonpriority creditor's name and mailing address**
JEFFERSON COUNTY
BUSINESS PERSONAL PROPERTY
716 RICHARD ARRINGTON JR BLVD N
RM 160
BIRMINGHAM, AL  35203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$206.92

---

**3.267** | **Nonpriority creditor's name and mailing address**
JEFFERSON COUNTY AL
716 RICHARD ARRINGTON JR BLVD N
RM 160
BIRMINGHAM, AL  35203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$101.98

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.268**   **Nonpriority creditor's name and mailing address**

JEFFERSON COUNTY CLERK
214 W MAIN ST
DANDRIDGE, TN 37725

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.50

---

**3.269**   **Nonpriority creditor's name and mailing address**

JESTO TRANSMISSIONS OF FLORIDA
3642 WEST CYPRESS ST
TAMPA, FL 33607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$850.00

---

**3.270**   **Nonpriority creditor's name and mailing address**

JIM KERAS NISSAN INC.
PO BOX 280809
MEMPHIS, TN 38128

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,945.52

---

**3.271**   **Nonpriority creditor's name and mailing address**

JMP ENTERPRISES, INC.
DBA SOUTHERN TIRE AND WHEEL
2640 E 5TH ST
MONTGOMERY, AL 36106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$261,036.50

---

**3.272**   **Nonpriority creditor's name and mailing address**

JMTD, LLC
ATTN: RAJ PATEL
9533 BRIDGETON COURT
MOBILE, AL 36695

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.273**    **Nonpriority creditor's name and mailing address**

JODY'S AUTO CENTER
810 PHOENIX AVE
FORT SMITH, AR 72901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $103.97
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.274**    **Nonpriority creditor's name and mailing address**

JOE TOWING SERVICE INC.
4492 GREYSTONE OAKS CV S
ARLINGTON, TN 38002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $4,485.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275**    **Nonpriority creditor's name and mailing address**

JOHN DAVID STUMP, INC.
3460 OLD UNION RD
IMBODEN, AR 72434

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $3,500.00
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.276**    **Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371967
PITTSBURG, PA 15250-7967

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $1,106.04
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.277**    **Nonpriority creditor's name and mailing address**

JOHNSON, DONNON, ET AL.
C/O RAISNER ROUPINIAN, LLP
270 MADISON AVE, SUITE 1801
NEW YORK, NY 10016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    UNKNOWN
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,590.00 |
|---|---|---|---|

JOSEPH L LOMAX
LOMAX GROUP LLC DBA MIDTOWN LAWN
PO BOX 1019
SARALAND, AL  36571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $33.52 |
|---|---|---|---|

JOYCE BUTLER
316 CLAY ST
MARION, AR  72364

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,461.34 |
|---|---|---|---|

JRB PROPERTIES, LLC
3 WEBSTER LANE
NASHVILLE, TN  37205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $75,539.00 |
|---|---|---|---|

KAR KARE LLC
40 CYPRESS POINT RD
OAKLAND, TN  38060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,184.21 |
|---|---|---|---|

KARN'S AUTOMOTIVE
3271 COMMERCIAL PARKWAY
MEMPHIS, TN  38116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|--------|---------------------|------------------------|----------|
|        | (Name)              |                        |          |

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.283** | **Nonpriority creditor's name and mailing address**

KELLY'S TOWING
ATTN: KELLY ELDER
6799 COUNTY ROAD 327
TRINITY, AL  35673

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,328.88

---

**3.284** | **Nonpriority creditor's name and mailing address**

KENNETH ROME
KR LAWNCARE
3221 TORRES AVE
PENSACOLA, FL  32503

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.285** | **Nonpriority creditor's name and mailing address**

KENTUCKY ADVENTURES
HAMMERHEAD SIGNS
1023 WEST LEXINGTON AVENUE
WINCHESTER, KY  40391

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$544.84

---

**3.286** | **Nonpriority creditor's name and mailing address**

KENTUCKY MIRROR & PLATE GLASS
820 W MAIN
LOUISVILLE, KY  40202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,443.04

---

**3.287** | **Nonpriority creditor's name and mailing address**

KESTING LIMITED PARTNERSHIP
ATTN: CHARLES KESTING
11330 LIBERTY ROAD
OWINGS MILLS, MS  21117

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,947.18

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.288 | **Nonpriority creditor's name and mailing address**<br><br>KEY, GREER, HARRISON & CASEY<br>2163 HWY 31 SOUTH SUITE 102<br>PELHAM, AL  35124<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,437.46 |
|---|---|---|---|
| 3.289 | **Nonpriority creditor's name and mailing address**<br><br>KEYSTONE AUTOMOTIVE INDUSTIRES, INC.<br>PO BOX 741668<br>ATLANTA, GA  30374-1668<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39,449.64 |
| 3.290 | **Nonpriority creditor's name and mailing address**<br><br>KIERRA JACKSON<br>405 FAIRBURN RD SW, APT 29<br>ATLANTA, GA  30331<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.291 | **Nonpriority creditor's name and mailing address**<br><br>KNOX UTIL BOARD<br>PO BOX 59017<br>KNOXVILLE, TN  37950-9017<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,758.62 |
| 3.292 | **Nonpriority creditor's name and mailing address**<br><br>KONICA MINOLTA BUSINESS SOLUTIONS<br>DEPT 2366<br>PO BOX 122366<br>DALLAS, TX  75312-2366<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,083.02 |

Debtor    RAC Dealership, LLC _____    Case number (if known) 23-10318 _____
          (Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.293** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $2,462.29
| | KONICA MINOLTA BUSINESS SOLUTIONS USA INC. | Check all that apply.
| | DEPT AT 952823 |
| | ATLANTA, GA  31192-2823 | ☐ Contingent
| | | ☐ Unliquidated
| | **Date or dates debt was incurred** | ☐ Disputed
| | |
| | **Last 4 digits of account number:** | **Basis for the claim:**
| | | TRADE PAYABLE
| | |
| | | **Is the claim subject to offset?**
| | | ☒ No
| | | ☐ Yes

**3.294** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $14,349.62
| | KPA SERVICES LLC | Check all that apply.
| | PO BOX 301526 |
| | DALLAS, TX  75303-1526 | ☐ Contingent
| | | ☐ Unliquidated
| | **Date or dates debt was incurred** | ☐ Disputed
| | |
| | **Last 4 digits of account number:** | **Basis for the claim:**
| | | TRADE PAYABLE
| | |
| | | **Is the claim subject to offset?**
| | | ☒ No
| | | ☐ Yes

**3.295** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $113.00
| | KRISTIE DONIVER | Check all that apply.
| | 83 S HARDT DR |
| | MONTGOMERY, AL  36105 | ☐ Contingent
| | | ☐ Unliquidated
| | **Date or dates debt was incurred** | ☐ Disputed
| | |
| | **Last 4 digits of account number:** | **Basis for the claim:**
| | | TRADE PAYABLE
| | |
| | | **Is the claim subject to offset?**
| | | ☒ No
| | | ☐ Yes

**3.296** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $30,259.00
| | KSI TRADING CORP | Check all that apply.
| | 4763 OAK FIAR BLVD |
| | TAMPA, FL  33610 | ☐ Contingent
| | | ☐ Unliquidated
| | **Date or dates debt was incurred** | ☐ Disputed
| | |
| | **Last 4 digits of account number:** | **Basis for the claim:**
| | | TRADE PAYABLE
| | |
| | | **Is the claim subject to offset?**
| | | ☒ No
| | | ☐ Yes

**3.297** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** UNKNOWN
| | LABRITTANY HAWKINS | Check all that apply.
| | C/O TINSLEY & TINSELY LAW FIRM |
| | 100 OAK AVE | ☒ Contingent
| | GREENWOOD, SC  29646 | ☒ Unliquidated
| | | ☒ Disputed
| | **Date or dates debt was incurred** |
| | | **Basis for the claim:**
| | **Last 4 digits of account number:** | LITIGATION
| | |
| | | **Is the claim subject to offset?**
| | | ☒ No
| | | ☐ Yes

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.298 | **Nonpriority creditor's name and mailing address**<br><br>LAKELAND 98 ACC  LLC<br>1401 BROAD ST<br>CLIFTON, NJ  07013<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,425.00 |

| 3.299 | **Nonpriority creditor's name and mailing address**<br><br>LAMAR COMPANIES<br>PO BOX 96030<br>BATON ROUGE, LA  70896<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,494.00 |

| 3.300 | **Nonpriority creditor's name and mailing address**<br><br>LANCESCAPE, LLC<br>1557 DUALTON DR<br>COLUMBIA, SC  29223<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,940.00 |

| 3.301 | **Nonpriority creditor's name and mailing address**<br><br>LANDMARK MEDIA ENTERPRISES LLC<br>DBA CROSS-SELL<br>PO BOX 773008<br>CHICAGO, IL  60677-3008<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $975.00 |

| 3.302 | **Nonpriority creditor's name and mailing address**<br><br>LANDSCAPE DESIGN INC.<br>2689 WATSON BLVD<br>WARNER ROBINS, GA  31093<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,185.00 |

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.303 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|---|

**3.303**

**Nonpriority creditor's name and mailing address**

LANICIA RUSSELL
1212 4TH TERRACE W
BIRMINGHAM, AL  35208

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.304**

**Nonpriority creditor's name and mailing address**

LAUDERDALE COUNTY CLERK
307 SOUTH WASHINGTON STREET
RIPLEY, TN  38063

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $116.00

---

**3.305**

**Nonpriority creditor's name and mailing address**

LAWNMAX
ATTN: JOHN MAXWELL
PO BOX 42
SHEFFIELD, AL  35660

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,110.00

---

**3.306**

**Nonpriority creditor's name and mailing address**

LEAF COMMERCIAL CAPITAL , INC.
PO BOX 5066
HARTFORD, CT  06102-5066

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $14.72

---

**3.307**

**Nonpriority creditor's name and mailing address**

LEFT LANE AUTO LLC
GIPSON'S TIRE PROS - ATLANTA HIGHWAY
4381 ATLANTA HWY
MONTGOMERY, AL  36109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $7,076.64

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.308** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,068.32

LEFT LANE AUTO LLC
GIPSON'S TIRE PROS - MONTGOMERY
321 MADISON AVE
MONTGOMERY, AL  36104

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,123.04

LENOX PARK MEMPHIS REALTY LP
P O BOX 930808
ATLANTA, GA  31193

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CAM - RE TAX RECON 2022

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,228.38

LEVEL 3 FINANCING INC.
LEVEL 3 COMMUNICATIONS LLC A LUMEN TECH CO
PO BOX 910182
DENVER, CO  80291-0182

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $750.00

LEXISNEXIS RISK DATA MANAGEMENT
28330 NETWORK PLACE
CHICAGO, IL  60673-1283

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

LISA KILPATRICK
904 S 13TH STREET
P.O. BOX 1146
WEST MEMPHIS, TN  72301

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $980.82 |

LJ'S AUTO SERVICE & REPAIR
7631 HARDIN DR
NORTH LITTLE ROCK, AR  72116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $980.82

---

| 3.314 | **Nonpriority creditor's name and mailing address** | | $0.00 |

LKQ 1157 MEMPHIS
4640 HICKORY HILL RD
MEMPHIS, TN  38141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | | $0.00 |

LKQ CORPORATION
5112 LOWER WETUMPKA RD
MONTGOMERY, AL  36110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | | $128,672.25 |

LKQ SOUTHEAST, INC.
PO BOX 403076
ATLANTA, GA  30384

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | | $422.00 |

LLOYD GRAY WHITEHEAD & MONROE PC
880 MONTCLAIR RD
STE 100
BIRMINGHAM, AL  35213

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.318** | **Nonpriority creditor's name and mailing address**

LLOYDS OF SHELTON AUTO GLASS, LLC.
1090 INNOVATION AVENUE A101
NORTH PORT, FL  34289

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,034.90

---

**3.319** | **Nonpriority creditor's name and mailing address**

LOCK MAN LOCKSMITH, INC.
DEALER KEY SERVICE
6236 PARK BLVD
PINELLAS PARK, FL  33781

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$81,546.32

---

**3.320** | **Nonpriority creditor's name and mailing address**

LOCUS AUTO TRANSPORT, INC.
60 CR 620
CORNITH, MS  38834

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$123,805.00

---

**3.321** | **Nonpriority creditor's name and mailing address**

LOKEY NISSAN INC.
LOKEY KIA
27960 US HWY 19 NORTH
CLEARWATER, FL  33761

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,801.61

---

**3.322** | **Nonpriority creditor's name and mailing address**

LOKEY NISSAN INC.
LOKEY NISSAN
22758 US HWY 19 N
CLEARWATER, FL  33761

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$851.33

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,185.91 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
LOOMIS FARGO & CO
DEPT 0757
PO BOX 120757
DALLAS, TX  75312-0757

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.324 **Nonpriority creditor's name and mailing address**
LOSS PREVENTION SERVICES LLC
PO BOX 1827
NATCHEZ, MS  39121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$152,701.31

---

3.325 **Nonpriority creditor's name and mailing address**
LOUISVILLE GAS &
PO BOX 9001960
LOUISVILLE, KY  40290-1960

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,675.30

---

3.326 **Nonpriority creditor's name and mailing address**
LOVE CHEVROLET COMPANY
1255 KNOX ABBOTT DR
CAYCE, SC  29033

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,972.16

---

3.327 **Nonpriority creditor's name and mailing address**
LUMBUS
COLLIERS MGMT SVCS
6363 POPLAR AVE SUITE 400
MEMPHIS, TN  38119

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,000.00

Debtor    RAC Dealership, LLC                                    Case number (if known) 23-10318

(Name)

| Part 2: | Additional Page |
|---|---|

|  | **Amount of claim** |
|---|---|

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $2,312.50 |
|---|---|---|---|

LYDECKER LLP
1221 BRICKELL AVE
FLR 19
MIAMI, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $1,250.00 |
|---|---|---|---|

M AND A LANDSCAPING SERVICES
901 WEST CYPRESS ST
ROGERS, AR 72756

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $3,402.00 |
|---|---|---|---|

MAACO COLLISION REPAIR & AUTO PAINTING
VIGO GROUP LLC
3984 TYRONE BLVD N
SAINT PETERSBURG, FL 33709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $1,251.00 |
|---|---|---|---|

MAKLOK CORP
FISH WINDOW CLEANING
1711 DEAN FOREST ROAD SUITE G
SAVANNAH, GA 31408-9561

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $25,120.14 |
|---|---|---|---|

MAPCO WEX- GAS CARD
PO BOX 639
PORTLAND, ME 04104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.333 | **Nonpriority creditor's name and mailing address**<br><br>MARK CRAIG LICENSE DIRECTOR<br>100 NORTH SIDE SQUARE ROOM 108<br>HUNTSVILLE, AL  35801<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $421.54 |

| 3.334 | **Nonpriority creditor's name and mailing address**<br><br>MARTIN ENVIRONMENTAL SERVICES<br>PO BOX 8623<br>DOTHAN, AL  36304<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $523.25 |

| 3.335 | **Nonpriority creditor's name and mailing address**<br><br>MATT HUMPHREY<br>7950 PARK BLVD. N, APT 6214<br>PINELLAS PARK, FL  33781<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.336 | **Nonpriority creditor's name and mailing address**<br><br>MATTHEW SAGONAS<br>5026 VALIMOR DR.<br>HOLIDAY, FL  34690<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.337 | **Nonpriority creditor's name and mailing address**<br><br>MBC INC.<br>(ATC) AUTOCENTER-AUGUSTA<br>1853 GORDON HWY<br>AUGUSTA, GA  30904<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,389.74 |

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10316 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.338 | **Nonpriority creditor's name and mailing address**<br>MEMPHIS SHLEBY COUNTY AIRPORTAUTHORITY<br>2491 WINCHESTER ROAD SUITE 113<br>MEMPHIS, TN  38116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |

| 3.339 | **Nonpriority creditor's name and mailing address**<br>METRO WATER<br>PO BOX 305225<br>NASHVILLE, TN  37230<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $113.88 |

| 3.340 | **Nonpriority creditor's name and mailing address**<br>METROPOLITAN ST LOUIS SEWER DISTRICT<br>PO BOX 437<br>ST LOUIS, MO  63166<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $167.47 |

| 3.341 | **Nonpriority creditor's name and mailing address**<br>MID FLORIDA TOWING & RECOVERY, LLC.<br>ATTN: TOMMY CROSS<br>4160 54TH AVENUE NORTH<br>ST PETERSBURG, FL  33714<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,765.00 |

| 3.342 | **Nonpriority creditor's name and mailing address**<br>MID STATE TIRE DISTRIBUTER INC<br>721 VINE ST<br>COLUMBIA, SC  29201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,728.41 |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.343** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,795.32**

MID TOWN AUTO SERVICE
2500 KING ST
JONESBORO, AR  72401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address** | **$756.02**

MIDSOUTH EQUIPMENT SERVICES
ATTN: ROBERT G KAISER
5240 QUAIL HOLLOW DR
OLIVE BRANCH, MS  38654

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | **$18,880.34**

MIDSOUTH SALES INC.
243 CR 414
JONESBORO, AR  72404

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address** | **$3,775.06**

MIDSOUTH SHOW CAR LLC
207 POINTER STREET
COMO, MS  38619

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address** | **$4,084.00**

MIDWAY SERVICES, INC.
4677 118TH AVENUE NORTH
CLEARWATER, FL  33762

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.348**

**Nonpriority creditor's name and mailing address**

MILLER PROTECTIVE SERVICE INC.
PO BOX 1000 DEPT 151
MEMPHIS, TN  38148-0151

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,109.00

---

**3.349**

**Nonpriority creditor's name and mailing address**

MISSOURI-AMERICA
PO BOX 6029
CAROL STREAM, IL  60197

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$65.76

---

**3.350**

**Nonpriority creditor's name and mailing address**

MITCHELL MCNUTT & SAMS PA
PO BOX 7120
TUPELO, MS  38802-7120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,186.79

---

**3.351**

**Nonpriority creditor's name and mailing address**

MLGW UTILITY PMT
PO BOX 388
MEMPHIS, TN  38145-0388

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,807.00

---

**3.352**

**Nonpriority creditor's name and mailing address**

MNR PROPERTIES JACKSONVILLE, LLC
ASLAM RAWOOF
311 WASHINGTON ST 9B
JERSEY CITY, NJ  07302

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,332.51

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.353** **Nonpriority creditor's name and mailing address**

MOBILE CAR WASH
PO BOX 2721
DECATUR, AL  35602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.50

---

**3.354** **Nonpriority creditor's name and mailing address**

MOBILE COUNTY LICENSE COMMISSIONER
3925 MICHAEL BLVD STE F
MOBILE, AL  36609

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.55

---

**3.355** **Nonpriority creditor's name and mailing address**

MONTGOMERY COUNTY COURTHOUSE ANNEX III
MONTGOMERY COUNTY COMMISSION
101 S LAWRENCE STREET
MONTGOMERY, AL  36101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$267.57

---

**3.356** **Nonpriority creditor's name and mailing address**

MOVING OFFICE EQUIPMENT
PO BOX 1077
COLUMBUS, GA  31901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$557.75

---

**3.357** **Nonpriority creditor's name and mailing address**

MUSIC CITY LAWN CARE
PO BOX 330065
NASHVILLE, TN  37203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,042.00

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,476.00 |
|---|---|---|---|

NASHVILLE ELECTRIC SERVICE
PO BOX 305099
NASHVILLE, TN 37230-5099

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,565.00 |
|---|---|---|---|

NASHVILLE PROPERTY SERVICES INC.
US LAWNS MURFREESBORO
128 HIDDEN COVE CT
MURFREESBORO, TN 37128

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

NATASHA ARTER
C/O CRONE LAW FIRM
ATTN: PHILIP OLIPHANT
88 UNION AVE.
MEMPHIS, TN 38103

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,228.10 |
|---|---|---|---|

NEW ZION AUTO GLASS
PO BOX 85163
LEXINGTON, SC 29073

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $392.68 |
|---|---|---|---|

NEWMANS HEATING & AIR CONDITIONING INC
PO BOX 5425
GAINESVILLE, FL 32627-5425

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.363**   **Nonpriority creditor's name and mailing address**

NEWSOM OIL COMPANY
2934 N ORANGE BLOSSOM TRAIL
PO BOX 727
ZELLWOOD, FL  32798

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,502.00

---

**3.364**   **Nonpriority creditor's name and mailing address**

NOBLE OIL SERVICES, INC.
5617 CLYDE RHYNE DR
SANFORD, NC  27330

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,595.00

---

**3.365**   **Nonpriority creditor's name and mailing address**

NORTH CAROLINA DMV
51 WALKER ST
COLUMBUS, NC  28722

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$701.75

---

**3.366**   **Nonpriority creditor's name and mailing address**

NORTH LAUDERDALE LAWN CAR & LANDSCAPING
PO BOX 17915
PLANTATION, FL  33318

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,113.00

---

**3.367**   **Nonpriority creditor's name and mailing address**

NORTHSTAR ENVIRONMENTAL GROUP INC.
417 N BLYTHE AVE
GALLATIN, TN  37066

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$650.00

---

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.368** | **Nonpriority creditor's name and mailing address**
NTTA
NORTH TEXAS TOLLWAY AUTHORITY
PO BOX 22001
DALLAS, TX 75262

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$46.77

---

**3.369** | **Nonpriority creditor's name and mailing address**
NVOICEPAY, INC.
8905 SW NIMBUS AVE
SUITE 240
BEAVERTON, OR 97008

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$630.77

---

**3.370** | **Nonpriority creditor's name and mailing address**
OLD COAST HVAC LLC
2206 PRICE STREET
SAVANNAH, GA 31401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$149.00

---

**3.371** | **Nonpriority creditor's name and mailing address**
OLD HICKORY CAR CARE CENTER
1000 OLD HICKORY BLVD
JACKSON, TN 38305

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,837.47

---

**3.372** | **Nonpriority creditor's name and mailing address**
OPTIUMN (PREVIOUSLY SUDDENLINK BUSINESS)
PO BOX 742535
CINCINNATI, OH 45274-2535

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$362.92

---

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.373** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,425.49

ORLANDO ACC COLONIAL LLC
1401 BROAD ST
CLIFTON, NJ 07013

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,141.01

OTIS ELEVATOR COMPANY
PO BOX 73579
CHICAGO, IL 60673-7579

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,405.82

OVERHEAD DOOR
2080 ELVIS PRESLEY BLVD
MEMPHIS, TN 38106

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,072.14

PAGE AVENUE PROPERTIES LLC
105 FRONTENAC FOREST
ST LOUIS, MO 63131

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.377** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $342.00

PAGE, SCRANTOM, SPROUSE, TUCKER & FORD PC
1111 BAY AVENUE 3RD FLOOR
COLUMBUS, GA 31902

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $135.00 |
|---|---|---|---|

PARC ON STREET
PARKING AUTHORITY OF RIVER CITY
222 S FIRST STREET SUITE 106
LOUISVILLE, KY  40202

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,520.00 |
|---|---|---|---|

PASCO TOWING INC.
381 ROBERTS ROAD
OLDSMAR, FL  34677

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.00 |
|---|---|---|---|

PAUL BLANCO'S GOOD CAR COMPANY TAMPA/PINELLAS
3800 FLORIN ROAD
SACRAMENTO, CA  95823

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,968.54 |
|---|---|---|---|

PAYMENT VISION
9711 WASHINGTONIAN BLVD
STE 440
GAITHERSBURG, MD  20878

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $198,791.45 |
|---|---|---|---|

PEP BOYS CORPORATION
REMITTANCE DEPT
PO BOX 8500-50445
PHILADELPHIA, PA  19178-0445

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.383** | **Nonpriority creditor's name and mailing address**

PERFORMANCE TOYOTA
PROBILLING & FUNDING SERVICES
PO BOX 2222
DECATUR, AL  35609-2222

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,664.16

---

**3.384** | **Nonpriority creditor's name and mailing address**

PETRANDIS, JOHN
ATTN: JOHN PETRANDIS
4178 APPALACHEE PKY
TALLAHASSEE, FL  32311

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,790.20

---

**3.385** | **Nonpriority creditor's name and mailing address**

PHILLIPS, JAMES
PHILLIPS REPAIR SERVICES INC
4875 34TH STREET NORTH
SAINT PETERSBURG, FL  33714

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,585.00

---

**3.386** | **Nonpriority creditor's name and mailing address**

PINNACLE 33 LIGHTING SOLUTIONS LLC
DBA YESCO ATLANTA CENTRAL
2594 FLAT SHOALS RD
STE 3
CONYERS, GA  30013

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,328.96

---

**3.387** | **Nonpriority creditor's name and mailing address**

PMG LEASING, LLC
ARCH INVESTORS LLC
PO BOX 53242
LAFAYETTE, LA  70505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,385.00

---

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,583.33 |

POPE RETAIL PROPERTIES, LLC
NDJ POPE FAMILY LLP
3109 CLAIRMONT RD NE STE A
ATLANTA, GA  30329

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,925.00 |

PRO TECH AUTO GLASS LLC
7956 VAUGHN RD #207
MONTGOMERY, AL  36116

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $416.50 |

PROTECTION UNLIMITED
9363 MARBELLA CV
CORDOVA, TN  38018

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,081.19 |

PYE BARKER INC.
PO BOX 69
ROSWELL, GA  30077

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $329.28 |

QUENCH USA INC.
PO BOX 735777
DALLAS, TX  75373

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,575.00 |
|---|---|---|---|
| | QUICK CUTZ PREMIUM LAWN CARE 1422 BOURDON BELL DR SE CONYERS, GA  30013 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.394 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $500.00 |
|---|---|---|---|
| | QUIKTRAK INC. PO BOX 740020 LOS ANGELES, CA  90074-0020 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.395 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24,512.00 |
|---|---|---|---|
| | RAD ELECTRONICS ATTN: MARIUSZ ROZYCKI 641 72ND AVE NORTH ST. PETERSBURG, FL  33702 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.396 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,583.33 |
|---|---|---|---|
| | RADIANT GROUP, LLC. 1320 E 9TH AVE TAMPA, FL  33605 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.397 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,554.00 |
|---|---|---|---|
| | RADIATOR DEPOT GREENVILLE LLC 735 PARK N BLVD STE 106 CLARKSTON, GA  30021 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.398 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | RAWLS AUTO AUCTION | *Check all that apply.* | |
| | 2818 POND BRANCH ROAD | ☐ Contingent | |
| | LEESVILLE, SC  29070 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $115.96 |
| | RCP AMERICA INC. | *Check all that apply.* | |
| | 7908 PROFESSIONAL PLACE | ☐ Contingent | |
| | TAMPA, FL  33637 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $126,234.80 |
| | READY LOGISTICS LLC | *Check all that apply.* | |
| | PO BOX 88076 | ☐ Contingent | |
| | MILWAUKEE, WI  53288-8076 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | REBECCA WALLACE | *Check all that apply.* | |
| | C/O MIKE FARRELL, PLLC | ☒ Contingent | |
| | 210 E. CAPITOL STREET | ☒ Unliquidated | |
| | REGIONS PLAZA, SUITE 2180 | ☒ Disputed | |
| | JACKSON, MS  39201 | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | LITIGATION | |
| | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $950.00 |
| | RECOVERY DATABASE NETWORK | *Check all that apply.* | |
| | 1620 S STAPLEY DR SUITE 232 | ☐ Contingent | |
| | MESA, AZ  85204 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.403** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,180.00

REED TRANSPORT
ATTN: ANTRON REED
7405 KATIE COVE
MEMPHIS, TN  38125

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,100.00

REGITAR USA INC.
2575 CONTAINER DR
MONTGOMERY, AL  36109

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,640.00

RENDERSEO CORP.
30912 CALLE BARBOSA
LAGUNA NIGUEL, CA  92677

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $271.24

RICHARD L RAY
DBA BAR RECOVERY, LLC
PO BOX 741297
RIVERDALE, GA  30274

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.407** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26,602.17

RICHLAND SOUTH LLC
ATTN: HASS MOUSAVI
749 DUNCAN COURT
BRENTWOOD, TN  37027

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.408 | **Nonpriority creditor's name and mailing address**<br><br>RIGHT WAY AUTO TRANSPORT, INC.<br>PO BOX 248<br>ELKTON, MD  21922<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $843,012.95 |

| 3.409 | **Nonpriority creditor's name and mailing address**<br><br>RITTER COMM<br>PO BOX 9661<br>CONWAY, AR  72033-9661<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $116.90 |

| 3.410 | **Nonpriority creditor's name and mailing address**<br><br>ROBINSON, BILLY<br>1409 QUEENIE SMITH RD.<br>CONYERS, GA  30012<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.411 | **Nonpriority creditor's name and mailing address**<br><br>ROCKDALE COUNTY  BUSINESS & OCCUPATIONAL LICENSE<br>DEPARTMENT OF PLANNING & DEVELOPMENT<br>958 MILSTEAD AVE<br>CONYERS, GA  30012<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $137.50 |

| 3.412 | **Nonpriority creditor's name and mailing address**<br><br>ROGER CHRISTIAN<br>208 LEAGUE CREEK RD<br>BELDEN, MS  38826<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,900.00 |

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

ROLFE & LOBELLO P.A.
PO BOX 4400
JACKSONVILLE, FL 32201-4400

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.414**

**Nonpriority creditor's name and mailing address**

ROLLINS, INC.
ORKIN LLC
PO BOX 740473
CINCINNATI, OH 45274

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$575.00

---

**3.415**

**Nonpriority creditor's name and mailing address**

S&T CONTROL WIRING INC.
2660 COWAN LOOP
MOSCOW, TN 38057

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,074.17

---

**3.416**

**Nonpriority creditor's name and mailing address**

SAFELITE FULFILLMENT, INC.
PO BOX 633197
CINCINNATI, OH 45263-3197

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,818.50

---

**3.417**

**Nonpriority creditor's name and mailing address**

SAFETY-KLEEN
PO BOX 975201
DALLAS, TX 75397-5201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,380.22

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.418 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $133.50 |
|---|---|---|---|

**3.418**

**Nonpriority creditor's name and mailing address**

SAINT LOUIS COUNTY MO
DEPARTMENT OF REVENUE
10292 PAGE AVENUE
ST LOUIS, MO  63132

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$133.50

---

**3.419**

**Nonpriority creditor's name and mailing address**

SAJE GEORGIA  LLC
8140 WALNUT CREEK LN STE 420
DALLAS, TX  75231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,532.57

---

**3.420**

**Nonpriority creditor's name and mailing address**

SCAPEGOAT LANDSCAPING
ATTN: BENJAMIN DANIELS
4504 LAKELAND COURT
AUGUSTA, GA  30906

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,120.00

---

**3.421**

**Nonpriority creditor's name and mailing address**

SELECTIVE GIFT INSTITUTE
AWARDS NETWORK
PO BOX 100
LA PORTE, IN  46352

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,055.89

---

**3.422**

**Nonpriority creditor's name and mailing address**

SEWER & WATER UTILITY
PO BOX 830269
BIRMINGHAM, AL  35283-0269

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$68.28

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.423**  **Nonpriority creditor's name and mailing address**

SEYMOUR FOG  LLC
2005 SOLOMON CT
SPRING HILL, TN  37404

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,000.00

---

**3.424**  **Nonpriority creditor's name and mailing address**

SHAUN PARKER
2378 RICHWOOD DRIVE
AUGUSTA, GA  30906

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.425**  **Nonpriority creditor's name and mailing address**

SHAUNA DAVIS
3025 S ADAMS ST
223
TALLAHASSEE, FL  32301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.20

---

**3.426**  **Nonpriority creditor's name and mailing address**

SHERRI HARRIS
1432 MONTROSE AVE
LAKELAND, FL  33805

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$217.19

---

**3.427**  **Nonpriority creditor's name and mailing address**

SHI INTERNATIONAL CORP.
PO BOX 952121
DALLAS, TX  75395-2121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$104,482.18

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.428**  **Nonpriority creditor's name and mailing address**

SHIVA PROPERTIES
CARE OF COMNUNITY BANK
PO BOX 129
SOUTHAVEN, MS 38671

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,000.00

---

**3.429**  **Nonpriority creditor's name and mailing address**

SIDLEY AUSTIN LLP
787 SEVENTH AVE
ATTN: THOMAS PAI
NEW YORK, NY 10019

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$94,173.76

---

**3.430**  **Nonpriority creditor's name and mailing address**

SIGNATURE MOBILE NOTARY
790 S CLAY ST
APT 301
LOUISVILLE, KY 40203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,260.00

---

**3.431**  **Nonpriority creditor's name and mailing address**

SKIP'S TRANSPORT & AUTO SERVICES LLC
237 SHOATES PARK LN
CECIL, AL 36013

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$400.00

---

**3.432**  **Nonpriority creditor's name and mailing address**

SKW TOW & TRANSPORT LLC
5694 STAGE RD
BARTLETT, TN 38134

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,182.99

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.433 | **Nonpriority creditor's name and mailing address**<br>SMARTKEY LLC<br>104 A FRANKLIN AVE #151<br>SPARTANBURG, SC  29301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,693.00 |
| 3.434 | **Nonpriority creditor's name and mailing address**<br>SNAP TIRE INC.<br>1145 BATTLECREEK RD<br>JONESBORO, GA  30236<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $96,700.95 |
| 3.435 | **Nonpriority creditor's name and mailing address**<br>SOLUTIONS BY TEXT LLC<br>5001 SPRING VALLEY ROAD SUITE 1000E<br>DALLAS, TX  75244<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,050.00 |
| 3.436 | **Nonpriority creditor's name and mailing address**<br>SPECIAL FX SIGNS, LLC<br>DBA PIP PRINTING MARKETING SERVICES & SFX SIG<br>1000 JUNE ROAD<br>MEMPHIS, TN  38119<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $898.68 |
| 3.437 | **Nonpriority creditor's name and mailing address**<br>SPECIAL FX SIGNS, LLC<br>DBA PIP PRINTING MARKETING SERVICES & SFX SIG<br>PO BOX 771888<br>MEMPHIS, TN  38177<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,530.86 |

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.438**

**Nonpriority creditor's name and mailing address**

SPECTRUM
PO BOX 1060
CAROL STREAM, IL  60132-1060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,189.82

---

**3.439**

**Nonpriority creditor's name and mailing address**

SPIRE (FORMERLY ALAGASCO)
PO BOX 2224
BIRMINGHAM, AL  35246

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$214.79

---

**3.440**

**Nonpriority creditor's name and mailing address**

SPLISH SPLASH
ATTN: D. MASON
PO BOX 7171
ST PETERSBURG, FL  33734

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$428.00

---

**3.441**

**Nonpriority creditor's name and mailing address**

SPRINGDALE WATER
PO BOX 769
SPRINGDALE, AR  72765

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.37

---

**3.442**

**Nonpriority creditor's name and mailing address**

STAPLES ADVANTAGE
PO BOX 660409
DALLAS, TX  75266-0409

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,125.50

---

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  | | Amount of claim |
|---|---|---|

**3.443** | **Nonpriority creditor's name and mailing address**

STATE OF SOUTH CAROLINA
SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES
ACCOUNTS RECEIVABLE
PO BOX 1029
BLYTHEWOOD, SC  29016-9018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,516.00

---

**3.444** | **Nonpriority creditor's name and mailing address**

STATE SYSTEMS INC.
PO BOX 372
MEMPHIS, TN  38101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$292.49

---

**3.445** | **Nonpriority creditor's name and mailing address**

STEIERT, SHAWN M
ALL THINGS LAWNCARE & HOME MAINTENANCE
2643 DENVER CT
CLARKSVILLE, TN  37040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.446** | **Nonpriority creditor's name and mailing address**

STELLA GPS, LLC.
STARS GPS
PO BOX 10
THOMASVILLE, NC  27361

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,000.00

---

**3.447** | **Nonpriority creditor's name and mailing address**

STEVE AND DEBRA NEWELL
NEWELL PROPERTIES LLC DBA NEWELL LAWN CARE
11480 PALM BEACH BLVD
FORT MYERS, FL  33905

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,010.00

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.448**

**Nonpriority creditor's name and mailing address**

STONE TRANSMISSIONS
3596 WINCHESTER COVE
MEMPHIS, TN  38115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

---

**3.449**

**Nonpriority creditor's name and mailing address**

SUMTER COUNTY TAX COMMISSIONER
500 W LAMER ST
AMERICUS, GA  31709

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$980.38

---

**3.450**

**Nonpriority creditor's name and mailing address**

SUN COAST CHRYSLER DODGE JEEP RAM
8755 PARK BLVD NORTH
SEMINOLE, FL  33777

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,321.51

---

**3.451**

**Nonpriority creditor's name and mailing address**

SUN LIFE FINANCIAL
SUN LIFE ASSURANCE COMPANY OF CANADA
PO BOX 807009
KANSAS CITY, MO  64184-7009

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,184.22

---

**3.452**

**Nonpriority creditor's name and mailing address**

SUPERIOR TERMITE & PEST CONTROL
6225 E HWY 18
JONESBORO, AR  72401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$271.26

---

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.453 | **Nonpriority creditor's name and mailing address**<br>T.J.M. SALES & SERVICES INC.<br>SAFE-T PROTECTION<br>PO BOX 511<br>BUFORD, GA  30515<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $103.00 |
|---|---|---|---|
| 3.454 | **Nonpriority creditor's name and mailing address**<br>TAYLOR ENTERPRISES INC.<br>2586 SOUTHPORT RD<br>SPARTANBURG, SC  29302<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,290.85 |
| 3.455 | **Nonpriority creditor's name and mailing address**<br>TBC RETAIL GROUP INC<br>TIRE KINGDOM<br>823 DONALD ROSS RD<br>JUNO BEACH, FL  33408<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,380.71 |
| 3.456 | **Nonpriority creditor's name and mailing address**<br>TD IRIS, LLC<br>ATTN: DEREK GRIFFIN<br>80 W WIEUCA RD NE STE 170<br>ATLANTA, GA  30342<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,278.60 |
| 3.457 | **Nonpriority creditor's name and mailing address**<br>TDI OF JONESBORO INC.<br>15355 PLEASANT GROVE LN<br>HARRISBURG, AR  72432<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,360.00 |

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | **Amount of claim** |
|---|---|---|

| 3.458 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $254.00 |

TDOR MOTOR VEH
500 DEADERICK STREET
NASHVILLE, TN  37242

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAG/TITLE FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,618.26 |

TECO PEOPLE GAS
PO BOX 31318
TAMPA, FL  33631-3318

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $734.40 |

TERMINIX COMMERCIAL
PO BOX 802155
CHICAGO, IL  60680-2131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,540.71 |

THE BUREAU OF NATIONAL AFFAIRS INC.
BLOOMBERG INDUSTRY GROUP
PO BOX 419889
BOSTON, MA  02241-9889

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,751.25 |

THE MADISON LANDSCAPE CO., LLC
PO BOX 1398
MADISON, MS  39130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500.00 |
|---|---|---|---|

THE YARD FORCE
615 BOOTH ST NW
KNOXVILLE, TN  37919

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $559.80 |
|---|---|---|---|

THOMAS COUNTY TAX COMMISSIONER
225 N BROAD ST
THOMASVILLE, GA  31792

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

TIMOTHY JACKSON
C/O THE TULLOS LAW FIRM
PO BOX 505
RALEIGH, MS  39153

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $300.00 |
|---|---|---|---|

TIM'S AUTOMOTIVE, LLC
ATTN: TIMOTHY J TURNER
503 DAYBRITE DR
TUPELO, MS  38801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $111.00 |
|---|---|---|---|

TIPTON COUNTY CLERK
220 HWY 51 NORTH STE 2
COVINGTON, TN  38019

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.468** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$36,428.15**

TIRE DISTRIBUTORS WAREHOUSE INC.
KING TIRE COMPANY
PO BOX 348
HUMBOLDT, TN  38343

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.469** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,053.04**

TITLE TECHNOLOGI
14850 MONTFORT DRIVE SUITE 180
DALLAS, TX  75254

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TITLE FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.470** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,796.50**

TN STATE REVENUE
44 VANTAGE WAY SUITE 160
NASHVILLE, TN  37243-8050

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TITLE FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.471** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$255.71**

TOM BELL FIRE EQUIPMENT, LLC
4629 HWY 302
OLIVE BRANCH, MS  38654

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.472** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,645.00**

TOMMY HEATON
A GEORGIA BACKFLOW TESTER
PO BOX 717
ACWORTH, GA  30101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.473 | **Nonpriority creditor's name and mailing address**<br><br>TOMMY HEATON/ BACKFLOW TEST<br>P O BOX 717<br>ACWORTH, GA  30101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $300.00 |
| 3.474 | **Nonpriority creditor's name and mailing address**<br><br>TOPGEAR AUTOMOTIVE LLC<br>460 MASON MILL RD<br>PIKE ROAD, AL  36064<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $275.00 |
| 3.475 | **Nonpriority creditor's name and mailing address**<br><br>TORAJ ZOLGHADR<br>805 LINKS VIEW DR<br>SUGAR HILL, GA  30518<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,174.78 |
| 3.476 | **Nonpriority creditor's name and mailing address**<br><br>TOTAL AUTOMOTIVE LLC<br>3462 LEBANON PLC<br>HERMITAGE, TN  37076<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $596.72 |
| 3.477 | **Nonpriority creditor's name and mailing address**<br><br>TRACEY WEBSTER<br>80 KING SOLOMON LANE<br>CAMERON, NC  28326<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page | Amount of claim |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 3.478 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | UNKNOWN |
| | TRACIE HARRISON | | Check all that apply. | |
| | C/O WARE LAW FIRM, PLLC | | ☒ Contingent | |
| | 216 1ST AVE NE | | ☒ Unliquidated | |
| | MAGEE, MS  39111 | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | |
| | | | LITIGATION | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | | | ☒ No | |
| | | | ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.479 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | UNKNOWN |
| | TRACY L. GRAY | | Check all that apply. | |
| | C/O GERALDINE SUMTER | | ☒ Contingent | |
| | 309 EAST MOOREHEAD ST., SUITE 100 | | ☒ Unliquidated | |
| | CHARLOTTE, NC  28202 | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | |
| | | | LITIGATION | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | | | ☒ No | |
| | | | ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.480 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $9,390.00 |
| | TRI STATE AUTO PARTS INC. | | Check all that apply. | |
| | 10820 CHURCH RD | | ☐ Contingent | |
| | WALLS, MS  38680 | | ☐ Unliquidated | |
| | | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | |
| | | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | | | ☒ No | |
| | | | ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.481 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $17,028.25 |
| | TT OF DEKALB INC. | | Check all that apply. | |
| | MIKE REZI NISSAN ATLANTA | | ☐ Contingent | |
| | 2551 THE NALLEY WAY | | ☐ Unliquidated | |
| | ATLANTA, GA  30360 | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | |
| | | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | | | ☒ No | |
| | | | ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.482 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $165.71 |
| | TUSCALOOSA COUNTY LICENSING COMMISSION | | Check all that apply. | |
| | PO BOX 020737 | | ☐ Contingent | |
| | TUSCALOOSA, AL  35402 | | ☐ Unliquidated | |
| | | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | **Basis for the claim:** | |
| | | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | | | ☒ No | |
| | | | ☐ Yes | |

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318-BLS |
|--------|--------------------|--------------------|--------------|
| | (Name) | | |

Case 23-10318-BLS    Doc 30    Filed 03/28/23    Page 140 of 200

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|--|--|--|

**3.483** **Nonpriority creditor's name and mailing address**

TUSCALOOSA TIRE & SERVICE CENTER
515 SKYLAND BLVD
TUSCALOOSA, AL  35405

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $17,193.74
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.484** **Nonpriority creditor's name and mailing address**

TYRONE SQUARE MAZDA
3300 TYRONE BLVD
ST PETE, FL  33710

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.485** **Nonpriority creditor's name and mailing address**

UAG MEMPHIS II INC.
3150 STEVER REYNOLDS BLVD
DULUTH, GA  30096

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $14,069.02
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.486** **Nonpriority creditor's name and mailing address**

ULINE SHIPPING SUPPLY SPECIALIST
PO BOX 88741
CHICAGO, IL  60680-1741

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $2,683.18
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.487** **Nonpriority creditor's name and mailing address**

ULTIMATE LAWN CARE, INC.
2432 LIBERTY RD
LEXINGTON, KY  40509

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $1,632.56
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,580.50 |

ULTRA-LOOK CORP
3903 PROGRESS DR
LAKELAND, FL 33811

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $640.00 |

UNIFIED TECHNOLOGIES, LLC
PO BOX 99889
LOUISVILLE, KY 40269

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,050.00 |

UNIQUE LAWN & LANDSCAPE LLC
UNIQUE LAWN & LANDSCAPE
9673 LOCHFIELD DR
PIKE ROAD, AL 36064

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,120,277.42 |

UNITED NATIONWIDE RECOVERY LLC
311 MOORE LANE
COLLIERVILLE, TN 38017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $37.50 |

UNIVERSAL ENVIRONMENTAL SERVICES LLC
411 DIVIDEND DRIVE
PEACHTREE CITY, GA 30269

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $899.58 |
|---|---|---|---|

| 3.493 | **Nonpriority creditor's name and mailing address**<br>US LAWNS ARKANSAS NORTHEAST<br>6680 STADIUM BLVD<br>JONESBORO, AR  72404<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $899.58 |
|---|---|---|---|
| 3.494 | **Nonpriority creditor's name and mailing address**<br>VALVOLINE INC<br>VALVOLINE LLC DBA VALVOLINE INSTANT OIL CHANG<br>PO BOX 74008513<br>CHICAGO, IL  60674-8513<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40,077.49 |
| 3.495 | **Nonpriority creditor's name and mailing address**<br>VANDERPOOL, MICHAEL DALE<br>ABC FIRE & SAFETY<br>PO BOX 201<br>LILLINGTON, NC  27546<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65.00 |
| 3.496 | **Nonpriority creditor's name and mailing address**<br>VAUTO<br>PO BOX 935202<br>ATLANTA, GA  31193<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,465.17 |
| 3.497 | **Nonpriority creditor's name and mailing address**<br>VERTEX, INC.<br>25528 NETWORK PL<br>CHICAGO, IL  60673-1255<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,725.00 |

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.498** | **Nonpriority creditor's name and mailing address**

VOLVO OF MEMPHIS
7910 TRINITY RD
MEMPHIS, TN  38018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48.00

---

**3.499** | **Nonpriority creditor's name and mailing address**

VSC FIRE & SECURITY, INC.
10343-B KINGS ACRES ROAD
ASHLAND, VA  23005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,180.79

---

**3.500** | **Nonpriority creditor's name and mailing address**

W.E.C. HEATING & A/C INC
PO BOX 847
WACISSA, FL  32361

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$149.00

---

**3.501** | **Nonpriority creditor's name and mailing address**

WALDROP MECHANICAL SERVICES
PO BOX 369
REIDVILLE, SC  29375

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$383.19

---

**3.502** | **Nonpriority creditor's name and mailing address**

WALKER COUNTY TAX COMMISSIONER
2012 MCFARLAND GAP RD
ROSSVILLE, GA  30741

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$730.41

---

Debtor  RAC Dealership, LLC
_____
(Name)

Case number (if known) 23-10318

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.503** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,031.45

WALKER FORD CO, INC.
PO BOX 2208
DECATUR, AL  35609-2208

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.504** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,324.30

WARDS AIR CONDITIONING, INC.
865 CREATIVE DRIVE
LAKELAND, FL  33813

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.505** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,543.21

WASTE MANAGEMENT
PO BOX 55558
BOSTON, MA  02205-5558

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.506** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $173.76

WASTE PRO GAINES
PO BOX 865189
ORLANDO, FL  32886-5189

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.507** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $852.90

WASTE PRO JACKS
PO BOX 865200
JACKSONVILLE, FL  32886-5200

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $177.06 |
|---|---|---|---|

**3.508**

**Nonpriority creditor's name and mailing address**

WASTE PRO JONESB
PO BOX 689
WALNUT RIDGE, AR  72476-0689

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$177.06

---

**3.509**

**Nonpriority creditor's name and mailing address**

WATERLOGIC USA INC.
WATERLOGIC AMERICAS LLC
PO BOX 677867
DALLAS, TX  75267-7867

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,317.32

---

**3.510**

**Nonpriority creditor's name and mailing address**

WEAVER AUTOMOTIVE
PO BOX 480
CARNESVILLE, GA  30521

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,870.95

---

**3.511**

**Nonpriority creditor's name and mailing address**

WIGINTON FIRE SYSTEMS
699 AERO LANE
SANFORD, FL  32771

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,110.03

---

**3.512**

**Nonpriority creditor's name and mailing address**

WILLIAM MOBLEY
2713 KINGSTON DR.
FLORENCE, SC  29505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.513** | **Nonpriority creditor's name and mailing address**

WILLIE STUCKEY
121 VINCE CT.
JACKSON, MS  39212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.514** | **Nonpriority creditor's name and mailing address**

WINZER FRANCHISE COMPANY
PO BOX 671482
DALLAS, TX  75267-1482

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,188.65

---

**3.515** | **Nonpriority creditor's name and mailing address**

WOLFCHASE HYUNDAI
7727 HWY 64
MEMPHIS, TN  38133

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$515.95

---

**3.516** | **Nonpriority creditor's name and mailing address**

WOODCOCK PROPERTIES
ATTN: W BENJAMIN JOHNSON
420 N 20TH ST SUITE 3400
BIRMINGHAM, AL  35203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,750.00

---

**3.517** | **Nonpriority creditor's name and mailing address**

WORLDPAC INC
WORLDPAC
PO BOX 5022
NEWARK, CA  94560

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,355.84

---

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |

---

| 3.518 | **Nonpriority creditor's name and mailing address**<br><br>WRIGHT BUSINESS GRAPHICS LLC<br>PO BOX 841741<br>DALLAS, TX  75284-1741<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,898.08 |

| 3.519 | **Nonpriority creditor's name and mailing address**<br><br>WSR RE HOLDINGS<br>1720 MAGOFFIN AVE<br>EL PASO, TX  79901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,250.00 |

| 3.520 | **Nonpriority creditor's name and mailing address**<br><br>WTI WHOLESALE TIRE, INC.<br>2102 LIONS CLUB ROAD<br>CLEARWATER, FL  33764<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $241,733.90 |

| 3.521 | **Nonpriority creditor's name and mailing address**<br><br>WURTH USA, INC.<br>PO BOX 415889<br>BOSTON, MA  02241-5889<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,198.26 |

| 3.522 | **Nonpriority creditor's name and mailing address**<br><br>XTREME RESTORATIONS INC<br>4875 34TH STREET NORTH<br>ST PETERSBURG, FL  33714<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,460.00 |

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.523** | **Nonpriority creditor's name and mailing address**
YESCO
PO BOX 3827
JACKSON, MS 39207

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$486.19

---

**3.524** | **Nonpriority creditor's name and mailing address**
YESCO ORLANDO NORTH
2954 FLAT SHOALS RD
STE 3
CONYERS, GA 30013

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,328.96

---

**3.525** | **Nonpriority creditor's name and mailing address**
YUSUF ABDUL WASI
THE YARD MAN
1805 BETHANY LANE
HUNTSVILLE, AL 35806

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,225.00

---

**3.526** | **Nonpriority creditor's name and mailing address**
ZENDESK INC
PO BOX 734287
CHICAGO, IL 60673-4287

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,134.80

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | JARMEN MCKINNEY
C/O HEARN LAW FIRM, PLLC
1438 N. STATE STREET
JACKSON, MS 39202 | Line 3.262 | |
| 4.2 | REBECCA WALLACE
C/O HEARN LAW FIRM, PLLC
1438 N. STATE STREET
JACKSON, MS 39202 | Line 3.401 | |

Debtor    RAC Dealership, LLC

(Name)

Case number (if known)    23-10318

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $608,341.65 |
| 5b. | Total claims from Part 2 | 5b. + | $11,070,466.37 |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $11,678,808.02 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>RAC Dealership, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>23-10318</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.**    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRIPLE NET LEASE AGREEMENT DTD 10/5/2018 | 10013 N FLORIDA AVE LLC<br>C/O BAYERS COSTIN SIMON PC<br>ATTN MICHAEL P GARCIA, ESQ<br>200 4TH ST, STE 400<br>SANTA ROSA, CA 95401 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO TRIPLE NET LEASE AGREEMENT DTD 5/1/2020<br>AMENDS AGREEMENT DTD 10/5/2018 | 10013 N FLORIDA AVE LLC<br>C/O PAUL BLANCO<br>3800 FLORIN RD<br>SACRAMENTO, CA 95823 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRIPLE NET LEASE AGREEMENT DTD 10/5/2018 | 10013 N FLORIDA AVE LLC<br>C/O PAUL BLANCO<br>3800 FLORIN RD<br>SACRAMENTO, CA 95823 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DTD 1/1/2019<br><br>12/31/2023 | 1225 FLORENCE BLVD LLC<br>ATTN MEMBER-MANAGER<br>100 BALD KNOB RD<br>NEW ALBANY, IN 47150 |

Debtor    RAC Dealership, LLC

(Name)

Case number (if known) 23-10318

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO LEASE AGREEMENT DTD 5/1/2020<br>AMENDS LEASE DTD 7/12/2019 | 430 SEMORAN LLC<br>ATTN WESLEY WOLK<br>505 E JACKSON ST, STE 308<br>TAMPA, FL 33602 |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE DTD 7/12/2019 | 430 SEMORAN LLC<br>ATTN WESLEY WOLK<br>505 E JACKSON ST, STE 308<br>TAMPA, FL 33602 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO COMMERCIAL LEASE CONTRACT DTD 5/1/2020<br>AMENDS LEASE DTD 12/12/2018 | 4750 ATLANTA HWY LLC<br>ATTN DEREK GRIFFIN<br>3131 PIEDMONT RD, STE 202<br>ATLANTA, GA 30305 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE CONTRACT DTD 12/12/2018<br><br>3/31/2029 | 4750 ATLANTA HWY LLC<br>ATTN DEREK GRIFFIN<br>3131 PIEDMONT RD, STE 202<br>ATLANTA, GA 30305 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSIGNMENT AND ASSUMPTION OF LEASES AND CONTRACTS<br>ASSIGNS LEASE DTD 8/1/2019 | 720 N STATE RD 7 LLC<br>20533 BISCAYNE BLVD<br>SUITE 4531<br>ADVENTURA, FL 33180 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO LEASE DTD 5/1/2020<br>AMENDS LEASE DTD 8/1/2019 | 720 SR 7 INC<br>ATTN VICE PRESIDENT<br>1306 S STATE RD 7<br>FORT LAUDERDALE, FL 33317 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION OF LEASES AND CONTRACTS ASSIGNS LEASE DTD 8/1/2019 | 720 SR 7 INC ATTN VICE PRESIDENT 1306 S STATE RD 7 FORT LAUDERDALE, FL 33317 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE DTD 8/1/2019 | 720 SR 7 INC ATTN VICE PRESIDENT 1306 S STATE RD 7 FORT LAUDERDALE, FL 33317 |
| | **State the term remaining** | 8/31/2029 | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND AMENDMENT OF LEASE DTD 12/27/2017 AMENDS LEASE DTD 4/5/2007 | ACEE COMPANY INC C/O COLLIERS MGMT SVCS-MEMPHIS LLC ATTN INDUSTRIAL LEASING 6363 POPLAR AVE, STE 400 MEMPHIS, TN 38119 |
| | **State the term remaining** | 4/30/2028 | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | 3RD AMENDMENT OF LEASE DTD 4/24/2020 AMENDS LEASE DTD 4/5/2007 | ACEE COMPANY INC C/O COLLIERS MGMT SVCS-MEMPHIS LLC ATTN INDUSTRIAL LEASING 6363 POPLAR AVE, STE 400 MEMPHIS, TN 38119 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL DEALER AGREEMENT DTD 5/1/2021 | ADESA INC 11299 N ILLINOIS ST CARMEL, IN 46032 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL DEALER AGREEMENT DTD 5/1/2021 | ADESA INC 11299 N ILLINOIS ST CARMEL, IN 46032 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL DEALER AGREEMENT DTD 5/1/2021 | ADESA INC 11299 N ILLINOIS ST CARMEL, IN  46032 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | CARRIER CONNECTION STATEMENT OF WORK DTD 10/25/2021 RE: MSA DTD 3/27/2017 | ADP LLC ATTN CFO COMPLIANCE SOLUTIONS 1 ADP BLVD ROSELAND, NJ  07068 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER SERVICES AGREEMENT DTD 11/29/2018 | ADP LLC ATTN CFO COMPLIANCE SOLUTIONS 1 ADP BLVD ROSELAND, NJ  07068 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICE AGREEMENT | ADP LLC ATTN CFO COMPLIANCE SOLUTIONS 1 ADP BLVD ROSELAND, NJ  07068 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW & SALES ORDER QUOTE #02-2019-685649-1 | ADP LLC ATTN CFO COMPLIANCE SOLUTIONS 1 ADP BLVD ROSELAND, NJ  07068 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK #3-63128310231 DTD 10/25/2021 RE: MSA DDT 3/27/2017 | ADP LLC ATTN CFO COMPLIANCE SOLUTIONS 1 ADP BLVD ROSELAND, NJ  07068 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor     RAC Dealership, LLC                                      Case number (if known) 23-10318

    (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.23** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL PREMIUM FINANCE AGREEMENT - PROMISSORY NOTE | AFCO<br>5600 N RIVER RD, STE 400<br>ROSEMONT, IL  60018-5187 |
| **2.24** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO LEASE AGREEMENT DTD 5/1/2020<br>AMENDS GROUND LEASE AGREEMENT DTD 9/23/2016 | AKSHAR 6 LLC<br>ATTN S.C VORA, MD<br>2402 PATHWAY<br>EL DORADO, AR  71730 |
| **2.25** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GROUND LEASE AGREEMENT DTD 9/23/2016<br><br>11/30/2023 | AKSHAR 6 LLC<br>ATTN S.C VORA, MD<br>2402 PATHWAY<br>EL DORADO, AR  71730 |
| **2.26** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AMENDMENT DTD 3/15/2016<br>AMENDS GROUND LEASE AGREEMENT DTD 9/23/2016 | AKSHAR 6 LLC<br>ATTN S.C VORA, MD<br>2402 PATHWAY<br>EL DORADO, AR  71730 |
| **2.27** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD LEASE AMENDMENT DTD 9/1/2022<br>AMENDS GROUND LEASE AGREEMENT DTD 9/23/2016<br><br>12/31/2026 | AKSHAR 6 LLC<br>ATTN S.C VORA, MD<br>2402 PATHWAY<br>EL DORADO, AR  71730 |
| **2.28** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GROUND LEASE AGREEMENT DTD 9/23/2016<br><br>11/30/2023 | AKSHAR 6 LLC<br>C/O COLLIERS INTERNATIONAL<br>ATTN MELANIE GIBSON<br>PO BOX 3546<br>LITTLE ROCK, AR  72203 |

Debtor    RAC Dealership, LLC                                Case number (if known)  23-10318

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL AUTO INSURANCE POLICY #02858486 | ALLIANT INS SRVC INC 320 W 57TH ST NEW YORK, NY  10019 |
| | **State the term remaining** | 11/3/2023 | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL PREMIUM FINANCE AGREEMENT - PROMISSORY NOTE | ALLIANT INSURANCE SERVICES INC 101 PARK AVE, 18TH FL NEW YORK, NY  10179 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | POLLUTION - POLICY NUMBER 0312-2494 | ALLIED WORLD ASSURANCE COMPANY 199 WATER STREET 24TH FLOOR NEW YORK, NY  10038 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | AMS ANALYTICS ADDENDUM | AUTO MASTER SYSTEMS INC 116 N MAIN ST SWEETSER, IN  46987 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTO MASTER HOSTED SERVICES AGREEMENT STANDARD TERMS AND CONDITIONS | AUTO MASTER SYSTEMS INC 116 N MAIN ST SWEETSER, IN  46987 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTE # QUO1286 DTD 6/15/2018 | AUTO MASTER SYSTEMS INC 116 N MAIN ST SWEETSER, IN  46987 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    RAC Dealership, LLC    Case number (if known) 23-10318

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUOTE #QUO812 & ADDENDUM DTD 9/5/2017 | AUTO MASTER SYSTEMS INC<br>116 N MAIN ST<br>SWEETSER, IN  46987 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSIGNMENT & ASSUMPTION OF LEASE DTD 6/1/2018<br>ASSIGNS LEASE DTD 4/24/2016 | AUTOCASH INC<br>ATTN PAUL BLAND<br>15 BULL ST, STE 200<br>SAVANNAH, GA  31401 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSIGNMENT AND ASSUMPTION OF LEASE DTD 5/31/2018<br>ASSIGNS LEASE DTD 7/20/2016 | AUTOCASH OF SOUTH CAROLINA INC<br>ATTN PAUL BLAND<br>15 BULL ST, STE 200<br>SAVANNAH, GA  31401 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT DTD 10/1/2021 | AUTOPEOPLE<br>1109 BEVINGER DR<br>EL DORADO HILLS, CA  95762 |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT AS COUNSEL-PRIVILEGED & CONFIDENTIAL DTD 10/15/2020 | BAKER DONELSON BEARMAN CALDWELL ET AL<br>2000 FIRST TENNESSEE BLDG<br>165 MADISON AVE<br>MEMPHIS, TN  38103 |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO LEASE DTD 5/1/2020<br>AMENDS LEASE DTD 9/30/2016 | BENNETT, NANCY<br>351 KING DEN DR NW<br>CLEVELAND, TN  37312 |

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 5/1/2020 AMENDS LEASE DTD 6/25/2014 | BRAZELTON PROPERTIES INC 2021 CLINTON AVE W SUITE C HUNTSVILLE, AL 35805 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT  DTD 9/1/2017 | BRIGHTSTAR FINANCIAL GROUP INC 950 ATLANTIC BLVD. JACKSONVILLE, FL 32225 |
| | **State the term remaining** | 10/1/2027 | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO LOAN & SECURITY AGREEMENT DTD 11/14/2017 AMENDS AGREEMENT DTD 5/2/2016 | CAPSTAR BANK 1201 DEMONBREUN ST., SUITE 700 NASHVILLE, TN 37203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND AMENDMENT TO GROUND LEASE AGREEMENT DTD 5/1/2020 AMENDS LEASE DTD 5/15/2011 | CARNEY CHARLOTTE PIKE LLC ATTN MARTIN S CARNEY 4500 BOWLING BLVD, STE 250 LOUISVILLE, KY 40207 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION OF LEASE DTD 5/24/2018 ASSIGNS LEASE DTD 5/15/2011 | CARNEY CHARLOTTE PIKE LLC ATTN MARTIN S CARNEY 4500 BOWLING BLVD, STE 250 LOUISVILLE, KY 40207 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER AGREEMENT | CDK GLOBAL LLC ATTN PRES RETAIL SOLUTIONS NORTH AMERICA 1950 HASSELL RD HOFFMAN ESTATES, IL 60169 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 7/1/2015 | CDK GLOBAL LLC<br>ATTN PRES RETAIL SOLUTIONS NORTH AMERICA<br>1950 HASSELL RD<br>HOFFMAN ESTATES, IL  60169 |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCHEDULE TO MASTER SERVICES AGREEMENT<br>RE: CONTRACT #69094459, 69094460 & 69094461 | CDK GLOBAL LLC<br>ATTN PRES RETAIL SOLUTIONS NORTH AMERICA<br>1950 HASSELL RD<br>HOFFMAN ESTATES, IL  60169 |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD RENTAL SERIVICE AGREEMENT #14547 DTD 8/21/2018 | CINTAS<br>PO BOX 630910<br>CINCINNATI, OH  45263-0910 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE INFORMATION SCREEN CAPTURE<br><br>4/20/2026 | CISCO MERAKI<br>170 WEST TASMAN DR<br>SAN JOSE, CA  95134 |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS SERVICE ORDER AGREEMENT | COMCAST CABLE COMMUNICATIONS MGMT LLC<br>3251 PLAYERS CLUB PKWY<br>MEMPHIS, TN  38125 |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO LEASE AGREEMENT DTD 5/1/2020<br>AMENDS LEASE DTD 10/24/2016 | COX-MCCARVER PARTNERSHIP<br>ATTN FLINT COX; MARTHA SHOPHER<br>PO BOX 12486<br>JACKSON, TN  38308 |

Debtor    RAC Dealership, LLC

(Name)

Case number (if known) 23-10318

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO LEASE AGREEMENT DTD 5/1/2020 AMENDS LEASE DTD 7/18/2019 | D&D HOLDINGS AND INVESTMENTS LLC C/O FAIZAL DHALLA 3271 RAYS CREEK DR ACWORTH, GA 30101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DTD 7/18/2019 | D&D HOLDINGS AND INVESTMENTS LLC C/O FAIZAL DHALLA 3271 RAYS CREEK DR ACWORTH, GA 30101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASE AGREEMENT DTD 9/1/2022 AMENDS LEASE DTD 7/18/2019 | D&D HOLDINGS AND INVESTMENTS LLC C/O FAIZAL DHALLA 3271 RAYS CREEK DR ACWORTH, GA 30101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DTD 7/18/2019 | D&D HOLDINGS AND INVESTMENTS LLC C/O IRVING DUNCAN 4025 SOUTHDOWN LN KENNESAW, GA 30152 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | TRIAL AGREEMENT FOR EMPLOYMENT SCREENING DTD 11/3/2020 | DATA FACTS INC ATTN VP SALES 8000 CENTERVIEW PKWY, STE 400 CORDOVA, TN 38018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DTD 3/16/2020 | DAX'S DEALS INC ATTN DAX YARBOROUGH 3618 SYCAMORE DAIRY RD FAYETTEVILLE, NC 28303 |
| | State the term remaining | 4/16/2030 | |
| | List the contract number of any government contract | | |

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESPONSIVE WEBSITE AGREEMENT | DEALERFIRE/NELEVEN LLC<br>PO BOX 695<br>OSHKOSH, WI  54903 |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO LEASE AGREEMENT DTD 5/1/2020<br>AMENDS LEASE DTD 8/29/2018 | DEAN, BETTY<br>1991 COUNTY ROAD 49<br>MIDLAND CITY, AL  36350 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIALITY AND NONDISCOLSURE AGREEMENT DTD 10/25/2021 | DEPALMA STUDIOS LLC<br>ATTN CHIEF EXECUTIVE OFFICER<br>4015 ASPEN GROVE DR, #2018<br>FRANKLIN, TN  37067 |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 10/25/2021 | DEPALMA STUDIOS LLC<br>ATTN FLOYD DEPALMA<br>4015 ASPEN GROVE DR, #2018<br>FRANKLIN, TN  37067-1428 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DTD 10/22/2021 | DEPALMA STUDIOS LLC<br>ATTN FLOYD DEPALMA<br>4015 ASPEN GROVE DR, #2018<br>FRANKLIN, TN  37067-1428 |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SMAR POSTING DEALER INVENTORY SERVICES AGREEMENT | DETROIT TRADING SERVICES LLC<br>ATTN JEFF BONNER<br>691 N SQUIRREL RD, STE 250<br>AUBURN HILLS, MI  48326 |

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.65** **State what the contract or lease is for and the nature of the debtor's interest** | LEADS PURCHASE AGREEMENT DTD 3/29/2022 | DETROIT TRADING SERVICES LLC ATTN MATT CLAYTON 691 N SQUIRREL RD, STE 250 AUBURN HILLS, MI 48326 |
| **State the term remaining** | 3/29/2023 | |
| **List the contract number of any government contract** | | |
| **2.66** **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO COMMERCIAL LEASE CONTRACT DTD 5/1/2020 AMENDS LEASE DTD 6/28/2018 | DG OAK RIDGE LLC ATTN DEREK GRIFFIN 3131 PIEDMONT RD, STE 202 ATLANTA, GA 30305 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.67** **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 7/18/2019 | DIRECT SOURCE FUNDING INC C/O FAIZAL DHALLA 3271 RAYS CREEK DR ACWORTH, GA 30101 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.68** **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 7/18/2019 | DIRECT SOURCE FUNDING INC C/O IRVING DUNCAN 4025 SOUTHDOWN LN KENNESAW, GA 30152 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.69** **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT  DTD 9/1/2017 | DISCOVERY BYRIDER INC 3132 SAINT JOHNS BLUFF RD S JACKSONVILLE, FL 32246 |
| **State the term remaining** | 10/1/2027 | |
| **List the contract number of any government contract** | | |
| **2.70** **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 5/1/2020 AMENDS LEASE AGREEMENT DTD 7/25/2017 | DISCOVERY PROPERTIES II LLC ATTN JIM KAGILIERY 9590 ATLANTIC BLVD JACKSONVILLE, FL 32225 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

Debtor    RAC Dealership, LLC

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 7/25/2017 | DISCOVERY PROPERTIES II LLC ATTN JIM KAGILIERY 9590 ATLANTIC BLVD JACKSONVILLE, FL 32225 |
| | **State the term remaining** | 10/1/2027 | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 5/1/2020 AMENDS LEASE DTD 9/1/2017 | DISCOVERY PROPERTIES LLC ATTN JIM KAGILIERY 9590 ATLANTIC BLVD JACKSONVILLE, FL 32225 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 6/8/2017 AMENDS LEASE AGREEMENT EFF 6/8/2017 | DISCOVERY PROPERTIES LLC ATTN JIM KAGILIERY 9590 ATLANTIC BLVD JACKSONVILLE, FL 32225 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 7/28/2017 AMENDS LEASE AGREEMENT EFF 6/8/2017 | DISCOVERY PROPERTIES LLC ATTN JIM KAGILIERY 9590 ATLANTIC BLVD JACKSONVILLE, FL 32225 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT  DTD 9/1/2017 | DISCOVERY PROPERTIES LLC ATTN JIM KAGILIERY 9590 ATLANTIC BLVD JACKSONVILLE, FL 32225 |
| | **State the term remaining** | 10/1/2027 | |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 6/8/2017 | DISCOVERY PROPERTIES LLC ATTN JIM KAGILIERY 9590 ATLANTIC BLVD JACKSONVILLE, FL 32225 |
| | **State the term remaining** | 8/1/2027 | |
| | **List the contract number of any government contract** | | |

Debtor    RAC Dealership, LLC

(Name)

Case number (if known)    23-10318

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM QUOTE #Q-00580362 | DOCUSIGN INC<br>ATTN REV OPERATIONS SR MANAGER<br>221 MAIN ST, STE 1000<br>SAN FRANCISCO, CA  94105 |
| | **State the term remaining** | 5/14/2024 | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 6/8/2017<br>AMENDS LEASE AGREEMENT EFF 6/8/2017 | DRIVESTAR FINANCIAL II INC<br>3132 SAINT JOHNS BLUFF RD S<br>JACKSONVILLE, FL  32246 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 7/28/2017<br>AMENDS LEASE AGREEMENT EFF 6/8/2017 | DRIVESTAR FINANCIAL II INC<br>3132 SAINT JOHNS BLUFF RD S<br>JACKSONVILLE, FL  32246 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 6/8/2017 | DRIVESTAR FINANCIAL II INC<br>3132 SAINT JOHNS BLUFF RD S<br>JACKSONVILLE, FL  32246 |
| | **State the term remaining** | 8/1/2027 | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 7/25/2017 | DRIVESTAR FINANCIAL II INC<br>3132 SAINT JOHNS BLUFF RD S<br>JACKSONVILLE, FL  32246 |
| | **State the term remaining** | 10/1/2027 | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 5/1/2020<br>AMENDS LEAES DTD 6/3/2017 | EAST COAST MOTORS INC<br>1813 FOREST GLEN WAY<br>SAINT AUGUSTINE, FL  32092 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    RAC Dealership, LLC

(Name)

Case number (if known)    23-10318

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO LEASE AGREEMENT DTD 9/1/2022 AMENDS LEASE DTD 6/3/2017 | EAST COAST MOTORS INC<br>1813 FOREST GLEN WAY<br>SAINT AUGUSTINE, FL  32092 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ESTIMATE #1146 DTD 2/22/2021 | FIRST CHOICE IT GROUP<br>516 TENNESSEE ST, STE 124<br>MEMPHIS, TN  38103 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ESTIMATE #1236 DTD 12/21/2022<br><br>1/31/2024 | FIRST CHOICE IT GROUP<br>516 TENNESSEE ST, STE 124<br>MEMPHIS, TN  38103 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 4TH AMENDMENT TO LOAN & SECURITY AGREEMENT DTD 11/14/2017 AMENDS AGREEMENT DTD 5/2/2016 | FIRST TENNESSEE BANK NA<br>165 MADISON AVE.<br>MEMPHIS, TN  38103 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 4TH AMENDMENT TO LOAN & SECURITY AGREEMENT DTD 11/14/2017 AMENDS AGREEMENT DTD 5/2/2016 | FLAGSTAR FSB<br>5151 CORPORATE DRIVE<br>TROY, MI  48098-2639 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSIGNMENT AND ASSUMPTION OF LEASE DTD 5/24/2018 ASSIGNS LEASE DTD 5/15/2011 | FREELAND MANAGEMENT LLC<br>5333 HICKORY HOLLOW PKWY<br>ANTIOCH, TN  37013 |

Debtor    RAC Dealership, LLC

(Name)

Case number (if known) 23-10318

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEPENDENT CONTRACTOR AGREEMENT | GARNER COMPLETESITE INC<br>4020 FUSSELL RD<br>POLK CITY, FL 33868 |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 7/18/2019 | GEORGIA'S ELITE AUTO SALES LLC<br>C/O FAIZAL DHALLA<br>3271 RAYS CREEK DR<br>ACWORTH, GA 30101 |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 7/18/2019 | GEORGIA'S ELITE AUTO SALES LLC<br>C/O IRVING DUNCAN<br>4025 SOUTHDOWN LN<br>KENNESAW, GA 30152 |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION ORDER<br><br><br>10/31/2023 | GOVDOCS INC<br>PO BOX 9202<br>MINNEAPOLIS, MN 55480-9202 |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 8/26/2019<br><br><br>8/31/2029 | GRISSOM FAMILY PROPERTIES LLC<br>PO BOX 308<br>GADSDEN, AL 35902 |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO LEASE AGREEMENT DTD 5/1/2020<br>AMENDS LEASE DTD 6/20/2018 | H.A.R.E LLC<br>ATTN LARRY W HOUCHINS<br>700 E LADD RD<br>GOLDSBY, OK 73093 |

Debtor    RAC Dealership, LLC    Case number (if known)  23-10318

    (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 6/20/2018 | H.A.R.E LLC ATTN LARRY W HOUCHINS 700 E LADD RD GOLDSBY, OK  73093 |
| | **State the term remaining** | 6/20/2028 | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 6/20/2018 | H.A.R.E LLC C/O MCAFFE & TAFT; J. MICHAEL NORDIN 10TH FL, 2 LEADERSHIP SQ 211 N ROBINSON AVE OKLAHOMA CITY, OK  73102-7103 |
| | **State the term remaining** | 6/20/2028 | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 11/15/2019 | HAMPTON, ANN Y 1530 QUEENS RD, UNIT 204 CHARLOTTE, NC  28207 |
| | **State the term remaining** | 11/30/2029 | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | BORROWING REQUEST DTD 6/29/2021 RE: CREDIT AGREEMENT DTD 6/29/2021 | HANCOCK WHITNEY BANK ATTN  MATTHEW CHIVLEATTO 701 POYDRAS ST, STE 1600 NEW ORLEANS, LA  70139 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | COLLATERAL ACCESS AGREEMENT DTD 7/21/2021 | HANCOCK WHITNEY BANK ATTN MATTHEW CHIVLEATTO 701 POYDRAS ST, STE 1600 NEW ORLEANS, LA  70139 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | CREDIT AGREEMENT DTD 6/29/2021 | HANCOCK WHITNEY BANK ATTN MATTHEW CHIVLEATTO 701 POYDRAS ST, STE 1600 NEW ORLEANS, LA  70139 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERCREDITOR AGREEMENT DTD 6/29/2021 | HANCOCK WHITNEY BANK<br>ATTN SR VICE PRESIDENT<br>701 POYDRAS ST, STE 1600<br>NEW ORLEANS, LA  70139 |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT DTD 6/29/2021 RE: CREDIT AGREEMENT DTD 6/29/2021 | HANCOCK WHITNEY BANK<br>ATTN SR VICE PRESIDENT<br>701 POYDRAS ST, STE 1600<br>NEW ORLEANS, LA  70139 |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROMISSORY NOTE DTD 6/29/2021 RE: CREDIT AGREEMENT DTD 6/29/2021 | HANCOCK WHITNEY BANK<br>ATTN SR VICE PRESIDENT<br>701 POYDRAS ST, STE 1600<br>NEW ORLEANS, LA  70139 |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECURITY AGREEMENT DTD 6/29/2021 | HANCOCK WHITNEY BANK<br>ATTN SR VICE PRESIDENT<br>701 POYDRAS ST, STE 1600<br>NEW ORLEANS, LA  70139 |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COLLATERAL ACCESS AGREEMENT DTD 7/21/2021 | HANCOCK WHITNEY BANK<br>C/O MOORE & VAN ALLEN PLLC<br>ATTN CHARLIE HARRIS<br>100 N TYRON ST, STE 4700<br>CHARLOTTE, NC  28202-4003 |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVOICE #8CDDCAA2-0004 DTD 12/23/2022<br><br>12/23/2023 | HAPPYFOX INC<br>47 DISCOVERY, STE 170<br>IRVINE, CA  92618 |

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT  DTD 1/19/2022 | HARMELIN & ASSOCIATES<br>D/B/A HARMELIN MEDIA<br>ATTN CHIEF REVENUE OFFICER<br>525 RIGHTERS FERRY RD<br>BALA CYNWYD, PA  19004 |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM NO. 002 TO MEDIA SERVICES AGREEMENT DTD 8/1/2022 RE: AGREEMENT DTD 1/19/2022 | HARMELIN MEDIA<br>ATTN CHIEF REVENUE OFFICER<br>525 RIGHTERS FERRY RD<br>BALA CYNWYD, PA  19004 |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NFIP FLOOD (3296 PELHAM PKWY, PELHAM, AL) - POLICY NUMBER 990605117662020 | HARTFORD INS. CO. OF THE MIDWEST<br>P.O. BOX 913385<br>DENVER, CO  80291-3385 |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NFIP FLOOD (8350 PARK BLVD, SEMINOLE, FL) - POLICY NUMBER 87061212982019 | HARTFORD INS. CO. OF THE MIDWEST<br>P.O. BOX 913385<br>DENVER, CO  80291-3385 |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NEW BUSINESS ORDER FORM DTD 9/20/2021<br><br>10/18/2024 | ICIMS INC<br>ATTN SR DIR, SALES OPERATIONS<br>101 CRAWFORDS CORNER RDM STE 3-100<br>HOLMDEL, NJ  07733 |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PAY-PER-CLICK INSERTION ORDER #876635 | INDEED INC<br>ATTN: PHOEBE SINGLETON<br>6433 CHAMPION GRANDVIEW WAY, BLDG 1<br>AUSTIN, TX  78750 |

Debtor    RAC Dealership, LLC
_____
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AFFILIATE/MULTI-LOCATION AGREEMENT<br>RE: AGREEMENT DTD 9/1/2020 | IRON MOUNTAIN INFORMATION MGMT LLC<br>PO BOX 915004<br>DALLAS, TX  75391 |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROPERTY (WIND) EXCL INVENTORY - POLICY NUMBER JEM-21-PP-1063 | JEM (LLOYDS OF LONDON)<br>RT SPECIALTY<br>44 MONTGOMERY STREET SUITE 2000<br>SAN FRANCISCO, CA  94104 |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2ND AMENDMENT TO LEASE AGREEMENT DTD 9/1/2022<br>AMENDS LEASE DTD 6/1/2018 | JMTD LLC<br>9533 BRIDGETON COURT<br>MOBILE, AL  36695 |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO LEASE AGREEMENT DTD 5/1/2020<br>AMENDS LEASE DTD 6/1/2018 | JMTD LLC<br>9533 BRIDGETON COURT<br>MOBILE, AL  36695 |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 6/1/2018<br><br>5/31/2023 | JMTD LLC<br>9533 BRIDGETON COURT<br>MOBILE, AL  36695 |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | JOBOT CLIENT RECRUITING AGREEMENT | JOBOT LLC<br>3101 W PACIFIC COAST HWY<br>NEWPORT BEACH, CA  92663 |

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE DTD 6 28/2018 DTD 7/1/2018 | JOHN DAVID STUMP INC<br>3460 OLD UNION RD<br>IMBODEN, AR  72434 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO AMENDED & RESTATED LEASE AGREEMENT DTD 5/1/2020<br>AMENDS LEASE DTD 6/14/2019 | JRB INVESTMENTS LLC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED LEASE AGREEMENT DTD 6/14/2019 | JRB PROPERTIES LLC<br>3 WEBSTER LN<br>NASHVILLE, TN  37205-2917 |
| | **State the term remaining** | 6/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED LEASE AGREEMENT DTD 6/14/2019 | JRB PROPERTIES LLC<br>C/O BURR & FORMAN LLP<br>ATTN JOHN F ROGERS JR, ESQ<br>222 2ND AVE S, STE 2000<br>NASHVILLE, TN  37201 |
| | **State the term remaining** | 6/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 6/8/2017<br>AMENDS LEASE AGREEMENT EFF 6/8/2017 | KAGILIERY, JAMES<br>C/O DISCOVERY PROPERTIES, LLC<br>9590 ATLANTIC BLVD<br>JACKSONVILLE, FL  32225 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 7/28/2017<br>AMENDS LEASE AGREEMENT EFF 6/8/2017 | KAGILIERY, JAMES<br>C/O DISCOVERY PROPERTIES, LLC<br>9590 ATLANTIC BLVD<br>JACKSONVILLE, FL  32225 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | RAC Dealership, LLC | | Case number (if known) 23-10318 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT  DTD 9/1/2017 | KAGILIERY, JAMES<br>C/O DISCOVERY PROPERTIES, LLC<br>9590 ATLANTIC BLVD<br>JACKSONVILLE, FL  32225 |
| | **State the term remaining** | 10/1/2027 | |
| | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 6/8/2017 | KAGILIERY, JAMES<br>C/O DISCOVERY PROPERTIES, LLC<br>9590 ATLANTIC BLVD<br>JACKSONVILLE, FL  32225 |
| | **State the term remaining** | 8/1/2027 | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 7/25/2017 | KAGILIERY, JAMES<br>C/O DISCOVERY PROPERTIES, LLC<br>9590 ATLANTIC BLVD<br>JACKSONVILLE, FL  32225 |
| | **State the term remaining** | 10/1/2027 | |
| | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #1 CONFIDENTIAL DEALER AGREEMENT DTD 6/1/2021 AMENDS AGREEMENT DTD 5/1/2021 | KAR GLOBAL<br>11299 N ILLINOIS ST<br>CARMEL, IN  46032 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTE #804715 DTD 12/28/2022 | KEEPER SECURITY INC<br>333 N GREEN ST, STE 811<br>CHICAGO, IL  60607 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 5/1/2020 AMENDS LEASE DTD 3/20/2017 | KESTING LIMITED PARTNERSHIP<br>ATTN PARTNER<br>4480 DONCASTER DR<br>ELLICOTT CITY, MD  21043 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | RAC Dealership, LLC | | Case number (if known) 23-10318 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE DTD 12/9/2017 AMENDS LEASE EFF 3/20/2017 | KESTING LIMITED PARTNERSHIP ATTN PARTNER 4480 DONCASTER DR ELLICOTT CITY, MD 21043 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 3/20/2017 | KESTING LIMITED PARTNERSHIP ATTN PARTNER 4480 DONCASTER DR ELLICOTT CITY, MD 21043 |
| | **State the term remaining** | 3/31/2027 | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER AGREEMENT #S00508135 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC 100 WILLIAMS DR RAMSEY, NJ 07446 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00449417 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC 100 WILLIAMS DR RAMSEY, NJ 07446 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00449928 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC 100 WILLIAMS DR RAMSEY, NJ 07446 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00452679 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC 100 WILLIAMS DR RAMSEY, NJ 07446 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    RAC Dealership, LLC        Case number (if known) 23-10318

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00453548 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ 07446 |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00453554 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ 07446 |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00453569 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ 07446 |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00458703 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ 07446 |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00460034 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ 07446 |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00460053 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ 07446 |

Debtor    RAC Dealership, LLC                                         Case number (if known) 23-10318

        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00462214 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00464592 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00464673 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00469706 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00469894 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00476737 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |

Debtor    RAC Dealership, LLC                                    Case number (if known)    23-10318

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00478095 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00481192 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00481240 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00490611 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00492606 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00494880 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00494891 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00494896 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00494907 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00499466 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00508096 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00514142 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00514276 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ 07446 |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00514290 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ 07446 |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00514297 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ 07446 |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00515445 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ 07446 |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00517973 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ 07446 |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00524146 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ 07446 |

Debtor    RAC Dealership, LLC                                    Case number (if known)    23-10318

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00524744 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00526005 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00532278 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00570194 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00581761 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER PACKAGE ACCEPTANCE AGREEMENT #S00585789 | KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br>100 WILLIAMS DR<br>RAMSEY, NJ  07446 |

Debtor    RAC Dealership, LLC    Case Number (if known) 23-10318
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.173 **State what the contract or lease is for and the nature of the debtor's interest** ORDER PACKAGE ACCEPTANCE AGREEMENT #S00624884 **State the term remaining** **List the contract number of any government contract** | KONICA MINOLTA BUSINESS SOLUTIONS USA INC 100 WILLIAMS DR RAMSEY, NJ  07446 |
| 2.174 **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM TO THE MASTER SERVICES AGREEMENT DTD 7/31/2020 **State the term remaining** **List the contract number of any government contract** | KPA LLC 1380 FOREST PARK CIR, STE 140 LAFAYETTE, CO  80026 |
| 2.175 **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM DTD 2/1/2020 RE: MSA DTD 9/2/2014 **State the term remaining** **List the contract number of any government contract** | KPA LLC ATTN ROBERT PATRICK, SR VP 1380 FOREST PARK CIR, STE 140 LAFAYETTE, CO  80026 |
| 2.176 **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT #1 TO THE MASTER SERVICES AGREEMENT  DTD 10/29/2019 AMENDS AGREEMENT DTD 9/2/2014 **State the term remaining** **List the contract number of any government contract** | KPA SERVICES LLC PO BOX 301526 DALLAS, TX  75303-1526 |
| 2.177 **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT #3999830 DTD 11/1/2022 **State the term remaining** 12/19/2023 **List the contract number of any government contract** | LAMAR COMPANIE, THE ATTN GENERAL MANAGER 1600 CENTURY CENTER PKWY MEMPHIS, TN  38134 |
| 2.178 **State what the contract or lease is for and the nature of the debtor's interest** LEASE MODIFICATION AGREEMENT DTD 5/31/2018 AMENDS LEAE DTD 7/20/2016 **State the term remaining** 5/31/2025 **List the contract number of any government contract** | LAROCAUE, EDWARD F ATTN RAY MOSELEY 640 SUNSET BOULEVARD WEST COLUMBIA, SC  29169 |

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSIGNMENT AND ASSUMPTION OF LEASE DTD 5/31/2018 ASSIGNS LEASE DTD 7/20/2016 | LAROCAUE, EDWARD F C/O GRAYBILL LANSCHE & VINZANI LLC ATTN BRETT D BUDLONG 225 SEVEN FARMS DR STE 207 CLARLESTON, SC  29492 |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSIGNMENT AND ASSUMPTION OF LEASE DTD 5/31/2018 ASSIGNS LEASE DTD 7/20/2016 | LAROCAUE, EDWARD F C/O JULIAN WILSON 1111 LAUREL ST COLUMBIA, SC  29201 |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COLLATERAL ACCESS AGREEMENT DTD 7/21/2021 | LENOX PARK MEMPHIS REALTY LP C/O GLANKER BROWN PLLC ATTN R MATTHEW BRINNER 6000 POPLAR AVE, STE 400 MEMPHIS, TN  38119 |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COLLATERAL ACCESS AGREEMENT DTD 7/21/2021 | LENOX PARK MEMPHIS REALTY LP C/O GROUP RMC CORPORATION 445 HUTCHINSON AVE, STE 920 COLUMBUS, OH  43235 |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DEALERGUARD - POLICY NUMBER 41-LX-089474101-2 | LEXINGTON INSURANCE CO. P.O. BOX 601664 CHARLOTTE, NC  28260-1664 |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO LEASE AGREEMENT DTD 6/1/2020 AMENDS GROUND LEASE DTD 7/25/2018 | LG 3432 N MAIN GAINSVILLE LLC C/O LEON CAPITAL GROUP ATTN ASSET MANAGEMENT 3500 MAPLE AVE, STE 1600 DALLAS, TX  75219 |

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO GROUND LEASE DTD 2/27/2019 AMENDS GROUND LEASE 7/25/2018 | LG 3432 N MAIN GAINSVILLE LLC C/O LEON CAPITAL GROUP ATTN ASSET MANAGEMENT 3500 MAPLE AVE, STE 1600 DALLAS, TX  75219 |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GROUND LEASE DTD 7/25/2018 | LG 3432 N MAIN GAINSVILLE LLC C/O LEON CAPITAL GROUP ATTN LEGAL DEPARTMENT 3500 MAPLE AVE, STE 1600 DALLAS, FL  33602 |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO GROUND LEASE DTD 9/12/2017 AMENDS GROUND LEASE DTD 4/26/2017 | LG LAKELAND 2725 US 98 LLC C/O LEON CAPITAL GROUP ATTN ASSET MANAGEMENT 3500 MAPLE AVE, STE 1600 DALLAS, TX  75219 |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GROUND LEASE DTD 4/26/2017 | LG LAKELAND 2725 US 98 LLC C/O LEON CAPITAL GROUP ATTN LEGAL DEPARTMENT 3500 MAPLE AVE, STE 1600 DALLAS, TX  75219 |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GROUND LEASE DTD 4/26/2017 | LG LAKELAND 2725 US 98 LLC C/O SQUIRE PATTON BOGGS (US) LLP ATTN STACY KRUMIN, ESQ 201 N FRANKLIN ST, STE 2100 TAMPA, FL  33602 |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROPERTY (ALL OTHER STATES) - POLICY NUMBER RBF002465 | LLOYDS OF LONDON RT SPECIALTY 44 MONTGOMERY STREET SUITE 2000 SAN FRANCISCO, CA  94104 |

Debtor    RAC Dealership, LLC

(Name)

Case number (if known)  23-10318

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.191 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ADDENDUM TO ADD SAFES TO MASTER SERVICES AGREEMENT DTD 8/2/2019 RE: MSA DTD 6/3/2019 | LOOMIS ARMORED US LLC ATTN VP FINANCING 2500 CITY W BLVD, STE 2300 HOUSTON, TX 77042 |
| 2.192 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO SAFEPOINT AGREEMENT AMENDS AGREEMENT DTD 6/3/2019 | LOOMIS ARMORED US LLC ATTN VP FINANCING 2500 CITY W BLVD, STE 2300 HOUSTON, TX 77042 |
| 2.193 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO SAFEPOINT AGREEMENT DTD 12/31/2020 AMENDS AGREEMENT DTD 6/3/2019 | LOOMIS ARMORED US LLC ATTN VP FINANCING 2500 CITY W BLVD, STE 2300 HOUSTON, TX 77042 |
| 2.194 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SAFEPOINT AGREEMENT DTD 6/3/2019 | LOOMIS ARMORED US LLC ATTN VP FINANCING 2500 CITY W BLVD, STE 2300 HOUSTON, TX 77042 |
| 2.195 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ADDENDUM B POWER OF ATTORNEY | MANHEM REMARKETING INC 6325 PEACHTREE DUNWOODY RD ATLANTA, GA 30328 |
| 2.196 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | 1ST AMENDMENT TO LEASE AGREEMENT DTD 5/1/2020 AMEND AGREEMENT DTD 5/29/2018 | MOBILE (TILLMANS CORNER) LLC ATTN JOEL S LANGSFELD, PRESIDENT 4200 NORTHSIDE PKWY, BLDG 2, STE 200 ATLANTA, GA 30327 |

Debtor    RAC Dealership, LLC

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 5/29/2018 | MOBILE (TILLMANS CORNER) LLC ATTN JOEL S LANGSFELD, PRESIDENT 4200 NORTHSIDE PKWY, BLDG 2, STE 200 ATLANTA, GA 30327 |
| | **State the term remaining** | 5/31/2028 | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 5/29/2018 | MOBILE (TILLMANS CORNER) LLC C/O THOMPSON BURTON PLLC ATTN WILLIAM W BURTON, ESQ 1 FRANKLIN PK, 6100 TWR CIR, STE 200 FRANKLIN, TN 37067 |
| | **State the term remaining** | 5/31/2028 | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 11/14/2019 | MORGAN POTTINGER MCGARVEY 401 S FOURTH ST, STE 1200 LOUISVILLE, KY 40202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFORMA INVOICE #QT00681 DTD 7/11/2022 | NCOMPUTING GLOBAL INC 400 CONCAR DR, 4TH FL SAN MATEO, CA 94402 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICE QUOTE #Q-13447 DTD 6/28/2022 | NETWRIX CORPORATION 300 SPECTRUM CENTER DR, STE 200 IRVINE, CA 92618 |
| | **State the term remaining** | 6/27/2023 | |
| | **List the contract number of any government contract** | | |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO DEMAND PROMISSORY NOTE AND LOAN & SECURITY AGREEMENT | NEXTGEAR CAPITAL INC ATTN LEGAL DEPT 11799 N COLLEGE AVE CARMEL, IN 46032 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CORPORATE GUARANTY | NEXTGEAR CAPITAL INC<br>ATTN LEGAL DEPT<br>11799 N COLLEGE AVE<br>CARMEL, IN  46032 |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DECLINE OF COLLATERAL PROTECTION PROGRAM | NEXTGEAR CAPITAL INC<br>ATTN LEGAL DEPT<br>11799 N COLLEGE AVE<br>CARMEL, IN  46032 |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DEMAND PROMISSORY NOTE AND LOAN & SECURITY AGREEMENT DTD 11/14/2017 | NEXTGEAR CAPITAL INC<br>ATTN LEGAL DEPT<br>11799 N COLLEGE AVE<br>CARMEL, IN  46032 |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERCREDITOR AGREEMENT DTD 11/14/2017 | NEXTGEAR CAPITAL INC<br>ATTN LEGAL DEPT<br>11799 N COLLEGE AVE<br>CARMEL, IN  46032 |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REVERSE AGREEMENT | NEXTGEAR CAPITAL INC<br>ATTN LEGAL DEPT<br>11799 N COLLEGE AVE<br>CARMEL, IN  46032 |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERCREDITOR AGREEMENT DTD 6/29/2021 | NEXTGEAR CAPITAL INC<br>ATTN SR MGR LENDING SVCS<br>11799 N COLLEGE AVE<br>CARMEL, IN  46032 |

Debtor    RAC Dealership, LLC
_____    Case number (if known) _23-10318_
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER AGREEMENT | NOVOICEPAY INC<br>8905 SW NIMBUS AVE, STE 240<br>BEAVERTON, OR  97008 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | EXERCISE OF RENEWAL TERM #1 AND AMENDMENT TO LEASE AGREEMENT DTD 9/29/2020<br>AMENDS LEASE AGREEMENT DTD 6/8/2017 | ORLANDO ACC COLONIAL LLC<br>1401 BROAD ST<br>CLIFTON, NJ  07013 |
| | **State the term remaining** | 7/31/2032 | |
| | **List the contract number of any government contract** | | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AND REPAIR ORDER #LCM220118125005 DTD 1/18/2022 | OTIS ELEVATOR COMPANY<br>8403 BENJAMIN RD, STE E<br>TAMPA, FL  33634 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 6/8/2017<br>AMENDS LEASE AGREEMENT EFF 6/8/2017 | OVERDRIVE SYSTEMS II INC<br>ATTN JIM KAGILIERY<br>9590 ATLANTIC BLVD<br>JACKSONVILLE, FL  32225 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 7/28/2017<br>AMENDS LEASE AGREEMENT EFF 6/8/2017 | OVERDRIVE SYSTEMS II INC<br>ATTN JIM KAGILIERY<br>9590 ATLANTIC BLVD<br>JACKSONVILLE, FL  32225 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO SUB-LEASE AGREEMENT DTD 5/1/2020<br>AMENDS LEAES DTD 7/25/2017 | OVERDRIVE SYSTEMS II INC<br>ATTN JIM KAGILIERY<br>9590 ATLANTIC BLVD<br>JACKSONVILLE, FL  32225 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    RAC Dealership, LLC                                          Case number (if known)    23-10318

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 7/25/2017 | OVERDRIVE SYSTEMS II INC ATTN JIM KAGILIERY 9590 ATLANTIC BLVD JACKSONVILLE, FL 32225 |
| | **State the term remaining** | 10/1/2027 | |
| | **List the contract number of any government contract** | | |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 6/8/2017 DTD 6/8/2017 | OVERDRIVE SYSTEMS INC 3132 ST JOHNS BLUFF RD S JACKSONVILLE, FL 32246 |
| | **State the term remaining** | 8/1/2027 | |
| | **List the contract number of any government contract** | | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE DTD 7/9/2019 | OXFORD HOMES LLC 2132 FOXCROFT WOODS LN CHARLOTTE, NC 28211 |
| | **State the term remaining** | 9/30/2029 | |
| | **List the contract number of any government contract** | | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT DTD 8/15/2019 AMENDS LEASE DTD 7/29/2019 | PAGE AVENUE PROPERTIES LLC 105 FRONTENAC FOREST ST LOUIS, MO 63131 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 7/29/2019 | PAGE AVENUE PROPERTIES LLC 105 FRONTENAC FOREST ST LOUIS, MO 63131 |
| | **State the term remaining** | 8/15/2029 | |
| | **List the contract number of any government contract** | | |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | EMAIL THREAD REGARDING SUBSCRIPTION | PDQ.COM CORPORATION 2200 S MAIN, STE 200 SOUTH SALT LAKE, UT 84115 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO SUBLEASE AGREEMENT DTD 9/14/2021 AMENDS SUBLEASE DTD 10/25/2018 | POPE RETAIL PROPERTIES LLC ATTN G RICHARD POPE PO BOX 48347 ATLANTA, GA 30362 |
| | State the term remaining | 10/31/2024 | |
| | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO SUBLEASE AGREEMENT DTD 5/1/2020 AMENDS SUBLEASE DTD 10/25/2018 | POPE RETAIL PROPERTIES LLC ATTN G RICHARD POPE PO BOX 48347 ATLANTA, GA 30362 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | QUOTE #Q-99449-2 DTD 12/22/2022 | PRINTER LOGIC 432 S TECH RIDGE DR ST GEORGE, UT 84770 |
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO SHOPPING CENTER STORE LEASE DTD 5/1/2020 AMENDS LEASE DTD 9/14/2017 | RACHEL INVESTORS LLC ATTN JANE STEINER 1055 ST. CHARLES AVE, STE 701 NEW ORLEANS, LA 71030-3942 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | SHOPPING CENTER STORE LEASE DTD 9/14/2017 | RACHEL INVESTORS LLC ATTN JANE STEINER 1055 ST. CHARLES AVE, STE 701 NEW ORLEANS, LA 71030-3942 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | HOSTING SERVICES AGREEMENT | RACKSPACE US INC 1 FANATICAL PL. SAN ANTONIO, TX 78218 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO LOAN & SECURITY AGREEMENT DTD 11/14/2017 AMENDS AGREEMENT DTD 5/2/2016 | RENASANT BANK PO BOX 4140 TUPELO, MS  38803-4140 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND AMENDMENT TO LEASE DTD 7/19/2019 AMENDS LEASE DTD 2/2/2014 | RICHLAND SOUTH LLC 749 DUNCAN COURT BRENTWOOD, TN  37027 |
| | **State the term remaining** | 5/31/2034 | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | 3RD AMENDMENT TO LEASE AGREEMENT DTD 4/17/2020 AMENDS LEASE DTD 2/2/2014 | RICHLAND SOUTH LLC 749 DUNCAN COURT BRENTWOOD, TN  37027 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 3/11/2014 AMENDS LEASE DTD 2/2/2014 | RICHLAND SOUTH LLC 749 DUNCAN COURT BRENTWOOD, TN  37027 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 2/2/2014 | RICHLAND SOUTH LLC ATTN HOSS MOUSAVI 2525 21ST AVE, STE 200 NASHVILLE, TN  37212 |
| | **State the term remaining** | 5/30/2024 | |
| | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGEREMENT DTD 6/13/2019 | RIGSBY, BRENDA PO BOX 246 DUNLAP, TN  37327 |
| | **State the term remaining** | 7/1/2024 | |
| | **List the contract number of any government contract** | | |

| Debtor | RAC Dealership, LLC | | Case number (if known) 23-10318 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT  DTD 11/6/2019 | ROCKLEDGE ACQUISITIONS LLC 402-A HIGH POINT DR COCOA, FL  32926 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION OF LEASE DTD 5/31/2018 ASSIGNS LEASE DTD 7/20/2016 | RVM RENTALS LLC C/O GRAYBILL LANSCHE & VINZANI LLC ATTN BRETT D BUDLONG 225 SEVEN FARMS DR STE 207 CLARLESTON, SC  29492 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION OF LEASE DTD 5/31/2018 ASSIGNS LEASE DTD 7/20/2016 | RVM RENTALS LLC C/O JULIAN WILSON 1111 LAUREL ST COLUMBIA, SC 29201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE MODIFICATION AGREEMENT DTD 5/31/2018 AMENDS LEAE DTD 7/20/2016 | RVM RENTALS LLC C/O JULIAN WILSON 1111 LAUREL ST COLUMBIA, SC  29201 |
| | **State the term remaining** | 5/31/2025 | |
| | **List the contract number of any government contract** | | |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 5/10/2019 AMENDS LEASE DTD 5/10/2019 | SF DAWAHARE ESTATE LP ATTN MARK DAWAHARE 1801 ALEXANDRIA DR, STE 112 LEXINGTON, KY 40504 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 5/10/2019 | SF DAWAHARE ESTATE LP ATTN MARK DAWAHARE 1801 ALEXANDRIA DR, STE 112 LEXINGTON, KY  40504 |
| | **State the term remaining** | 5/31/2029 | |
| | **List the contract number of any government contract** | | |

| Debtor | RAC Dealership, LLC | | Case number (if known) 23-10318 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING PROPOSAL QUOTE# 22804304 | SHI<br>3828 PECANA TRAIL<br>AUSTIN, TX  78749 |
| | **State the term remaining** | 12/30/2023 | |
| | **List the contract number of any government contract** | | |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE DTD 9/1/2022 AMENDS LEASE DTD 9/19/2017 | SHIVA PROPERTIES LLC<br>PO BOX 129<br>SOUTHAVEN, MS  38671 |
| | **State the term remaining** | 9/30/2024 | |
| | **List the contract number of any government contract** | | |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | UMBRELLA (PRIMARY $10M) - POLICY NUMBER A86300222ALI | STARSTONE SPECIALTY INSURANCE COMPANY<br>185  HUDSON STREET, SUITE 2600<br>JERSEY CITY, NJ  07311 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER/END USER LICENSE AGREEMENT DTD 10/21/2016 | STELLA GPS LLC<br>D/B/A STARS GPS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE DTD 5/1/2020 AMENDS LEASE DTD 4/24/2016 | STELZENMULLER, JAMES, III<br>368 BURNT HICKORY WAY<br>FORTSON, GA  31808 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT & ASSUMPTION OF LEASE DTD 6/1/2018 ASSIGNS LEASE DTD 4/24/2016 | STELZENMULLER, JAMES, III<br>368 BURNT HICKORY WAY<br>FORTSON, GA  31808 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE MODIFICATION AGREEMENT DTD 6/1/2018 AMENDS LEASE DTD 4/24/2016 | STELZENMULLER, JAMES, III 368 BURNT HICKORY WAY FORTSON, GA  31808 |
| | **State the term remaining** | 5/31/2028 | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | CREDIT AGREEMENT DTD 6/29/2021 | SYNOVUS BANK 1111 BAY AVENUE, SUITE 400 COLUMBUS, GA  31901 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | PROMISSORY NOTE DTD 6/29/2021 RE: CREDIT AGREEMENT DTD 6/29/2021 | SYNOVUS BANK 1111 BAY AVENUE, SUITE 400 COLUMBUS, GA  31901 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | 3RD AMENDMENT TO COMMERCIAL LEASE CONTRACT DTD 9/1/2022 AMENDS LEASE DTD 8/13/2018 | TD IRIS LLC ATTN DEREK GRIFFIN 3131 PIEDMONT RD, STE 202 ATLANTA, GA  30305 |
| | **State the term remaining** | 10/31/2029 | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO COMMERCIAL LEASE CONTRACT DTD 5/1/2020 AMENDS LEASE DTD 8/13/2018 | TD IRIS LLC ATTN DEREK GRIFFIN 3131 PIEDMONT RD, STE 202 ATLANTA, GA  30305 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE DTD 10/9/2018 AMENDS LEASE DTD 8/13/2018 | TD IRIS LLC ATTN DEREK GRIFFIN 3131 PIEDMONT RD, STE 202 ATLANTA, GA  30305 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE CONTRACT DTD 8/13/2018 | TD IRIS LLC ATTN DEREK GRIFFIN 3131 PIEDMONT RD, STE 202 ATLANTA, GA  30305 |
| | **State the term remaining** | 10/31/2028 | |
| | **List the contract number of any government contract** | | |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO COMMERCIAL LEASE AGREEMENT DTD 6/12/2017 RE: COMMERICIAL LEASE AGREEMENT | THE RADIANT GROUP LLC ATTN REAL ESTATE 120 E 9TH AVE TAMPA, FL  33605 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO COMMERCIAL LEASE AGREEMENT DTD 5/1/2020 AMENDS COMMERCIAL LEASE AGREEMENT | THE RADIANT GROUP LLC ATTN REAL ESTATE 120 E 9TH AVE TAMPA, FL  33605 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT DTD 6/12/2017 | THE RADIANT GROUP LLC ATTN REAL ESTATE 120 E 9TH AVE TAMPA, FL  33605 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 6/8/2017 AMENDS LEASE AGREEMENT EFF 6/8/2017 | THOMPSON, JAMES E, JR C/O DISCOVERY PROPERTIES, LLC 9590 ATLANTIC BLVD JACKSONVILLE, FL  32225 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT DTD 7/28/2017 AMENDS LEASE AGREEMENT EFF 6/8/2017 | THOMPSON, JAMES E, JR C/O DISCOVERY PROPERTIES, LLC 9590 ATLANTIC BLVD JACKSONVILLE, FL  32225 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | RAC Dealership, LLC | Case number (if known) 23-10318 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 9/1/2017 | THOMPSON, JAMES E, JR C/O DISCOVERY PROPERTIES, LLC 9590 ATLANTIC BLVD JACKSONVILLE, FL 32225 |
| | **State the term remaining** | 10/1/2027 | |
| | **List the contract number of any government contract** | | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 6/8/2017 | THOMPSON, JAMES E, JR C/O DISCOVERY PROPERTIES, LLC 9590 ATLANTIC BLVD JACKSONVILLE, FL 32225 |
| | **State the term remaining** | 8/1/2027 | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 7/25/2017 | THOMPSON, JAMES E, JR C/O DISCOVERY PROPERTIES, LLC 9590 ATLANTIC BLVD JACKSONVILLE, FL 32225 |
| | **State the term remaining** | 10/1/2027 | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION OF LEASE DTD 5/31/2018 ASSIGNS LEASE DTD 7/20/2016 | TMX FINANCE LLC ATTN PAUL BLAND 15 BULL ST STE 200 SAVANNAH, GA 31401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT & ASSUMPTION OF LEASE DTD 6/1/2018 ASSIGNS LEASE DTD 4/24/2016 | TMX FINANCE LLC ATTN PAUL BLAND 15 BULL ST, STE 200 SAVANNAH, GA 31401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCESS GARAGE LIABILITY ($5MX$5M) - POLICY NUMBER 560003237-00 | TRAVELER'S CASUALTY SURETY ONE TOWER SQUARE HARTFORD, CT 06183 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    RAC Dealership, LLC    Case number (if known) 23-10318

      (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GARAGE LIABILITY - ALL OTHER STATES - POLICY NUMBER AD-OW173197-22-43 | TRAVELER'S INDEMNITY CO.<br>ONE TOWER SQUARE<br>HARTFORD, CT  06183 |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CREDIT AGREEMENT DTD 6/29/2021 | TRIUMPH BANK<br>278 FRANKLIN RD, BLDG 4, STE 100<br>BRENTWOOD, TN  37027 |
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROMISSORY NOTE DTD 6/29/2021<br>RE: CREDIT AGREEMENT DTD 6/29/2021 | TRIUMPH BANK<br>278 FRANKLIN RD, BLDG 4, STE 100<br>BRENTWOOD, TN  37027 |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT LETTER DTD 8/13/2018 | TROUTMAN SANDERS STRATEGIES<br>BANK OF AMERICA PLAZA<br>600 PEACHTREE ST NE, STE 5200<br>ATLANTA, GA  30308-2216 |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO LEASE AGREEMENT DTD 5/1/2020<br>AMENDS LEASE DTD 1/15/2019 | WADE HAMPTON IN GREER LLC<br>100 BROCKMAN RD<br>GREER, SC  29651 |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DTD 1/15/2019<br><br>1/1/2029 | WADE HAMPTON IN GREER LLC<br>100 BROCKMAN RD<br>GREER, SC  29651 |

Debtor    RAC Dealership, LLC                                Case number (if known) 23-10318

| | | |
|---|---|---|
| (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERCREDITOR AGREEMENT DTD 11/14/2017 | WELLS FARGO BANK NA<br>ATTN WILLIAM M LAIRD, SVP<br>123 S BROAD ST, 5TH FL<br>PHILADELPHIA, PA  19109 |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERCREDITOR AGREEMENT DTD 11/14/2017 | WELLS FARGO BANK NA<br>C/O BLANK ROME LLP<br>ATTN KEVIN J BAUM, ESQ<br>1 LOGAN SQ<br>PHILADELPHIA, PA  19103 |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 4TH AMENDMENT TO LOAN & SECURITY AGREEMENT DTD 11/14/2017 AMENDS AGREEMENT DTD 5/2/2016 | WELLS FARGO BANK NA<br>MAC N9300-061<br>600 S 4TH ST<br>MINNEAPOLIS, MN  55479 |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 4TH AMENDMENT TO LOAN & SECURITY AGREEMENT DTD 11/14/2017 AMENDS AGREEMENT DTD 5/2/2016 | WHITNEY BANK<br>2510 14TH ST<br>GULFPORT, MS  39501 |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER DTD 2/11/2022 | WIDEWAIL INC<br>44 LAKESIDE AVE, STE 114<br>BURLINGTON, VT  05401 |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT #1211307 DTD 1/17/2020 | WILLIAMS SCOTSMAN INC<br>ATTN CUSTOMER SUCCESS SPECIALIST<br>326 WEAKLEY<br>SMYRNA, TN  37167 |

| Debtor | RAC Dealership, LLC | | Case number (if known) | 23-10318 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO AGREEMENT DTD 10/12/2022 | WINDSTREAM ENTERPRISE<br>ATTN CORRESPONDENCE DIVISION<br>301 N MAIN ST<br>GREENVILLE, SC 29601 |
|---|---|---|---|
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO AGREEMENT DTD 12/13/2019<br>AMENDS SERVICE TERMS AND CONDITIONS DTD 9/8/2016 | WINDSTREAM ENTERPRISE<br>ATTN CORRESPONDENCE DIVISION<br>301 N MAIN ST<br>GREENVILLE, SC 29601 |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO AGREEMENT DTD 2/25/2020<br>AMENDS SERVICE AGREEMENT | WINDSTREAM ENTERPRISE<br>ATTN CORRESPONDENCE DIVISION<br>301 N MAIN ST<br>GREENVILLE, SC 29601 |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROPOSAL SUMMARY AGREEMENT DTD 8/22/2016 | WINDSTREAM ENTERPRISE<br>ATTN CORRESPONDENCE DIVISION<br>301 N MAIN ST<br>GREENVILLE, SC 29601 |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROPOSAL SUMMARY AGREEMENT DTD 8/29/2016 | WINDSTREAM ENTERPRISE<br>ATTN CORRESPONDENCE DIVISION<br>301 N MAIN ST<br>GREENVILLE, SC 29601 |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DTD 10/19/2022 | WINDSTREAM ENTERPRISE<br>ATTN CORRESPONDENCE DIVISION<br>301 N MAIN ST<br>GREENVILLE, SC 29601 |

Debtor    RAC Dealership, LLC

(Name)

Case number (if known) 23-10318

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT QUOTE #2519527 DTD 10/12/2022 | WINDSTREAM ENTERPRISE ATTN CORRESPONDENCE DIVISION 301 N MAIN ST GREENVILLE, SC  29601 |
| | **State the term remaining** | 10/12/2025 | |
| | **List the contract number of any government contract** | | |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | UCAAS PROPOSAL REF #XQ-57472 | WINDSTREAM ENTERPRISE ATTN CORRESPONDENCE DIVISION 301 N MAIN ST GREENVILLE, SC  29601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD FORM OF AGREEMENT BETWEEN OWNER CONTRACTOR DTD 2/10/2022 | WITHERINGTON CONTRUCTION CORPORATION ATTN SR VICE PRESIDENT 25387 FRIENDSHIP RD DAPHNE, AL  36526 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD FORM OF AGREEMENT BETWEEN OWNER CONTRACTOR DTD 9/16/2019 | WITHERINGTON CONTRUCTION CORPORATION ATTN SR VICE PRESIDENT 25387 FRIENDSHIP RD DAPHNE, AL  36526 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE  DTD 5/1/2020 AMENDS LEASE DTD 8/20/2018 | WOODCOCK PROPERTIES INC ATTN PRESIDENT 420 N 20TH ST, STE 3400 BIRMINGHAM, AL  35203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 8/20/2018 | WOODCOCK PROPERTIES INC ATTN PRESIDENT 420 N 20TH ST, STE 3400 BIRMINGHAM, AL  35203 |
| | **State the term remaining** | 9/30/2028 | |
| | **List the contract number of any government contract** | | |

| Debtor | RAC Dealership, LLC | Case number (if known) | 23-10318 |

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO LEASE AGREEMENT DTD 6/1/2020<br>AMENDS GROUND LEASE DTD 7/25/2018 | ZALIA OPPORTUNITY ZONE FUND LLC<br>C/O ADVANCE DEVELOPMENT CORPORATION<br>ATTN JEFFREY WEISS<br>21034 ROSEDOWN CT<br>BOCA RATON, FL  33433 |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2ND AMENDMENT TO COMMERCIAL LEASE CONTRACT DTD 9/1/2022 AMENDS LEASE DTD 9/10/2018<br><br>12/31/2029 | ZOLGHADR, TORAJ<br>805 LINKS VIEW DR<br>SUGAR HILL, GA  30518 |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO COMMERCIAL LEASE CONTRACT DTD 5/1/2020 AMENDS LEASE DTD 9/10/2018 | ZOLGHADR, TORAJ<br>805 LINKS VIEW DR<br>SUGAR HILL, GA  30518 |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE CONTRACT DTD 9/10/2018<br><br>12/31/2028 | ZOLGHADR, TORAJ<br>805 LINKS VIEW DR<br>SUGAR HILL, GA  30518 |

**Fill in this information to identify the case:**

Debtor          RAC Dealership, LLC

United States Bankruptcy Court for the:          Delaware

Case number          23-10318
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                     12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes.

| Fill in this information to identify the case: | |
|---|---|
| Debtor | RAC Dealership, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-10318 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/28/2023
        MM / DD / YYYY

✗ /s/ Noah Hogan
Signature of individual signing on behalf of debtor

Noah Hogan
Printed name

Authorized Representative
Position or relationship to debtor